# Appendix A

**Appendix A: Licenses Targeted by Defendants**

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| La Roche College | Pittsburgh, PA | D1234 | WND297 | 10/27/2020 | 11/13/2020 | 1/22/2021 | 2/12/2021 |
| INTELECOM Intelligent Telecommunications | Los Angeles, CA | C4 | WHR802 | 4/19/2021 | 4/20/2021 | 5/19/2021 | 6/21/2021 |
| Indian River Community College | Ft. Pierce, FL | D1234 | WLX941 | 7/14/2021 | 7/14/2021 | 8/12/2021 | 9/15/2021 |
| Indian River Community College | Ft. Pierce, FL | C1234 | WLX943 | 7/14/2021 | 7/14/2021 | 8/12/2021 | 9/15/2021 |
| Hispanic Information and Telecommunications Network, Inc. ("HITN") | Globe, AZ | C1234 JC123 | WQCQ366 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Memphis, TN | B1234 JB123 | WLX557 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | New Orleans, LA | C1234 JC123 | WHR681 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Mobile, AL | A1234 JA123 | WNC633 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Harrisburg, PA | B1234 JB123 | WQCQ267 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |

1

55

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| HITN | Norfolk, VA | B12 JB12 | WNC681 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Pittsburgh, PA | G1234 KG123 | WLX537 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Syracuse, NY | D1234 JD123 | WLX682 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | New York, NY | C23 JC23 | WHR829 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Bullhead City, AZ | A1234 JA123 | WQCN526 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Dayton, OH | G1234 KG123 | WLX375 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Providence, RI | B1234 JB123 | WLX690 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Nashville, TN | D1234 JD123 | WLX684 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Las Vegas, NV | B1234 JB123 | WLX370 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Seattle, WA | G1234 KG123 | WLX546 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Wenatchee, WA | G1234 KG123 | WQCI715 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Raleigh, NC | D12 JD12 | WQCQ718 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |

2

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| HITN | Tulsa, OK | G1234 KG123 | WLX534 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Buffalo, NY | G234 KG23 | WLX770 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Cincinnati, OH | G1234 KG123 | WLX435 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Rochester, NY | C1234 JC123 | WLX753 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Jacksonville, FL | B123 JB123 | WLX538 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | San Antonio, TX | G1234 KG123 | WLX704 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Riverside, CA | C1234 JC123 | WND384 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Oklahoma City, OK | D1234 JD123 | WLX672 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Fresno, CA | D1234 JD123 | WLX671 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Philadelphia, PA | C34 JC3 | WLX825 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Hartford, CT | D12 JD12 | WNC321 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Tucson, AZ | C1234 JC123 | WLX470 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |

3

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| HITN | Phoenix, AZ | G34 KG3 | WNC558 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Albuquerque, NM | A1234 JA123 | WLX673 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Albany, NY | B1234 JB123 | WNC285 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Casper, WY | G1234 KG123 | WQCQ367 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Long Island, NY | C1234 JC123 | WQAB902 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Kansas City, MO | B1234 JB123 | WLX709 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Charlotte, NC | B12 JB12 | WND612 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Sacramento, CA | D123 JD123 | WLX720 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Salt Lake City, UT | D1234 JD123 | WLX667 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Los Angeles, CA | C1234 JC123 | WLX367 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Portland, OR | D1234 JD123 | WLX681 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Houston, TX | G1234 KG123 | WNC208 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |

4

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| HITN | Delta (Grand Junction), CO | D1234 JD123 | WQCN524 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Albany, NY | B1234 JB123 | WHR930 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Key West, FL | B1234 JB123 | WQCQ365 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Colorado Springs, CO | G1234 KG123 | WLX361 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Las Cruces, NM | G1234 KG123 | WLX806 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Corpus Christi, TX | D1234 JD123 | WLX249 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | Orlando, FL | B1234 JB123 | WLX362 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| HITN | El Paso, TX | G1234 KG123 | WNC584 | 7/29/2020 | 8/14/2020 | 9/11/2020 | 9/29/2021 |
| Eaton Rapids Public Schools | Lansing, MI | B1234 JB123 | WQCV200 | 5/6/2021 | 7/22/2021 | 9/24/2021 | 10/7/2021 |
| Palomar CC | San Diego, CA | B12 JB12 | WGR707 | 8/13/2021 | 8/24/2021 | 9/23/2021 | 10/18/2021 |
| Palomar CC | San Diego, CA | C12 JC12 | WND577 | 8/13/2021 | 8/24/2021 | 9/23/2021 | 10/18/2021 |

5

59

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| Grand Ledge Public Schools | Lansing, MI | C1234 JC123 | WND410 | 5/6/2021 | 7/22/2021 | 9/24/2021 | 10/18/2021 |
| Northern Arizona University Foundation, Inc. ("NAUF") | Albany, NY | G1234 | WHR886 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | San Antonio, TX | A1234 | WLX328 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | Orlando, FL | G1234 | WLX773 | 12/15/2021 | 1/10/2022 | 1/24/2022 | 2/22/2022 |
| NAUF | Evansville, IN | G1234 | WLX883 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | Amarillo, TX | B1234 | WQCU381 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | Knoxville, TN | A1234 | WLX223 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | Nashville, TN | C1234 | WLX563 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | Rochester, NY | D1234 | WLX870 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| NAUF | Rutland, VT | B1234 | WQCH847 | 12/15/2021 | 12/23/2021 | 1/24/2022 | 2/22/2022 |
| Pennsylvania Hospital Television Network | Philadelphia, PA | C12 | WLX822 | 1/19/2022 | 1/19/2022 | 2/18/2022 | 3/11/2022 |
| Weld County School District RE-5J | Greeley, CO | A1234 | WNC607 | 12/2/2021 | 12/6/2021 | 1/5/2022 | 3/30/2022 |

6

| Licensee/Lessor Name | Market | Channels | Call Sign | WCO Offer Date | ROFR Notice Date | ROFR Exercise Date | APA Date |
|---|---|---|---|---|---|---|---|
| University of Texas Health Science Center at Houston | Houston, TX | B1234 | WAU31 | 10/20/2021 | 12/7/2021 | 1/6/2022 | 4/1/2022 |

7