# Appendix B

**Appendix B: Selected Predicate Acts[1]**

|    | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|----|---------|-------------|------|----|------|--------|---------|---------------|
| 1. | WCO sham offer letter to HITN re forty-nine licenses | HITN | WCO | HITN | 07/29/20 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFRs so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 2. | HITN ROFR notice to T-Mobile re thirty-three licenses | HITN | HITN | T-Mobile | 8/14/20 | Email and Mail | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 3. | HITN ROFR notice to T-Mobile re seven licenses | HITN | HITN | T-Mobile | 8/14/20 | Email and Mail | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |

[1] This table reflects examples of the RICO Defendants predicate acts of wire fraud and mail fraud, and Plaintiffs believe dozens of other instances will be identified through discovery.

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| 4. | HITN ROFR notice to T-Mobile re nine licenses | HITN | HITN | T-Mobile | 8/14/20 | Email and Mail | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 5. | WCO sham offer letter to La Roche University ("La Roche") | La Roche | WCO | La Roche | 10/27/2020 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFR so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 6. | La Roche ROFR notice to T-Mobile | La Roche | La Roche | T-Mobile | 11/13/20 | Email | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 7. | WCO letter to T-Mobile re La Roche sham offer | La Roche | WCO | T-Mobile | 12/8/2020 | Email | Assure T-Mobile that WCO's sham offer meets the conditions | Wire fraud in violation of 18 U.S.C. § 1343 |

2

63

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | outlined in T-Mobile's ROFR | |
| 8. | WCO call to T-Mobile re La Roche sham offer | La Roche | WCO | T-Mobile | On or about 12/8/2020 | Call | Assure T-Mobile that WCO's sham offer meets the conditions outlined in T-Mobile's ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 9. | WCO outreach to Palomar Community College District ("Palomar") | Palomar | WCO | Palomar | 12/15/2020 | Email | Outreach to gauge interest in selling licenses to WCO | Wire fraud in violation of 18 U.S.C. § 1343 |
| 10. | Gary Winnick call with T-Mobile re La Roche sham offer | La Roche | Gary Winnick/ WCO | TDI | On or about 12/17/2020 | Email/Call | Assure T-Mobile that WCO's sham offer meets the conditions outlined in T-Mobile's lease | Wire fraud in violation of 18 U.S.C. § 1343 |
| 11. | Bitzarakis email re offer to purchase EBS licenses | Palomar | Andreas Bitzarakis | Palomar | 1/8/2021 | Email | Outreach to gauge interest in selling licenses | Wire fraud in violation of 18 U.S.C. § 1343 |
| 12. | Palomar call re offer to purchase | Palomar | Palomar | T-Mobile | 2/11/21 | Call/Email | Discuss T-Mobile's desire to | Wire fraud in violation of |

3

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | make an offer to purchase EBS licenses | 18 U.S.C. § 1343 |
| 13. | Intelecom Intelligent Telecommunications ("Intelecom") outreach to T-Mobile to make offer to purchase | Intelecom | Intelecom | T-Mobile | 3/1/21 | Email | Intelecom email inviting T-Mobile to make a proposal to purchase license | Wire fraud in violation of 18 U.S.C. § 1343 |
| 14. | Palomar follow up re offer to purchase | Palomar | Palomar | T-Mobile | 3/4/21 | Email | Discuss third-party "unsolicited offer" to purchase EBS licenses that is subject to "NDA" | Wire fraud in violation of 18 U.S.C. § 1343 |
| 15. | Palomar follow up re offer to purchase | Palomar | Palomar | T-Mobile | 3/11/21 | Email | Provide documents re third-party "unsolicited offer" to purchase EBS licenses that is subject to "NDA" | Wire fraud in violation of 18 U.S.C. § 1343 |

4

65

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| 16. | WCO sham offer letter to Eaton Rapids Public Schools ("Eaton Rapids") | Eaton Rapids | WCO | Eaton Rapids | 5/6/21 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFR so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 17. | WCO sham offer letter to Intelecom | Intelecom | WCO | Intelecom | 4/19/21 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFR so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 18. | Intelecom ROFR notice to T-Mobile | Intelecom | Intelecom | T-Mobile | 4/20/21 | Email | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 19. | Intelecom follow up re ROFR notice to T-Mobile | Intelecom | Intelecom | T-Mobile | 4/28/21 | Email | Communicate that sham offer is bona fide and triggered ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |

