**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 576-1000

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
Brianna Moreno**
bmoreno@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer***
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*
***pro hac vice* application pending
****pro hac vice* application forthcoming

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-DMG (Ex) <br><br> (Hon. Dolly M. Gee) <br><br> **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint filed: June 2, 2023 <br> Service waived: June 8, 2023 <br> Current response date:  August 7, 2023 <br> New response date:  August 18, 2023 |

Pursuant to Central District of California Civil Local Rule 8-3, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC ("Plaintiffs"), and Defendants WCO Spectrum LLC, SCH LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Ashok Vasudevan, Andreas Bitzarakis, and Tyler Kratz ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the above-captioned action against Defendants on June 2, 2023 (the "Complaint") (*see* Compl., ECF No. 1);

WHEREAS, Plaintiffs requested a waiver of service of Complaint and Summons from Defendants on June 8, 2023;

WHEREAS, Defendants agreed to waive service of the Complaint and Summons;

WHEREAS, pursuant to Rule 12(a)(1)(ii) of the Federal Rules of Civil Procedure, the deadline for Defendants to respond to the Complaint is currently August 7, 2023; and

WHEREAS, pursuant to Local Rule 8-3, Plaintiffs and Defendants agreed to extend Defendants' time to respond to Plaintiffs' Complaint by an additional eleven (11) days, to August 18, 2023.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants hereto through their respective attorneys of record that Defendants' deadline to respond to the Complaint is extended to **August 18, 2023**.

/ / /
/ / /
/ / /
/ / /
/ / /

Dated:  June 15, 2023

By:  */s/ Jeffrey A. Rosenfeld*

Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Kenneth J. Brown*
kbrown@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
William P. Ashworth*
washworth@wc.com
Kathryn E. Hoover*
khoover@wc.com
Brianna Moreno**
bmoreno@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Steven J. Engelmyer***
**KLEINBARD LLC**
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000
Facsimile: (215) 568-0140

*admitted *pro hac vice*
***pro hac vice* application pending
***pro hac vice* application forthcoming

*Attorneys for Plaintiffs*

2

1  DATED:  June 21, 2023

2                                             By:  *Maurice R. Mitts*

3                                                  Maurice R. Mitts
                                                   mmitts@mittslaw.com
4                                                  (*pro hac vice* forthcoming)
5                                                  **MITTS LAW, LLC**
                                                   1822 Spruce Street
6                                                  Philadelphia, PA 19103
7                                                  215-866-0112

8                                                  Attorneys for Defendants WCO
9                                                  Spectrum LLC, Academia Spectrum
                                                   LLC, Gary Winnick, Carl Katerndahl,
10                                                 Andreas Bitzarakis, and Tyler Kratz

11

12 DATED:  June 21, 2023

13                                            By:  *Gerard M. McCabe*

14                                                 Gerard M. McCabe
                                                   gmccabe@mccabe.law
15                                                 (*pro hac vice* forthcoming)
16                                                 **McCABE LAW GROUP, LLC**
                                                   42 Hawkswell Circle
17                                                 Oreland, PA 19075

18

19                                                 Attorneys for Defendants SCH LLC and
                                                   Ashok Vasudevan

20

21

22

23

24

25

26

27

28

1

## <u>LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION</u>

2

The filer of this document attests that all other signatories listed above on

3
whose behalf this filing is submitted concur in the filing's content and have

4
authorized the filing.

5
By____*/s/ Jeffrey A. Rosenfeld*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28