# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br>*Plaintiff(s)*<br>v.<br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ<br>*Defendant(s).* | CASE NUMBER<br><br>CV 23-4347-DMG (Ex)<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Engelmyer, Steven J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

215 568 2000   215 568 0140
*Telephone Number*   *Fax Number*

sengelmyer@kleinbard.com
*E-Mail Address*

of

KLEINBARD LLC
Three Logan Square
1717 Arch Street, Fifth Floor
Philadelphia, PA  19103

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC AND WBSY LICENSING LLC

*Name(s) of Party(ies) Represented*   ✓ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Rosenfeld, Jeffrey A.
*Designee's Name (Last Name, First Name & Middle Initial)*

136896   213 576 1143   213 576 1100
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jeffrey.rosenfeld@alston.com
*E-Mail Address*

of

ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, CA  90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated: June 27, 2023**

*/s/ Dolly M. Gee*
Dolly M. Gee, U.S. District Judge