BUCHALTER
A Professional Corporation
Mark T. Cramer (SBN: 198952)
mcramer@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-0700
Fax: (213) 896-0400

Maurice R. Mitts (admitted *pro hac vice*)
mmitts@mittslaw.com
MITTS LAW LLC
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-0112
Fax: (215) 866-0113

*Attorneys for Defendants*
*WCO Spectrum LLC, Academia Spectrum LLC,*
*Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:23-4347-DMG-E<br>(Hon. Dolly M. Gee)<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 30 DAYS (L.R. 8-3); [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: June 2, 2023<br>Service waived: June 8, 2023<br>Original response date: August 7, 2023<br>Current response date: August 18, 2023<br>New Response Date: September 18, 2023 |

Pursuant to Central District of California Civil Local Rule 8-3, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC ("Plaintiffs"), and Defendants WCO Spectrum LLC, SCH LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Ashok Vasudevan, Andreas Bitzarakis, and Tyler Kratz ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the above-captioned action against Defendants on June 2, 2023 (the "Complaint") (*see* Compl., ECF No. 1);

WHEREAS, Plaintiffs requested a waiver of service of Complaint and Summons from Defendants on June 8, 2023;

WHEREAS, Defendants agreed to waive service of the Complaint and Summons;

WHEREAS, pursuant to Rule 12(a)(1)(ii) of the Federal Rules of Civil Procedure, the deadline for Defendants to respond to the Complaint was originally August 7, 2023;

WHEREAS, pursuant to Local Rule 8-3, Plaintiffs and Defendants previously agreed, by Stipulation (*see* ECF No. 27), to extend Defendants' time to respond to Plaintiffs' Complaint by an additional eleven (11) days, to August 18, 2023;

WHEREAS, pursuant to Local Rule 8-3, Plaintiffs and Defendants have subsequently agreed to extend Defendants' time to respond to Plaintiffs' Complaint by an additional thirty (30) days to, September 18, 2023; and

WHEREAS, Defendants believe good cause exists for this extension because counsel for Defendants is currently indisposed handling the trial of another matter.

///

///

///

///

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendants hereto through their respective attorneys of record that Defendants' deadline to respond to the Complaint is extended to **September 18, 2023**.

DATED: August 14, 2023

Respectfully submitted,

By: *s/ Mark T. Cramer*

Mark T. Cramer
mcramer@buchalter.com
**BUCHALTER, APC**
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-0700 Fax: (213) 896-0400

Maurice R. Mitts
(admitted pro hac vice)
mmitts@mittslaw.com
**MITTS LAW LLC**
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-1010 Fax: (215) 866-0111

*Attorneys for Defendants*
*WCO Spectrum LLC,*
*Academia Spectrum LLC,*
*Gary Winnick, Carl Katerndahl,*
*Andreas Bitzarakis, and Tyler Kratz*

DATED:  August 14, 2023

By: *s/ R. Kennon Poteat (with permission)*
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street
Los Angeles, CA 90071
Tel: (213) 576-1143


Kenneth J. Brown*
kbrown@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
William P. Ashworth*
washworth@wc.com
Kathryn E. Hoover*
khoover@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029

Steven J. Engelmyer*
**KLEINBARD LLC**
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Tel: 215-568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

By: /s/ *Mark T. Cramer*