1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br>        Defendants. | Civil Action No. 2:23-4347-DMG-E (Hon. Dolly M. Gee)<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT BY AN ADDITIONAL 30 DAYS (L.R. 8-3); [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: June 2, 2023<br>Service waived: June 8, 2023<br>Original response date: August 7, 2023<br>Current response date: August 18, 2023<br>New Response Date: September 18, 2023 |

[PROPOSED ORDER]

Case No. 2:23-CV-4347-DMG (Ex)

1  The Court, having considered the stipulation submitted by the parties, and
2  good cause appearing, hereby enters the following order:
3  Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint is
4  extended from August 18, 2023 to September 18, 2023.

**IT IS SO ORDERED.**

Dated: _____

Hon. Dolly M. Gee
UNITED STATES DISTRICT JUDGE