1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br>　　　　　Defendants. | Case No. CV 23-4347-DMG (Ex)<br><br>**ORDER [39]** |

The Court, having considered the stipulation submitted by the parties, and good cause appearing, hereby enters the following order:

Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint is extended from August 18, 2023 to September 18, 2023.

**IT IS SO ORDERED.**

DATED: August 15, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE