BUCHALTER
A Professional Corporation
Joshua Robbins (SBN: 270553)
jrobbins@buchalter.com
Mark T. Cramer (SBN: 198952)
mcramer@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-0700
Fax: (213) 896-0400

Maurice R. Mitts (admitted pro hac vice)
mmitts@mittslaw.com
MITTS LAW LLC
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-0112
Fax: (215) 866-0113

*Attorneys for Defendants*
*WCO Spectrum LLC, Academia Spectrum LLC,*
*Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:23-4347-DMG-E<br>(Hon. Dolly M. Gee)<br><br>**DECLARATION OF MAURICE R. MITTS IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY AND DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint Filed: June 2, 2023<br>Hearing Date: October 13, 2023<br>Time: 9:30 a.m.<br>Courtroom: 8C |

Pursuant to 28 U.S.C. § 1746, I, Maurice R. Mitts, hereby declare as follows:

1. I am counsel of record for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively, the "WCO Defendants") in the above-captioned matter. I make the following Declaration in support of the WCO Defendants' Motion for Protective Order Staying Discovery, filed concurrently herewith. The statements made herein are based upon my own personal knowledge, and if called as a witness, I could and would competently testify on the matters set forth herein.

2. Attached as **Exhibit A** is a true and accurate copy of a news article entitled *T-Mobile's fight with WCO Spectrum gets ugly*, which reflects that it was published on the website fiercewireless.com on June 9, 2023 at 12:27 P.M. by Linda Hardesty. The article can be accessed at https://www.fiercewireless.com/wireless/t-mobiles-fight-wco-spectrum-gets-ugly.

3. Attached as **Exhibit B** is a true and correct copy of a press release entitled *T-Mobile Delivers Record Customer Growth, Adding an Expected Industry-Best 6.4 Million Postpaid Customers and 2.0 Million Broadband Customers in 2022*, which reflects that it was published on T-Mobile's website on January 4, 2023. The press release can be accessed at https://www.t-mobile.com/news/business/t-mobile-preliminary-customer-results-2022.

4. Attached as **Exhibit C** is a true and correct copy of a news article entitled *Public Broadcasters – Do You Hold an EBS License? It May Be Worth More Than You Think*, which reflects that it was written by Evran Kavlak and published on the website publicmedia.co on February 23, 2021. The news article can be accessed at https://publicmedia.co/ebs-license/#:~:text=EBS%20has%20its%20roots%20in,excess%20capacity%20to%20commercial%20services .

5. Attached as **Exhibit D** is a true and correct copy of a news article entitled *T-Mobile claims 5G mid-band PoP star status*, which reflects that it was

1  written by Monica Alleven and published to the website fiercewireless.com on March 9, 2022 at 4:47 P.M. It can be accessed at https://www.fiercewireless.com/wireless/t-mobile-stokes-mid-band-5g-coverage-rivalry.

6. Attached as **Exhibit E** is a true and correct copy of a news article entitled *WCO Spectrum has $1B in active offers to buy 2.5 GHz spectrum*, which reflects that it was written by Linda Hardesty and published to the website fiercewireless.com on July 15, 2022 at 12:00 P.M. It can be accessed at https://www.fiercewireless.com/wireless/wco-spectrum-has-1b-active-offers-buy-25-ghz-spectrum.

7. Attached as **Exhibit F** is a true and correct copy of a news article entitled *Could the C-band auction set the price T-Mobile will pay for EBS Licenses?*, which reflects that it was written by Linda Hardesty and published to the website fiercewireless.com on August 2, 2023 at 9:42 A.M. It can be accessed at https://www.fiercewireless.com/5g/could-c-band-auction-set-price-t-mobile-will-pay-ebs-licenses.

8. Attached as **Exhibit G** are true and correct copies of letters sent by T-Mobile and its attorneys to various educational institutions.

9. Attached as **Exhibit H** is a true and correct copy of a news article entitled *T-Mobile fights hard to keep its 2.5 GHz leases secret*, which reflects that it was written by Linda Hardesty and published to the website fiercewireless.com on March 9, 2022 at 9:27 A.M. It can be accessed at https://www.fiercewireless.com/5g/t-mobile-fights-hard-keep-its-25-ghz-leases-secret.

10. Attached as **Exhibit I** is a true and correct copy of excerpted portions of the transcript of a hearing before the Hon. J. Benjamin Nevius, Berks County Court of Common Pleas, Pennsylvania, which took place on March 21, 2022 in the matter *TDI Acquisition Sub, LLC v. Albright College*, Case No. 21-04881.

11.  Attached as **Exhibit J** is a true and correct copy of excerpted portions of the transcript of a hearing before the Hon. J. Benjamin Nevius, Berks County Court of Common Pleas, Pennsylvania, which took place on July 11, 2022 in the matter *TDI Acquisition Sub, LLC v. Albright College*, Case No. 21-04881.

12.  Attached as **Exhibit K** is a true and correct copy of excerpted portions of the transcript of a hearing before the Hon. Paula A. Patrick, Philadephia Court of Common Pleas, Pennsylvania, which took place on November 10, 2022 in the matter *T-Mobile U.S., Inc. et al. v. WCO Spectrum, LLC, et al.*, Case No. 220500629.

13.  Attached as **Exhibit L** is a true and correct copy of an order issued by the Hon. Paula A. Patrick in the matter *T-Mobile U.S., Inc. et al. v. WCO Spectrum, LLC, et al.*, Case No. 220500629, denying T-Mobile's motion to compel pre-complaint discovery on November 10, 2022.

14.  Attached as **Exhibit M** is a true and correct copy of the Complaint T-Mobile subsidiary and Plaintiff NSAC, LLC filed in the United States District Court for the Southern District of Florida on March 25, 2022 against the School Board of St. Lucie County, Florida.

15.  Attached as **Exhibit N** is a true and correct copy of the Complaint T-Mobile subsidiary and Plaintiff Clearwire Spectrum Holdings II, LLC filed in the United States District Court for the Northern District of Ohio against Lorain County Community College.

16.  Attached as **Exhibit O** is a true and correct copy of a news article entitled *In Oklahoma, T-Mobile suddenly faces a new 5G spectrum landlord*, which reflects that it was written by Mike Dano and published on the website lightreading.com on May 18, 2022. It can be accessed at https://www.lightreading.com/5g/in-oklahoma-t-mobile-suddenly-faces-new-5g-spectrum-landlord/d/d-id/777634.

17.  Attached as **Exhibit P** is a true and correct copy of a news article entitled *Inside the messy world of T-Mobile's midband 5G spectrum licenses*, which reflects

that it was written by Mike Dano and published on the website lightreading.com on January 24, 2022. It can be accessed at https://www.lightreading.com/5g/inside-the-messy-world-of-t-mobiles-midband-5g-spectrum-licenses/d/d-id/774745.

18. Attached as **Exhibit Q** is a true and correct copy of a Federal Communications Commission Report and Order entitled *In re Transforming the 2.5 GHz Band*, which was adopted on July 10, 2019.

19. On August 9, 2023, counsel of record representing all parties in this matter convened a video conference. During the video conference, I stated that Defendants intended to bring the Motion for Protective Order Staying Discovery Pending Motion to Dismiss filed herewith.

20. After a discussion of the reasons and basis for the motion, counsel for Plaintiffs indicated that they would not agree to a stay of discovery in this matter lasting until Defendants' forthcoming Motion to Dismiss is briefed, heard, and resolved by the Court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 16, 2023 in Philadelphia, Pennsylvania.

*/s/ Maurice R. Mitts*
MAURICE R. MITTS