# EXHIBIT A

Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No.  2:23-CV-4347-KS

Case Name: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al.

| MATTER | PLNTF REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL**     [ ] Court [x] Jury<br><br>Duration Estimate: 3 weeks | April 29, 2025<br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | April 1, 2025<br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | PLNTF REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | TBD |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | May 3, 2024 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | May 17, 2024 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | June 28, 2024 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | August 9, 2024 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | September 6, 2024 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | December 13, 2024 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | January 28, 2025 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | February 18, 2025 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | |

**EXHIBIT A**

---

[3]Trials commence on Tuesdays. Final pretrial conferences are held on Tuesdays.

EXHIBIT A
PAGE 15