**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-cv-04347-DMG-E <br><br> **JOINT STIPULATION TO CONTINUE THE HEARING DATE ON MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS** <br><br> Current Hearing Date: October 27, 2023 <br> Hearing Time: 9:30 a.m. <br> Courtroom: 8C <br><br> **Proposed New Date: November 17, 2023** <br> **Hearing Time: 9:30 a.m.** <br> **Courtroom: 8C** <br><br> Filing Date: June 2, 2023 <br> Trial Date: None set |

Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs"), and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively, "Defendants") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows to continue the hearing date on Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz's Motion for Protective Order Staying Discovery Pending Motion to Dismiss.

WHEREAS, on August 16, 2023, Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz filed their Notice and Motion for Protective Order Staying Discovery Pending Motion to Dismiss (ECF No. 41) (the "Motion") and setting the Motion for hearing on October 13, 2023;

WHEREAS, on August 24, 2023, the Court issued an Amended Order continuing the Motion hearing date from October 13, 2023 to October 27, 2023 because October 13, 2023 was a closed motion date (*see* ECF No. 45);

WHEREAS, lead counsel for Plaintiffs, Kenneth J. Brown, has trial scheduled to begin on October 30, 2023 and is therefore unavailable for the October 27, 2023 hearing; and

WHEREAS, in the spirit of good faith and cooperation, the Parties have agreed to continue the hearing date on the Motion to ensure that Plaintiffs' lead counsel may appear at the hearing;

WHEREAS, the Parties agree that, the hearing date should be continued from October 27, 2023 to November 17, 2023 or the soonest available date thereafter that is convenient to the Court.

1

JOINT STIPULATION TO CONTINUE THE HEARING DATE OF MOTION FOR
PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their respective counsel, subject to the Court's approval, as follows:

- The hearing on Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz's Motion shall be continued from October 27, 2023 at 9:30 a.m. to **November 17, 2023 at 9:30 a.m.**, or the soonest date thereafter that is convenient to the Court;

- The deadline for Plaintiffs to file and serve their opposition to the Motion shall be **October 27, 2023** (21 days before the November 17, 2023 hearing date); and

- The deadline for Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz to file and serve their Reply in support of the Motion shall be **November 3, 2023** (14 days before the November 17, 2023 hearing date).

**IT IS SO STIPULATED.**

Dated:  September 7, 2023            Respectfully submitted,

By: */s/ Jeffrey A. Rosenfeld*
ALSTON & BIRD LLP
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 576-1143

2

JOINT STIPULATION TO CONTINUE THE HEARING DATE OF MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS

```
                                        WILLIAMS & CONNOLLY LLP
                                        Kenneth J. Brown*
                                        kbrown@wc.com
                                        R. Kennon Poteat III*
                                        kpoteat@wc.com
                                        William P. Ashworth*
                                        washworth@wc.com
                                        Kathryn E. Hoover*
                                        khoover@wc.com
                                        680 Maine Avenue, SW
                                        Washington, DC 20024
                                        Telephone: (202) 434-5000
                                        Facsimile: (202) 434-5029

                                        KLEINBARD LLC
                                        Steven J. Engelmyer*
                                        sengelmyer@kleinbard.com
                                        Three Logan Square
                                        1717 Arch Street, 5th Floor
                                        Philadelphia, PA 19103
                                        Telephone: 215-568-2000

                                        * admitted *pro hac vice*

                                        *Attorneys for Plaintiffs*

Dated:  September 7, 2023               Respectfully submitted,

                                        By: */s/ Mark T. Cramer*

                                        BUCHALTER, A Professional Corporation
                                        Mark T. Cramer (198952)
                                        mcramer@buchalter.com
                                        1000 Wilshire Boulevard, Suite 1500
                                        Los Angeles, CA 90017
                                        Telephone: 213-896-0400

                                        MITTS LAW LLC
                                        Maurice R. Mitts*
                                        mmitts@mittslaw.com
                                        1822 Spruce Street
```

3

JOINT STIPULATION TO CONTINUE THE HEARING DATE OF MOTION FOR
PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Philadelphia, PA 19103
Telephone: 215-866-0112

* admitted *pro hac vice*

*Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

4

JOINT STIPULATION TO CONTINUE THE HEARING DATE OF MOTION FOR
PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS

## ATTESTATION

The filer, pursuant to L.R. 5-4.3.4(a)(2), hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 7, 2023                    **ALSTON & BIRD LLP**

                                            By:   _/s/ Jeffrey A. Rosenfeld_
                                                  Jeffrey A. Rosenfeld

5

JOINT STIPULATION TO CONTINUE THE HEARING DATE OF MOTION FOR
PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS