BUCHALTER
A Professional Corporation
Joshua M. Robbins (SBN: 270553)
jrobbins@buchalter.com
Mark T. Cramer (SBN: 198952)
mcramer@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-0700
Fax: (213) 896-0400

Maurice R. Mitts (admitted *pro hac vice*)
mmitts@mittslaw.com
MITTS LAW LLC
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-0112
Fax: (215) 866-0113

*Attorneys for Defendants*
*WCO Spectrum LLC, Academia Spectrum LLC,*
*Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-04347-DMG-E<br>(Hon. Dolly M. Gee)<br><br>**NOTICE OF APPEARANCE OF JOSHUA M. ROBBINS AS COUNSEL FOR DEFENDANTS**<br><br>Complaint Filed: June 2, 2023 |

## NOTICE

**TO THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the following firm and attorney is appearing as co-counsel in this matter on behalf of Defendants WCO Spectrum, LLC, Academia

1 | Spectrum, LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler
2 | Kratz:

    Joshua M. Robbins (State Bar No. 270553)
    Buchalter, A Professional Corporation
    18400 Von Karman Avenue, Suite 800
    Irvine, California 92612
    Telephone: (949) 760-1121
    Facsimile: (949) 720-0182
    Email: jrobbins@buchalter.com

Respectfully submitted,

DATED:  September 11, 2023

BUCHALTER
A Professional Corporation

By: /s/ *Joshua M. Robbins*
    Joshua M. Robbins
    Mark T. Cramer
    *Attorneys for Defendants*
    *WCO Spectrum LLC, Academia*
    *Spectrum LLC, Gary Winnick, Carl*
    *Katerndahl, Andreas Bitzarakis, and*
    *Tyler Kratz*