# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. CV 23-4347-DMG (Ex)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS [47]** |

The Court, having reviewed the Joint Stipulation (the "Stipulation") between Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs"), and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively, "Defendants") to Continue the Hearing Date on Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz's Motion for Protective Order Staying Discovery Pending Motion to Dismiss (ECF No. 41) (the "Motion").  Having considered the Stipulation, finding good cause therefore, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The hearing on Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz's Motion shall be continued from October 27, 2023 at 9:30 a.m. to **November 17, 2023 at 9:30 a.m.**;

2. The deadline for Plaintiffs to file and serve their opposition to the Motion shall be **October 27, 2023**; and

3. The deadline for Defendants WCO Spectrum, LLC; Academia Spectrum, LLC; Gary Winnick; Carl Katerndahl; Andreas Bitzarakis; and Tyler Kratz to file and serve their Reply in support of the Motion shall be **November 3, 2023**.

**IT IS SO ORDERED.**

DATED:  September 12, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE