**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
Perry F. Austin*
paustin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>    Defendants. | Case No. 2:23-CV-4347-DMG (Ex)<br><br>Judge Dolly M. Gee<br><br>**T-MOBILE'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

Pursuant to the Court's Order to Show Cause re: Dismissal for Lack of Prosecution, ECF No. 56, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "T-Mobile") file this response to update the Court on T-Mobile's efforts to prosecute their case against Defendants SCH LLC ("SCH") and Ashok Vasudevan (collectively, the "SCH Defendants"), which waived service of process but failed to respond to T-Mobile's complaint.

1.  T-Mobile filed its complaint in this action on June 2, 2023. ECF No. 1. On June 8, 2023, counsel for T-Mobile sent a request to waive service of a summons to counsel for the SCH Defendants. The SCH Defendants are the supposed financial backers of Defendants' fraudulent scheme. The SCH Defendants, through counsel, executed a waiver of service on June 19, 2023. T-Mobile filed the executed waiver of service on June 21, 2023. ECF No. 25.

2.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), the SCH Defendants therefore originally were required to serve a response to the complaint "within 60 days after the request for a waiver was sent," or by August 7, 2023.

3.  The parties then agreed, by stipulation, to extend Defendants' time to respond to the complaint by eleven days to August 18, 2023. ECF No. 27. Upon a representation that Defendants' counsel was "indisposed handling the trial of another matter," the parties subsequently agreed, by stipulation, to extend Defendants' time to respond by an additional thirty days to September 18, 2023, which the Court accepted. ECF Nos. 39, 40.

4.  These deadlines notwithstanding, the SCH Defendants have failed to appear or otherwise respond to the complaint.

5.  The SCH Defendants also have failed to serve initial disclosures as required by Rule 26(a)(1) and to respond to T-Mobile's First Set of Requests for

Production of Documents and First Set of Interrogatories, each served on August 16, 2023.

6. In light of the SCH Defendants' lack of responses, including their failure to respond to the complaint, T-Mobile began preparing a request for entry of default shortly after the September 18 deadline.

7. T-Mobile was mindful, however, that courts in the Ninth Circuit follow "the general rule that default judgments are ordinarily disfavored." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986). Accordingly, on September 27, 2023, counsel for T-Mobile contacted counsel for the SCH Defendants as a courtesy to inform counsel of T-Mobile's intent to request that the Clerk enter a default against the SCH Defendants, and to explore whether there was a path forward that would avoid both motions practice regarding default and the prejudice to T-Mobile from the SCH Defendants' delinquency. Attached hereto as **Exhibit A** is a true and correct copy of emails exchanged between counsel for T-Mobile and counsel for the SCH Defendants.

8. In response, counsel for the SCH Defendants informed T-Mobile that they have failed to respond or appear in this action because they have not retained local counsel authorized to appear on their behalf in this Court. T-Mobile does not know why the SCH Defendants have yet to do so.

9. As a result of discussions between counsel, T-Mobile and the SCH Defendants reached a compromise by which the SCH Defendants agreed to the following terms in exchange for T-Mobile's agreement not to seek a default against them:

A. By October 19, 2023, the SCH Defendants will:

   i. cause an attorney to enter an appearance in this action,

   ii. file a motion to join in the pending motion to dismiss, and

   iii. serve initial disclosures.

    B. By November 6, 2023, the SCH Defendants will:

        i. respond substantively to T-Mobile's First Set of Interrogatories, and

        ii. produce all documents relating to certain categories of T-Mobile's Requests for Production, as follows:

            a. SCH's corporate formation and structure,

            b. Defendant WCO Spectrum LLC ("WCO"),

            c. WCO's financing or planning financing of the purchase of any License subject to a Lease Agreement, including any lines of credit and related contracts,

            d. SCH's capital and/or assets on hand and/or proof of funds,

            e. any EBS license holder's request for a Proof of Funds letter, bank guarantee, or similar document, and

            f. any payments made by WCO to the SCH Defendants.

