| | |
|---|---|
| 1 | **ALSTON & BIRD LLP** |
| 2 | Jeffrey A. Rosenfeld (#136896) |
|   | jeffrey.rosenfeld@alston.com |
| 3 | Jesse Steinbach (#278923) |
|   | jesse.steinbach@alston.com |
| 4 | Brooke H. Bolender (#340689) |
|   | brooke.bolender@alston.com |
| 5 | 333 South Hope Street |
|   | Los Angeles, CA 90071 |
| 6 | Telephone: (213) 576-1143 |

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
Perry F. Austin*
paustin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,

　　　　Plaintiffs,

vs.

WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,

　　　　Defendants.

Case No. 2:23-CV-4347-DMG (Ex)

Judge Dolly M. Gee

**REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANTS SCH LLC AND ASHOK VASUDEVAN**

[Filed concurrently with Declaration of R. Kennon Poteat III in Support of Request for Entry of Default]

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "T-Mobile") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants SCH LLC ("SCH") and Ashok Vasudevan (collectively, the "SCH Defendants")—the supposed financial backers in Defendants' fraudulent scheme—on the ground that the SCH Defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Pursuant to Federal Rule of Civil Procedure 4(d), T-Mobile sent a request to waive service of a summons in this action to counsel for the SCH Defendants on June 8, 2023. [Poteat Decl. ¶ 2.] The SCH Defendants, through counsel, executed the waiver on June 19, 2023, evidenced by the Waiver of the Service of Summons on file with this Court. [*Id.*; ECF No. 25.] Pursuant to Federal Rule of Civil Procedure 12, the SCH Defendants were therefore originally required to serve a response to the complaint "within 60 days after the request for a waiver was sent," or by August 7, 2023. [Poteat Decl. ¶ 3.] The parties then agreed, by stipulation, to extend Defendants' time to respond to the complaint by eleven days to August 18, 2023. [*Id.* ¶ 4; ECF No. 27.] Upon a representation that Defendants' counsel was "indisposed handling the trial of another matter," the parties subsequently agreed, by stipulation, to extend Defendants' time to respond by an additional thirty days to September 18, 2023, which the Court accepted. [Poteat Decl. ¶ 5; ECF Nos. 39, 40.] The SCH Defendants failed to appear or otherwise respond to the complaint by September 18, 2023. [*Id.* ¶ 6.]

On October 6, 2023, the Court entered an Order to Show Cause re: Dismissal for Lack of Prosecution that instructed Plaintiffs to respond in writing on or before October 13, 2023 with an explanation for why this action should not be dismissed as to the SCH Defendants, or, alternatively, to file an application for entry of default against them.

[Poteat Decl. ¶ 7; ECF No. 56.]  T-Mobile filed a response on October 11, 2023, explaining that T-Mobile and the SCH Defendants had agreed to a path forward, which included the SCH Defendants causing an attorney to enter an appearance and filing a motion to join the pending motion to dismiss by October 19, 2023.  [Poteat Decl. ¶ 8; ECF No. 57.]  T-Mobile informed the Court that, should the SCH Defendants fail to meet this deadline, "T-Mobile promptly will file a request for entry of default against them."  [*Id.*]  The SCH Defendants have failed to appear or otherwise respond to the complaint by the October 19 agreed-upon deadline.  [Poteat Decl. ¶ 9.]  As a result, T-Mobile respectfully request that the Clerk enter default against the SCH Defendants.

Dated:  October 20, 2023                    Respectfully submitted,


                                            By: */s/ Jeffrey A. Rosenfeld*
                                            ALSTON & BIRD LLP
                                            Jeffrey A. Rosenfeld (#136896)
                                            jeffrey.rosenfeld@alston.com
                                            Jesse Steinbach (#278923)
                                            jesse.steinbach@alston.com
                                            Brooke H. Bolender (#340689)
                                            brooke.bolender@alston.com
                                            333 South Hope Street
                                            Los Angeles, CA 90071
                                            Telephone: (213) 576-1143

                                            WILLIAMS & CONNOLLY LLP
                                            Kenneth J. Brown*
                                            kbrown@wc.com
                                            R. Kennon Poteat III*
                                            kpoteat@wc.com
                                            William P. Ashworth*
                                            washworth@wc.com
                                            Kathryn E. Hoover*
                                            khoover@wc.com
                                            Perry F. Austin*
                                            paustin@wc.com
                                            680 Maine Avenue, SW

| | |
|---|---|
| 1 | Washington, DC 20024 |
| 2 | Telephone: (202) 434-5000 |
|   | Facsimile: (202) 434-5029 |
| 3 | |
| 4 | KLEINBARD LLC |
|   | Steven J. Engelmyer* |
| 5 | sengelmyer@kleinbard.com |
| 6 | Three Logan Square |
|   | 1717 Arch Street, 5th Floor |
| 7 | Philadelphia, PA 19103 |
| 8 | Telephone: 215-568-2000 |
| 9 | * admitted *pro hac vice* |
| 10 | |
| 11 | *Attorneys for Plaintiffs* |

# PROOF OF SERVICE

I, Jennifer Lathrop, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California, 90071.

On October 20, 2023, I served the document(s) described as **REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANTS SCH LLC AND ASHOK VASUDEVAN** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☐ BY MAIL [or CERTIFIED MAIL/RETURN RECEIPT REQUESTED]: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California, 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing Via Certified Mail, Return Receipt Requested, with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071.

☐ ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY [specify name of service: _____] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY [specify name of service: _____] authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071 with delivery fees fully provided for.

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document(s) by electronic mail transmission with attachment to the parties at the electronic mail address set forth on the attached Service List.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) on the attached Service List

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 20, 2023, at Los Angeles, California.

_____
Jennifer L. Lathrop

*T-Mobile US, Inc., v. WCO Spectrum LLC*
U.S. District Court – Central District of California
Case No. 2:23-cv-04347-DMG-E

## SERVICE LIST

**Served Via Electronic Mail Transmission**

| | |
|---|---|
| Gerard M. McCabe, Esquire<br>gmccabe@mccabe.law<br>**McCABE LAW GROUP, LLC**<br>42 Hawkswell Circle<br>Oreland, PA 19075<br>Telephone: (215) 965-0004 | Attorney for Defendants<br>**SCH and ASHOK VASUDEVAN** |

**Served via the Court's ECF System**

| | |
|---|---|
| Mark T. Cramer, Esq.<br>**BUCHALTER, APC**<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br><br>Tel:     (213) 891-0700<br>Fax:    (213) 896-0400<br>Email:  mcramer@buchalter.com | Attorneys for Defendants<br>**WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ** |
| Joshua M. Robbins, Esq.<br>**BUCHALTER, APC**<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA  92612<br><br>Tel:     (949) 760-1121<br>Fax:    (949) 720-0182<br>Email:  jrobbins@buchalter.com | Attorneys for Defendants<br>**WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ** |
| Maurice R. Mitts, Esq. (admitted *pro hac vice*)<br>**MITTS LAW, LLC**<br>1822 Spruce Street<br>Philadelphia, PA 19103 | Attorneys for Defendants<br>**WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ** |

| | |
|---|---|
| Tel: | (215) 866-0110 |
| Fax: | (215) 866-0111 |
| Email: | mmitts@mittslaw.com |