**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
Perry F. Austin*
paustin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-DMG (Ex) <br><br> Judge Dolly M. Gee <br><br> **DECLARATION OF R. KENNON POTEAT III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** <br><br> [Filed concurrently with Request for Entry of Default] |

DECLARATION OF R. KENNON POTEAT III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

## DECLARATION OF R. KENNON POTEAT III

I, R. Kennon Poteat III, declare:

1. I am an attorney admitted to practice in this Court for this action *pro hac vice* and am a partner with the law firm Williams & Connolly LLP, attorneys of record herein for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "T-Mobile"). I make this declaration in support of T-Mobile's Request for Entry of Default. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently to them.

2. On June 8, 2023, I sent a request to waive service of a summons to counsel for Defendants SCH LLC ("SCH") and Ashok Vasudevan (collectively, the "SCH Defendants"), with the complaint for the above-captioned matter. The SCH Defendants, through counsel, executed a waiver of service on June 19, 2023. Attached hereto as **Exhibit 1** is a true and correct copy of the executed Waiver of the Service of Summons filed in this Court on June 23, 2023. ECF No. 25.

3. Pursuant to Federal Rule of Civil Procedure 12, the SCH Defendants were required to serve a response to the complaint "within 60 days after the request for a waiver was sent," or by August 7, 2023.

4. The parties then agreed, by stipulation, to extend Defendants' time to respond to the complaint by eleven days to August 18, 2023. ECF No. 27.

5. Upon a representation that Defendants' counsel was "indisposed handling the trial of another matter," the parties subsequently agreed, by stipulation, to extend Defendants' time to respond by an additional thirty days to September 18, 2023, which the Court accepted. ECF Nos. 39, 40.

6. The SCH Defendants failed to appear or otherwise respond to the complaint by September 18, 2023.

7. On October 6, 2023, the Court entered an Order to Show Cause re: Dismissal for Lack of Prosecution that instructed Plaintiffs to respond in writing on or before October 13, 2023 with an explanation for why this action should not be dismissed as to the SCH Defendants, or, alternatively, to file an application for entry of default against them. ECF No. 56.

8. T-Mobile filed a response on October 11, 2023 explaining that T-Mobile and the SCH Defendants had agreed to a path forward, which included the SCH Defendants causing an attorney to enter an appearance and filing a motion to join the pending motion to dismiss by October 19, 2023. ECF No. 57. T-Mobile informed the Court that should the SCH Defendants fail to meet this deadline, "T-Mobile promptly will file a request for entry of default against them." *Id.*

9. The SCH Defendants failed to appear or otherwise respond to the complaint by the October 19 agreed-upon deadline.

10. Neither SCH nor Vasudevan is a minor, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of October, 2023 at Washington, DC.

*/s/ R. K P III*
R. Kennon Poteat III

# Exhibit 1

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| T-MOBILE US, INC., et al., <br> *Plaintiff* <br> v. <br> WCO SPECTRUM LLC, et al., <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:23-CV-4347-KS |

**WAIVER OF THE SERVICE OF SUMMONS**

To: R. Kennon Poteat III, Esquire
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 8, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 19, 2023

*/s/ Gerard M. McCabe, Esquire*
*Signature of the attorney or unrepresented party*

SCH LLC and Ashok Vasudevan
*Printed name of party waiving service of summons*

Gerard M. McCabe, Esquire
*Printed name*

McCabe Law Group, LLC
42 Hawkswell Circle
Oreland, PA 19075
*Address*

gmccabe@mccabe.law
*E-mail address*

(215) 965-0004
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# PROOF OF SERVICE

I, Jennifer L. Lathrop, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California, 90071.

On October 20, 2023, I served the document(s) described as **DECLARATION OF R. KENNON POTEAT III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☐ BY MAIL [or CERTIFIED MAIL/RETURN RECEIPT REQUESTED]: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California, 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing Via Certified Mail, Return Receipt Requested, with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071.

☐   ☐ UPS NEXT DAY AIR   ☐ FEDERAL EXPRESS   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY [specify name of service:            ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY [specify name of service:            ] authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071 with delivery fees fully provided for.

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document(s) by electronic mail transmission with attachment to the parties at the electronic mail address set forth on the attached Service List.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) on the attached Service List

☒ [Federal]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 20, 2023, at Los Angeles, California.

*Jennifer L. Lathrop*
Jennifer L. Lathrop

*T-Mobile US, Inc., v. WCO Spectrum LLC*
U.S. District Court – Central District of California
Case No. 2:23-cv-04347-DMG-E

## SERVICE LIST

**Served Via Electronic Mail Transmission**

| | |
|---|---|
| Gerard M. McCabe, Esquire<br>gmccabe@mccabe.law<br>**McCABE LAW GROUP, LLC**<br>42 Hawkswell Circle<br>Oreland, PA 19075<br>Telephone: (215) 965-0004 | Attorney for Defendants<br>**SCH and ASHOK VASUDEVAN** |

**Served via the Court's ECF System**

| | |
|---|---|
| Mark T. Cramer, Esq.<br>**BUCHALTER, APC**<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 | Attorneys for Defendants<br>**WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ** |
| | Tel:   (213) 891-0700<br>Fax:   (213) 896-0400<br>Email:   mcramer@buchalter.com |
| Joshua M. Robbins, Esq.<br>**BUCHALTER, APC**<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA  92612 | Attorneys for Defendants<br>**WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ** |
| | Tel:   (949) 760-1121<br>Fax:   (949) 720-0182<br>Email:   jrobbins@buchalter.com |
| Maurice R. Mitts, Esq. (admitted *pro hac vice*)<br>**MITTS LAW, LLC**<br>1822 Spruce Street | Attorneys for Defendants<br>**WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL** |

Philadelphia, PA 19103

**KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ**

Tel: (215) 866-0110
Fax: (215) 866-0111
Email: mmitts@mittslaw.com