# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>　　　　Defendants. | Case No. 2:23-cv-04347-DMG-E<br><br>Judge Dolly M. Gee<br><br>**[PROPOSED] ORDER DENYING MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING MOTION TO DISMISS BY DEFENDANTS WCO SPECTRUM, LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, AND TYLER KRATZ**<br><br>Filing Date: June 2, 2023<br>Trial Date:　None set<br><br>Hearing Date: November 17, 2023<br>Time: 9:30 a.m.<br>Courtroom: 8C |

1 | Upon the Motion for Protective Order Staying Discovery Pending Motion to Dismiss (ECF No. 41) (the "Motion") filed by Defendants WCO Spectrum, LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (the "WCO Defendants"), the Court, having considered the papers, evidence, and arguments of counsel presented in connection with the Motion, **HEREBY FINDS THAT** the WCO Defendants' Motion fails to establish good cause for a protective order staying discovery in this action.

**THEREFORE IT IS HEREBY ORDERED THAT** the WCO Defendants' Motion is denied in its entirety.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                Hon. Dolly M. Gee
                                U.S. District Court Judge