**BUCHALTER**
A Professional Corporation
Joshua M. Robbins (SBN: 270553)
  jrobbins@buchalter.com
Mark T. Cramer (SBN: 198952)
  mcramer@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(949) 224-6284

**MITTS LAW, LLC**
Maurice R. Mitts (admitted *pro hac vice*)
  mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112

*Attorneys for Defendants*
*WCO Spectrum LLC, Academia Spectrum LLC,*
*Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC. *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC *et al.*,<br><br>Defendants. | Civil Action No. 2:23-4347-DMG-E<br>(Hon. Dolly M. Gee)<br><br>**DEFENDANTS WCO SPECTRUM, LLC, ACADEMIA SPECTRUM, LLC, GARY WINNICK, CARL KATERNDAHL, ANDREAS BITZARAKIS, AND TYLER KRATZ'S EX PARTE APPLICATION FOR AN ADJOURNMENT OF THE NOVEMBER 17, 2023 HEARING ON THEIR MOTION TO STAY DISCOVERY UNTIL DECEMBER 8, 2023** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants WCO Spectrum, LLC, Academia Spectrum, LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively, the "WCO Defendans"), by and through undersigned counsel, apply *ex*

BN 78118171v3                                                         1
BUCHALTER
A PROFESSIONAL CORPORATION
  LOS ANGELES
EX PARTE APPLICATION FOR AN ADJOURNMENT         CASE NO. 2:23-CV-4347-DMG (Ex)
OF THE NOVEMBER 17, 2023 HEARING

*parte* for an order adjourning the hearing on their Motion for Protective Order Staying Discovery (the "Motion to Stay"), currently scheduled for November 17, 2023, such that it may be heard concurrently with their Motion to Dismiss, currently scheduled for December 8, 2023. This *ex parte* application is made pursuant to Local Rules 6-1 and 7-19, and Federal Rules of Civil Procedure 6 and 16.

"It is well established that district courts have inherent power to control their docket." *Ready Transp. Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). The Court may modify its schedule on a showing of good cause. Fed. R. Civ. P. 16(b)(4); *see also* Fed. R. Civ. P. 6(b)(1)(authorizing federal courts to extend time for actions on good cause with or without a motion or notice if the court acts before the original time expires).

Good cause exists for the Court to adjourn the hearings such that the Motions may be heard concurrently because the motions are logically and inextricably linked, and can be heard more conveniently together than separately. The Motion to Stay is now fully briefed, and it is apparent from the briefing that the Court's determination of the Motion to Stay will likely turn, in part, on its initial evaluation of the Motion to Dismiss. *See also Apothio, LLC v. Kern County*, 2021 WL 75243, at *2 (E.D. Cal. Jan. 8, 2021) ("[D]istrict courts inevitably must balance the harm produced by a delay in discovery against the possibility that the motion will be granted and entirely eliminate the need for such discovery.").

The Motion to Dismiss, however, will not be fully briefed until December 1, 2023—two weeks after the Motion to Stay is scheduled to be heard. Indeed, Plaintiffs' opposition memorandum to the Motion to Dismiss is currently scheduled to be filed the same day as the Motion for Stay. It would be exceedingly difficult for the Court to grant or deny the Motion to Stay based on that hearing alone. Moreover, given that the two motions are logically connected, it would be illogical to take up two separate hearings on the Court's docket when it could easily hear argument on the related

1  motions simultaneously. This would also obviate the need for both parties' counsel to
2  travel from the east coast to appear for two separate hearings. Consequently,
3  adjourning the currently scheduled hearing will be convenient both for the Court and
4  for the parties.
5        Pursuant to Local Rule 7-19, the WCO Defendants advise the Court that all
6  Plaintiffs in this action are represented by: (1) Jeffrey A. Rosenfeld, Brooke Hana
7  Bolender, and Jesse Steinbach of Alston and Bird, LLP, 333 South Hope Street 16th
8  Floor, Los Angeles, CA 90071, who can be reached by phone at 213-576-1143, by fax
9  at 213-576-1100, and by e-mail at Jeffrey.rosenfeld@alston.com,
10 brooke.bolender@alston.com, and jesse.steinbach@alston.com; (2) by Steven Jay
11 Engelmyer, of Kleinbard LLC, Three Logan Square, 1717 Arch Street, 5th Floor,
12 Philadelphia, PA 19103, who can be reached by phone at 215-568-2000, by fax at 215-
13 568, 0140, and by e-mail at sengelmyer@kleinbard.com; and (3) by Kenneth J. Brown,
14 R. Kennon Poteat, Kathryn E. Hoover, Perry F. Austin, and William P Ashworth,
15 Williams and Connolly LLP, 690 Maine Ave., SW, Washington, D.C. 20024, who can
16 be reached by phone at 202-434-5000, by Fax at 202-454-5029, and by email at
17 kbrown@wc.com; khoover@wc.com; paustin@wc.com; and washworth@wc.com,
18 respectively.
19       Counsel for the WCO Defendants attempted to meet and confer on adjourning
20 the currently scheduled November 17, 2023 hearing until December 8, 2023, pursuant
21 to Local Rule 7-3. Plaintiffs' counsel indicated that it does not agree to the
22 adjournment, as adjourning the hearing would "effectively grant" the relief sought in
23 the Motion to Stay. The WCO Defendants note that the only way in which adjourning
24 the hearing would "effectively grant" the relief sought in the Motion to Stay is if the
25 Court were to deny the Motion to Stay from the bench on the day it is heard. There is,
26 of course, no rule compelling this Court to decide the motion at all at the November
27 17 hearing, much less basis to assume that the Court will deny the Motion to Stay
28

before the Motion to Dismiss is fully briefed. Additionally, there is not yet a scheduling order in this matter. Plaintiffs cannot show prejudice from a three week adjournment of a hearing on a motion so that it may be heard concurrently with a motion to which it is logically related.

Respectfully submitted,

DATED: November 7, 2023

BUCHALTER
A Professional Corporation

By: _____
Joshua M. Robbins
Mark T. Cramer

**MITTS LAW, LLC**
Maurice R. Mitts (admitted *pro hac vice*)
mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112

*Attorneys for Defendants WCO Spectrum, LLC, Academia Spectrum, LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*