UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-4347-DMG (Ex)** | Date | November 9, 2023 |
|---|---|---|---|
| Title | ***T Mobile US Inc., et al. v. WCO Spectrum LLC, et al.*** | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE LOCAL RULE NON-COMPLIANCE [41] [54] [63] [64]**

On August 16, 2023, Defendants Academia Spectrum LLC, Andreas Bitzarakis, Carl Katerndahl, Tyler Kratz, WCO Spectrum LLC, and Gary Winnick filed a motion to stay discovery pending the Court's decision on a then-forthcoming motion to dismiss. [Doc. # 41-1.] In doing so, they erroneously noticed the motion to be heard by this Court.

Discovery-related matters are referred to the assigned Magistrate Judge. *See* C.D. Cal. General Order 05-07, https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO-05-07.pdf. In this case, the assigned Magistrate Judge is the Honorable Charles F. Eick. If Defendants seek a protective order staying discovery until the pleadings are at issue and the Court has set a Scheduling Conference, they may file a properly noticed motion to be heard by Magistrate Judge Eick. Defendants are reminded to review the Initial Standing Order [Doc. # 19] and Local Rules regarding discovery motions (*see* Local Rules 37-1 through 37-4).

On September 18, 2023, Defendants filed a document purporting to be a memorandum in support of a motion to dismiss—except that they did not actually file a Notice of Motion. [Doc. # 54.] Per the Local Rules, motions must be accompanied with a Notice of Motion indicating the date and time of the motion hearing, the name of the judicial officer before whom the motion is noticed, and a statement of relief. *See* C.D. Cal. L.R. 7-4. Parties are also required to meet and confer at least seven days before filing any motion to discuss "the substance of the contemplated motion and any potential resolution," and include a statement in the Notice of Motion confirming they did so. *See* C.D. Cal. L.R. 7-3.

The Court may decline to consider a motion where, as here, the movant has failed to meet the procedural requirements set forth in the Local Rules. *See* C.D. Cal. L.R. 7-4. For the foregoing reasons, Defendants' Motion to Stay [Doc. # 41] and Motion to Dismiss [Doc. # 54] are **DENIED** for non-compliance with the Local Rules, and the November 17, 2023 and December 8, 2023 hearings are **VACATED**. Both pending *ex parte* applications [Doc. ## 63, 65] are therefore

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-4347-DMG (Ex) | Date | November 9, 2023 |
|---|---|---|---|
| Title | *T Mobile US Inc., et al. v. WCO Spectrum LLC, et al.* | Page | 2 of 2 |

**DENIED as moot**.  Defendants are reminded that any future failure to comply with the Local Rules or other applicable procedural rules could result in the summary denial of any requested relief and/or the imposition of monetary or other sanctions.

The parties are **ORDERED** to meaningfully meet and confer in compliance with Local Rule 7-3 if Defendants wish to re-file their motion to dismiss.

**IT IS SO ORDERED.**