**BUCHALTER**
A Professional Corporation
Joshua M. Robbins (SBN: 270553)
  jrobbins@buchalter.com
Mark T. Cramer (SBN: 198952)
  mcramer@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(213) 891-0700
(213) 896-0400 (f)

**MITTS LAW LLC**
Maurice R. Mitts (admitted *pro hac vice*)
  mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112
(215) 866-0113 (f)

*Attorneys for Defendants*
*WCO Spectrum LLC, Academia Spectrum LLC,*
*Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile U.S., Inc.**, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>**WCO Spectrum LLC**, *et al.*,<br><br>   Defendants. | Civil Action No. 2:23-cv-4347-DMG E<br>(Hon. Dolly M. Gee)<br><br>**Suggestion of Death** |

Pursuant to Fed. R. Civ. P. 25(a)(1), Defendants' counsel informs the Court and the Parties that Defendant Gary Winnick ("Mr. Winnick") passed away on November 4, 2023. Mr. Winnick held a controlling interest in Defendant WCO Spectrum, LLC. Defendants' counsel believes that the Estate of Gary Winnick is Mr. Winnick's likely successor in interest. However, Defendants' counsel does not yet know (a) the identity of the estate's executor; (b) the identity of the person authorized

1  to act on behalf of the estate with respect to this case; or (c) the identity of the person
2  authorized to act on behalf of WCO with respect to this case.

Respectfully submitted,

DATED: November 16, 2023

BUCHALTER
A Professional Corporation

By: _____
Joshua M. Robbins
Mark T. Cramer

**MITTS LAW LLC**
Maurice R. Mitts (admitted *pro hac vice*)

*Attorneys for Defendants*
*WCO Spectrum LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 79553209v1
SUGGESTION OF DEATH

2

CASE NO. 2:23-CV-4347-DMG (Ex)