**BUCHALTER**
A Professional Corporation
Joshua M. Robbins (SBN: 270553)
  jrobbins@buchalter.com
Mark T. Cramer (SBN: 198952)
  mcramer@buchalter.com
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
(213) 891-0700
(213) 896-0400 (f)

**MITTS LAW LLC**
Maurice R. Mitts (admitted *pro hac vice*)
  mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112
(215) 866-0113 (f)

*Attorneys for Defendants*
*Academia Spectrum LLC, Carl Katerndahl,*
*Andreas Bitzarakis, and Tyler Kratz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile U.S., Inc.**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**WCO Spectrum LLC**, *et al.*,<br><br>Defendants. | Civil Action No. 2:23-4347-DMG-E<br>(Hon. Dolly M. Gee)<br><br>**[PROPOSED] ORDER RE: SUBSTITUTION OF DECEDENT GARY WINNICK'S SUCCESSOR IN INTEREST**<br><br>Complaint Filed: June 2, 2023<br>Courtroom: 8C |

# **PROPOSED ORDER**

NOW, THEREFORE, in consideration of the Stipulation of the Parties, and FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED:

1. Ms. Winnick, in her dual capacities as both the Trustee of the GKW Trust and also as the Special Administrator of the Estate of Gary Winnick, is substituted into this action as Defendant Gary Winnick's Successor-in-Interest.

2. Plaintiffs' claims against the GKW Trust and the Estate of Gary Winnick, as asserted and rejected in the California Trust Action and California Probate Action, shall be exclusively litigated in this Action.

3. Plaintiffs shall promptly file Notices of Pendency of Action in both the California Trust Action and California Probate Action.

IT IS SO ORDERED:

DATED: _____     _____

                                                        HON. DOLLY M. GEE