1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile U.S., Inc.**, *et al.*,<br><br>        Plaintiffs,<br><br>  vs.<br><br>**WCO Spectrum LLC**, *et al.*,<br><br>        Defendants. | Case No.:  CV 23-4347-DMG(Ex)<br><br>**ORDER RE SUBSTITUTION OF DECEDENT GARY WINNICK'S SUCCESSOR IN INTEREST [72]** |

NOW, THEREFORE, in consideration of the Parties' Stipulation, and FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED:

1. Karen Winnick, in her dual capacities as both the Trustee of the GKW Trust and also as the Special Administrator of the Estate of Gary Winnick, is substituted into this action as Defendant Gary Winnick's Successor-in-Interest.

2. Plaintiffs' claims against the GKW Trust and the Estate of Gary Winnick, as asserted and rejected in the California Trust Action and California Probate Action, shall be exclusively litigated in this Action.

3. Plaintiffs shall promptly file Notices of Pendency of Action in both the California Trust Action and California Probate Action.

DATED: February 13, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE