**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Mark T. Cramer (SBN 198952)
18400 Von Karman, Suite 800
Irvine, CA 92612-0514
949.760.1121
jrobbins@buchalter.com
mcramer@buchalter.com

**Mitts Law LLC**
Maurice R. Mitts (admitted *pro hac vice*)
1822 Spruce Street
Philadelphia, PA 19103
215.866.0112
mmitts@mittslaw.com

Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-Mobile US, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WCO Spectrum LLC, *et al.*,<br><br>Defendants. | Case No. 2:23-4347-DMG (Ex)<br>Hon. Dolly M. Gee<br><br>**Notice of Appearance of Thomas J. Speiss, III as Counsel for Defendants** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**Please take notice** that the following firm and attorney is appearing as co-counsel in this matter on behalf of Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of

Gary Winnick:

    Thomas J. Speiss, III  (State Bar No. 200949)
    Buchalter, A Professional Corporation
    1000 Wilshire Blvd., 15th Floor
    Los Angeles, CA 90017-1730
    Telephone:  (213) 891-5158
    Facsimile:  (213) 896-0400
    Email: tspeiss@buchalter.com

Respectfully submitted,

DATED:  February 22, 2024

**BUCHALTER**
A Professional Corporation

By: /s/  Thomas J. Speiss, III
    Joshua M. Robbins
    Mark T. Cramer
    Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick