**BUCHALTER APC**
Joshua M. Robbins (SBN 270553)
  jrobbins@buchalter.com
Mark T. Cramer (SBN 198952)
  mcramer@buchalter.com
Thomas J. Speiss, III (SBN 200949)
  tspeiss@buchalter.com
S. Ross Garrett (SBN 330285)
  rgarrett@buchalter.com
18400 Von Karman, Suite 800
Irvine, CA 92612-0514
949.760.1121

**Mitts Law LLC**
Maurice R. Mitts (admitted *pro hac vice*)
  mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
215.866.0112

Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile US, Inc.,** *et al.*,<br><br>        Plaintiffs,<br><br>   vs.<br><br>**WCO Spectrum LLC,** *et al.***,**<br><br>        Defendants. | Case No. 2:23-4347-DMG-E<br>Hon. Dolly M. Gee<br><br>**Joint Stipulation re Defendants' Motion to Dismiss and Plaintiffs' Opposition**<br><br>Complaint Filed: June 2, 2023<br>Courtroom: 8C |

Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC ("Plaintiffs") and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the above-captioned action against Defendants on June 2, 2023 (the "Complaint") (*see* ECF No. 1);

WHEREAS, Defendants will move to dismiss the above-captioned action under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Plaintiffs will oppose this motion;

WHEREAS, Defendants believe that the complexity of the legal issues raised in their Rule 12(b)(6) motion necessitates expanding Local Rule 11-6.1's 7,000 word limit;

WHERAS, the parties agree that Plaintiffs' Opposition should be entitled to the same number of words so that Plaintiffs adequately can respond to all the arguments made in Defendants' Rule 12(b)(6) motion;

WHEREAS, Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick, will file a separate motion challenging Plaintiffs claims to certain damages in the above-captioned action, and Plaintiffs will oppose this motion;

WHEREAS, Karen Winnick will also join Defendants' Rule 12(b)(6) motion.

**Now, therefore, it is hereby stipulated** by and between Plaintiffs and Defendants hereto through their respective attorneys of record that the Court may enter an order allowing (1) Plaintiffs and Defendants each to use up to 9,000 words (including headings, footnotes, and quotations but excluding the caption, the table of

contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits) in their Rule 12(b)(6) motion and Opposition; (2) Karen Winnick to file a Rule 12(b)(6) motion as to certain damages; (3) Plaintiffs and Karen Winnick each to use up to 2,500 words (including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits) in Karen Winnick's separate 12(b)(6) motion and Plaintiffs' Opposition thereto; and (4) Karen Winnick to join the other Defendants' Rule 12(b)(6) motion.

Respectfully submitted,

DATED: February 28, 2024

**BUCHALTER**
A Professional Corporation

By: /s/ Joshua M. Robbins
Joshua M. Robbins
Mark T. Cramer
Thomas J. Speiss, III
S. Ross Garrett
Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick

By: /s/ Kenneth J. Brown
WILLIAMS & CONNOLLY LLP
Kenneth J. Brown*
kbrown@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
William P. Ashworth*
washworth@wc.com

|    |                                              |
|----|----------------------------------------------|
| 1  | Kathryn E. Hoover*                           |
| 2  | khoover@wc.com                               |
|    | Perry F. Austin*                             |
| 3  | paustin@wc.com                               |
| 4  | 680 Maine Avenue, SW                         |
|    | Washington, DC 20024                         |
| 5  | Telephone: (202) 434-5000                    |
| 6  | Facsimile: (202) 434-5029                    |
| 7  | KLEINBARD LLC                                |
|    | Steven J. Engelmyer*                         |
| 8  | sengelmyer@kleinbard.com                     |
| 9  | Three Logan Square                           |
| 10 | 1717 Arch Street, 5th Floor                  |
|    | Philadelphia, PA 19103                       |
| 11 | Telephone: 215-568-2000                      |
| 12 | * admitted pro hac vice                      |
|    | Attorneys for Plaintiffs                     |