| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>BUCHALTER APC<br>Joshua M. Robbins (SBN 270553); Mark T. Cramer (SBN 198952)<br>Thomas J. Speiss, III (SBN 200949); S. Ross Garrett (SBN 330285)<br>18400 Von Karman, Suite 800<br>Irvine, CA 92612-0514<br>Telephone: 949.760.1121<br>MITTS LAW LLC<br>Maurice R. Mitts (admitted pro hac vice)<br>1822 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: 215.866.0112<br>ATTORNEY(S) FOR: Defendants WCO Spectrum LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC<br>Plaintiff(s),<br>v.<br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ<br>Defendant(s) | CASE NUMBER:<br>2:23-CV-4347<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| T-Mobile US, Inc. | Plaintiff |
| Clearwire Spectrum Holdings LLC | Plaintiff |
| Clearwire Spectrum Holdings II LLC | Plaintiff |
| Clearwire Spectrum Holdings III LLC | Plaintiff |
| Fixed Wireless Holdings LLC NSAC LLC | Plaintiff |
| NSAC LLC | Plaintiff |
| TDI Acquisition Sub LLC | Plaintiff |
| WBSY Licensing LLC | Plaintiff |
| WCO Spectrum LLC | Defendant |
| Academia Spectrum LLC | Defendant |
| Carl Katerndahl | Defendant |
| Andreas Bitzarakis | Defendant |
| Tyler Kratz | Defendant |
| Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnck | Defendant |

See "Attachment to Certification and Notice of Interested Parties" for a list of companies that own Defendants directly or indirectly and accordingly may have a connection to or interest in this case. That attachment also satisfies Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1

| | |
|---|---|
| March 11, 2024 | /s/Joshua M. Robbins |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):
Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick

# Attachment to Certification and Notice of Interested Parties

| Entity | Connection / Interest |
|---|---|
| Defendant WCO Spectrum LLC ("WCO") | WCO is a limited liability company incorporated in Delaware with its principal place of business in Beverly Hills, California. |
| Defendant Academia Spectrum LLC ("Academia") | Academia is a limited liability company incorporated in Virginia with its principal place of business in Berlin, Connecticut. |
| Defendant Carl Katerndahl, | Mr. Katerndahl is a resident of California. |
| Defendant Tyler Kratz | Mr. Kratz is a resident of Puerto Rico. |
| Defendant Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick | Ms. Winnick is a resident of California. |
| Defendant Andreas Bitzarakis | Mr. Bitzarakis is a resident of Connecticut. |
| Robert Finch | Mr. Finch is a member of Academia. |
| Pacific Capital Group, LLC ("Pacific Capital") | Pacific Capital owns 10% or more of WCO. |
| CMK Investments, LLC ("CMK") | CMK owns 10% or more of WCO. |