# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile US, Inc., *et al.*,**<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>**WCO Spectrum LLC, *et al.*,**<br><br>　　　　Defendants. | Case No. 2:23-4347-DMG-E<br>(Magistrate Judge Charles F. Eick)<br><br>**[Proposed] Order Granting Defendants' Motion for Protective Order Staying Discovery**<br><br>Hearing Date:　April 26, 2024<br>Time:　　　　 9:30 a.m.<br>Courtroom:　　8C<br><br>Complaint Filed:　June 2, 2023 |

The Court has reviewed the parties' Joint Stipulation regarding Defendants' Motion for a Protective Order Staying Discovery, and finding good cause, **HEREBY ORDERS AS FOLLOWS**:

Defendants' Motion for a Protective Order Staying Discovery is GRANTED. Discovery is stayed until the District Court resolves Defendants' Motion to Dismiss for Failure to State a Claim or until further order of this Court.

**IT IS SO ORDERED**:

DATED: _____      _____

MAGISTRATE JUDGE CHARLES F. EICK