5

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| 20. | WCO sham offer letter to Grand Ledge Public Schools ("Grand Ledge") | Grand Ledge | WCO | Grand Ledge | 5/6/21 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFR so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 21. | WCO sham offer letter to Indian River State College ("Indian River") | Indian River | WCO | Indian River | 7/14/21 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFR so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 22. | Indian River ROFR notice to T-Mobile | Indian River | Indian River | T-Mobile | 7/14/21 | Email | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 23. | Eaton Rapids notice of sham offer from WCO | Eaton Rapids | Eaton Rapids | T-Mobile | 7/22/21 | Mail | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile | Wire fraud in violation of 18 U.S.C. § 1343 |

6

67

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | into exercising its ROFR | |
| 24. | Grand Ledge notice of sham offer from WCO | Grand Ledge | Grand Ledge | T-Mobile | 7/22/21 | Mail | Forward WCO sham offer letter to T-Mobile to coerce T-Mobile into exercising its ROFR | Mail fraud in violation of 18 U.S.C. § 1341 |
| 25. | WCO sham offer letter to Palomar | Palomar | WCO | Palomar | 8/13/21 | Email | Make sham offer intended to coerce T-Mobile into exercising its ROFR so that Defendants can pocket kickback | Wire fraud in violation of 18 U.S.C. § 1343 |
| 26. | Grand Ledge follow up re ROFR notice to T-Mobile | Grand Ledge | Grand Ledge | T-Mobile | 8/23/21 | Email | Follow up on WCO sham offer letter intended to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 27. | Palomar ROFR notice to T-Mobile | Palomar | Palomar | T-Mobile | 8/24/21 | Email | Forward WCO sham offer letter to T-Mobile to | Wire fraud in violation of |

7

68

| Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|
| | | | | | | coerce T-Mobile into exercising its ROFR | 18 U.S.C. § 1343 |
| 28. Eaton Rapids follow up re ROFR notice to T-Mobile | Eaton Rapids | Eaton Rapids | T-Mobile | 8/25/21 | Email | Follow up on WCO sham offer letter intended to coerce T-Mobile into exercising its ROFR | Wire fraud in violation of 18 U.S.C. § 1343 |
| 29. Eaton Rapids coordination of ROFR dates | Eaton Rapids | Eaton Rapids | T-Mobile | 8/25/21 | Email | Confirm WCO sham offer was forwarded via mail on 7/22/21 | Wire fraud in violation of 18 U.S.C. § 1343 |
| 30. Intelecom asset purchase agreement closing documents | Intelecom | Intelecom | T-Mobile | 9/16/21 | Email | Send asset purchase agreement closing documents for T-Mobile signature | Wire fraud in violation of 18 U.S.C. § 1343 |
| 31. Palomar modifications to asset purchase agreement | Palomar | Palomar | T-Mobile | 9/24/21 | Email | Modify asset purchase agreements for EBS licenses | Wire fraud in violation of 18 U.S.C. § 1343 |
| 32. Palomar modifications to | Palomar | Palomar | T-Mobile | 9/28/21 | Email | Agreeing upon modified asset | Wire fraud in violation of |

8

69

| | Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---|---|---|---|---|---|---|---|---|
| | asset purchase agreement | | | | | | purchase agreements | 18 U.S.C. § 1343 |
| 33. | Intelecom follow up re asset purchase agreement closing documents | Intelecom | Intelecom | T-Mobile | 10/4/21 | Email | Follow up regarding asset purchase agreement closing documents | Wire fraud in violation of 18 U.S.C. § 1343 |
| 34. | Intelecom payment instructions for asset purchase agreement | Intelecom | Intelecom | T-Mobile | 10/5/21 | Email | Transmit instructions for T-Mobile payment to purchase licenses | Wire fraud in violation of 18 U.S.C. § 1343 |
| 35. | Palomar asset purchase agreement | Palomar | Palomar | T-Mobile | 10/11/21 | Email | Transmit final asset purchase agreement for T-Mobile signature | Wire fraud in violation of 18 U.S.C. § 1343 |
| 36. | Closing documents for EBS license purchase | Intelecom | Intelecom | T-Mobile | 10/21/21 | Email | Providing closing documents to hold in escrow | Wire fraud in violation of 18 U.S.C. § 1343 |
| 37. | Intelecom confirmation of payment | Intelecom | Intelecom | T-Mobile | 11/2/21 | Email | Confirm Intelecom's receipt of | Wire fraud in violation of |

9

70

| Example | Institution | From | To | Date | Format | Purpose | Predicate Act |
|---------|-------------|------|-----|------|--------|---------|---------------|
|  |  |  |  |  |  | payment from T-Mobile to purchase licenses | 18 U.S.C. § 1343 |

10

71