*See* **Exhibit A** at 1–4. Nothing about this compromise agreement relieves the SCH Defendants from their obligation to respond to all discovery requests in due course. *See id.* at 3.

    10. Should the SCH Defendants fail to comply with the agreed-upon October 19, 2023 deadline for causing an attorney to enter an appearance on their behalf and filing a joinder to the pending motion to dismiss, T-Mobile promptly will file a request for entry of default against them. T-Mobile also reserves the right to seek appropriate relief should the SCH Defendants fail to comply with any other provision of this agreement.

| | | |
|---|---|---|
| 1 | Dated:  October 11, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ Jeffrey A. Rosenfeld |
| | | ALSTON & BIRD LLP |
| 4 | | Jeffrey A. Rosenfeld (#136896) |
| | | jeffrey.rosenfeld@alston.com |
| 5 | | Jesse Steinbach (#278923) |
| 6 | | jesse.steinbach@alston.com |
| | | Brooke H. Bolender (#340689) |
| 7 | | brooke.bolender@alston.com |
| 8 | | 333 South Hope Street |
| | | Los Angeles, CA 90071 |
| 9 | | Telephone: (213) 576-1143 |
| 10 | | |
| 11 | | WILLIAMS & CONNOLLY LLP |
| | | Kenneth J. Brown* |
| 12 | | kbrown@wc.com |
| | | R. Kennon Poteat III* |
| 13 | | kpoteat@wc.com |
| 14 | | William P. Ashworth* |
| | | washworth@wc.com |
| 15 | | Kathryn E. Hoover* |
| 16 | | khoover@wc.com |
| | | Perry F. Austin* |
| 17 | | paustin@wc.com |
| 18 | | 680 Maine Avenue, SW |
| | | Washington, DC 20024 |
| 19 | | Telephone: (202) 434-5000 |
| 20 | | Facsimile: (202) 434-5029 |
| 21 | | |
| | | KLEINBARD LLC |
| 22 | | Steven J. Engelmyer* |
| | | sengelmyer@kleinbard.com |
| 23 | | Three Logan Square |
| 24 | | 1717 Arch Street, 5th Floor |
| | | Philadelphia, PA 19103 |
| 25 | | Telephone: 215-568-2000 |
| 26 | | |
| 27 | | * admitted *pro hac vice* |
| 28 | | *Attorneys for Plaintiffs* |

# Exhibit A

| | |
|---|---|
| **From:** | Gerard McCabe |
| **To:** | Hoover, Kylie; Poteat III, R. Kennon |
| **Subject:** | RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.) |
| **Date:** | Monday, October 9, 2023 10:08:02 PM |

Kylie/Kennon –

Yes ... Ash Vasudevan has expressed his agreement with your provisions.

I have received confirmation and a commitment from Mr. Vasudevan that local counsel will be retained and that I will then enter my appearance and assist in ensuring that the SCH Defendants comply with the requested discovery terms set forth in your email below. Also, once the appearance is entered, we will file a motion of joinder to the pending motion to dismiss.

Please confirm that the preceding is acceptable and whether there is anything else that you require.

Thank you.

Gerard M. McCabe, Esquire
**McCABE.LAW GROUP, LLC**
(215) 965-0004 (Direct)
(215) 965-0013 (Fax)
(267) 970-2526 (Cell & Text)
gmccabe@mccabe.law

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**: Intended only for the addressee(s) and may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution or copying by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic mail transmission is received in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**IRS CIRCULAR 230 DISCLOSURE**: Pursuant to Treasury Regulation, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

**From:** Hoover, Kylie <KHoover@wc.com>
**Sent:** Friday, October 6, 2023 2:37 PM
**To:** Gerard McCabe <gmccabe@mccabe.law>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Hi Gerard,

We look forward to receiving your confirmation by Monday morning.

7

Thanks,
Kylie

**Kylie Hoover**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5388
khoover@wc.com

---

**From:** Gerard McCabe <gmccabe@mccabe.law>
**Sent:** Friday, October 06, 2023 12:27 PM
**To:** Hoover, Kylie <KHoover@wc.com>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Kylie –

I am in receipt of your email.

I have not been able to focus or discuss with client due to large filing due today (in an unrelated case of course).

On my quick pass, I don't see any hiccups, but allow me to speak with my client later today/weekend, and I will respond once I have his agreement (but no later than Monday morning).

Thank you.

Gerard M. McCabe, Esquire
**McCABE.LAW GROUP, LLC**
(215) 965-0004 (Direct)
(215) 965-0013 (Fax)
(267) 970-2526 (Cell & Text)
**gmccabe@mccabe.law**

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**: Intended only for the addressee(s) and may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution or copying by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic mail transmission is received in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**IRS CIRCULAR 230 DISCLOSURE**: Pursuant to Treasury Regulation, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

**From:** Hoover, Kylie <KHoover@wc.com>
**Sent:** Thursday, October 5, 2023 4:54 PM
**To:** Gerard McCabe <gmccabe@mccabe.law>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Gerard,

We have reviewed your counter proposal and need some clarification. With respect to point 4, please confirm that by "respond to specific pending discovery requests," you mean that SCH and Vasudevan will produce documents and respond substantively to interrogatories, not simply serve responses and objections. We expect that by November 6, SCH and Vasudevan will serve responses and objections to all discovery requests, and would also agree to produce documents responsive to certain RFPs and respond substantively to the interrogatories by that date.

As to your question about the specific RFPs, while T-Mobile expects responses to all of the discovery requests it has served on SCH and Vasudevan in due course, as part of this compromise, SCH and Vasudevan must produce, by November 6, all documents relating to:

1. SCH's corporate formation and structure (RFP Nos. 4-6)
2. WCO (RFP No. 1)
3. WCO's financing or planned financing of the purchase of any License subject to a Lease Agreement, including any lines of credit and related contracts (RFP Nos. 28-31)
4. SCH's capital and/or assets on hand and/or proof of funds (RFP No. 32)
5. Any EBS license holder's request for a Proof of Funds letter, bank guarantee, or similar document (RFP No. 36)
6. Any payments made by WCO to SCH/Vasudevan (RFP Nos. 26-27)

Please confirm that SCH and Vasudevan commit to producing these documents by November 6. We're also happy to jump on a call if needed.

Best,
Kylie


**Kylie Hoover**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5388
khoover@wc.com

---

**From:** Gerard McCabe <gmccabe@mccabe.law>
**Sent:** Wednesday, October 04, 2023 3:00 PM
**To:** Hoover, Kylie <KHoover@wc.com>; Poteat III, R. Kennon <kpoteat@wc.com>

**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Kylie/Kennon –

Thank you for our conversation on Monday. I have spoken with Mr. Vasudevan and we would like to present the following slight counter-offer to your proposal for your consideration:

1. The SCH Defendants will have an attorney enter their appearance by October 19 or sooner;
2. The SCH Defendants will file a motion of joinder to the pending Motion to Dismiss on that same date;
3. The SCH Defendants will prepare and serve self-executing disclosures by October 19; and
4. The SCH Defendants will respond to specific pending discovery requests (as designated by T-Mobile) by November 6 (the delay here is that I am expected to be out of the country from October 20 until October 30).

It would be helpful to know in advance which specific discovery requests would T-Mobile be requesting responses to.

We realize that none of this can occur until there is an attorney of record filed on behalf of the SCH Defendants. Mr. Vasudevan has committed to achieving this by October 19, 2023, or sooner.

Please confirm whether this is acceptable. If you have any questions, please call or email me.

Thank you.

Gerard M. McCabe, Esquire
**McCABE.LAW GROUP, LLC**
(215) 965-0004 (Direct)
(215) 965-0013 (Fax)
(267) 970-2526 (Cell & Text)
gmccabe@mccabe.law

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**: Intended only for the addressee(s) and may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution or copying by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic mail transmission is received in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**IRS CIRCULAR 230 DISCLOSURE**: Pursuant to Treasury Regulation, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

**From:** Gerard McCabe
**Sent:** Tuesday, October 3, 2023 5:04 PM

**To:** Hoover, Kylie <KHoover@wc.com>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Kylie (and Kennon) –

I know I told you that I would respond today and, although I have had a discussion with my clients, I am requesting until tomorrow mid-day to provide you with my clients' position. Much of this short delay is caused by my own schedule and filings that I have later this week.

What I propose is that I provide you a response by tomorrow midday (EST). If we can't come to an agreement, you would still have the ability to file the default, but my belief is that we can come to an agreement.

If you require a response today/this evening, then please advise that as well.

Thank you for your patience.

Gerard M. McCabe, Esquire
**McCABE.LAW GROUP, LLC**
(215) 965-0004 (Direct)
(215) 965-0013 (Fax)
(267) 970-2526 (Cell & Text)
**gmccabe@mccabe.law**

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**: Intended only for the addressee(s) and may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution or copying by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic mail transmission is received in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**IRS CIRCULAR 230 DISCLOSURE**: Pursuant to Treasury Regulation, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

**From:** Gerard McCabe
**Sent:** Thursday, September 28, 2023 1:11 PM
**To:** Hoover, Kylie <KHoover@wc.com>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Kylie –

Thank you again for the courtesy of your call yesterday.

As you can imagine, your email and our discussion sparked a worth-while conversation between me and my clients, the result of which is that I have received a commitment that I will be engaged (along with local counsel) to file a response for filing by October 19, 2023, or sooner. I am fully cognizant that this is more time than my clients are entitled to (given the expiration of the prior deadline), but I am making this request knowing that there is already a pre-existing Motion to Dismiss, the possibility of the filing of an Amended Complaint, and, if I read the docket correctly, a hearing in November on the Motion to Stay Discovery.

There are other documents that would require my clients' renewed commitment and would be similarly addressed, including self-executing disclosures and pending discovery.

Please advise as to your thoughts on this request.

Thank you.

Gerard M. McCabe, Esquire
**McCABE.LAW GROUP, LLC**
(215) 965-0004 (Direct)
(215) 965-0013 (Fax)
(267) 970-2526 (Cell & Text)
gmccabe@mccabe.law

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**: Intended only for the addressee(s) and may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution or copying by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic mail transmission is received in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**IRS CIRCULAR 230 DISCLOSURE**: Pursuant to Treasury Regulation, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

**From:** Gerard McCabe
**Sent:** Thursday, September 28, 2023 8:18 AM
**To:** Hoover, Kylie <KHoover@wc.com>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** RE: T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Kylie –

Yes … that is accurate at the moment.

If my authority changes, I will advise promptly.

Thank you.

Gerard M. McCabe, Esquire
**McCABE.LAW GROUP, LLC**
(215) 965-0004 (Direct)
(215) 965-0013 (Fax)
(267) 970-2526 (Cell & Text)
gmccabe@mccabe.law

**CONFIDENTIAL AND PRIVILEGED COMMUNICATION**: Intended only for the addressee(s) and may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution or copying by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic mail transmission is received in error, please notify us immediately by reply e-mail or telephone and destroy the original transmission and attachments.

**IRS CIRCULAR 230 DISCLOSURE**: Pursuant to Treasury Regulation, any tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

**From:** Hoover, Kylie <KHoover@wc.com>
**Sent:** Wednesday, September 27, 2023 4:56 PM
**To:** Gerard McCabe <gmccabe@mccabe.law>
**Cc:** Poteat III, R. Kennon <kpoteat@wc.com>
**Subject:** T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al., No. 23-cv-4347 (C.D.Cal.)

Gerard,

Thanks for speaking with Kennon and me briefly today. To confirm our discussion, we understand that you still represent Ashok Vasudevan and SCH LLC in the above-referenced matter even though you have not yet entered an appearance. At this point, you still have authority to accept service on behalf of Mr. Vasudevan and SCH, and, if that changes in the future, you will let us know.  We'll be in touch with any documents that T-Mobile files in this matter relevant to Mr. Vasudevan and SCH.

Best,
Kylie

**Kylie Hoover**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
(P) 202-434-5388
khoover@wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or

disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.