**BUCHALTER APC**
Joshua M. Robbins (SBN 270553)
 jrobbins@buchalter.com
Mark T. Cramer (SBN 198952)
 mcramer@buchalter.com
Thomas J. Speiss, III (SBN 200949)
 tspeiss@buchalter.com
S. Ross Garrett (SBN 330285)
 rgarrett@buchalter.com
18400 Von Karman, Suite 800
Irvine, CA 92612-0514
949.760.1121

**MITTS LAW LLC**
Maurice R. Mitts (admitted *pro hac vice*)
 mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
215.866.0112

Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile US, Inc., *et al.*,**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**WCO Spectrum LLC, *et al.*,**<br><br>          Defendants. | Case No. 2:23-4347-DMG-E<br><br>Hon. Dolly M. Gee<br><br>**Declaration of S. Ross Garrett in Support of Defendants' Ex Parte Application for Leave to File a Notice of Supplemental Authority**<br><br>(Filed concurrently with Defendants' Notice; Memorandum of Points and Authorities; Notice of Supplemental Authority; and [Proposed] Order)<br><br>Complaint Filed:  June 2, 2023<br>Courtroom:             8C |

BN 82024282v1

1

Declaration of S. Ross Garrett in Support of Defendants' Ex Parte Application for Leave to File a Notice of Supplemental Authority

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

## Declaration of S. Ross Garrett

I, S. Ross Garrett, declare:

1. I am an attorney duly licensed to practice law before the State of California. I am an attorney at the law firm of Buchalter, A Professional Corporation. Buchalter is counsel for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick ("Defendants") in the above-referenced action. This Declaration is submitted in support of Defendants' Ex Parte Application. The following facts are true of my personal knowledge and, if called upon to do so, I could and would competently testify to the truth thereof.

2. On April 15, 2024, I emailed Ms. Kylie Hoover, counsel for T-Mobile, expressing Defendants' desire to file a Notice of Supplemental Authority concerning *United States v. Milheiser*, __ F.4th __, No. 21-50162, WL 1517377 (9th Cir. April 9, 2024. I explained the relevance of *Milheiser* to Defendants' motion to dismiss, and asked whether T-Mobile would oppose Defendants filing this Notice, and if so, when she was available to meet and confer about the issue. On April 17, 2024, Mr. Perry Austin responded to my email to Ms. Hoover, stating that Plaintiffs take no position on Defendants' ex parte request but would like the opportunity to respond if the Court granted Defendants' application. Attached as **Exhibit A** is a true and correct copy of my April 15, 2024, email to Ms. Hoover and Mr. Austin's response.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on April 17, 2024, in Irvine, California.

_____
S. Ross Garrett

BN 82024282v1

2

Declaration of S. Ross Garrett in Support of Defendants' Ex Parte Application for Leave to File a Notice of Supplemental Authority

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**EXHIBIT A**

| | |
|---|---|
| **From:** | Austin, Perry <paustin@wc.com> |
| **Sent:** | Wednesday, April 17, 2024 7:31 AM |
| **To:** | Garrett, Ross; Hoover, Kylie |
| **Cc:** | Robbins, Joshua; Cramer, Mark T.; Speiss III, Thomas J.; Maurice Mitts; Brown, Kenneth; Engelmyer, Steven J. (sengelmyer@kleinbard.com); Rogers, Kiara; Ashworth, William; Poteat III, R. Kennon; Rosenfeld, Jeffrey; Bolender, Brooke |
| **Subject:** | RE: T-Mobile v. WCO: Ex Parte for Leave to File Notice of Supplemental Authority [IMAN-BN.FID4518224] |

This message has originated from an **External Email**. Austin, Perry <paustin@wc.com>:

Ross,

Thank you for your email. Plaintiffs take no position on Defendants' ex parte request, except that if the Court permits Defendants to file the Notice of Supplemental Authority, we would request that the Court allow us the opportunity to respond.

Best,
Perry

**Perry F. Austin**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5489 | paustin@wc.com | www.wc.com

---

**From:** Garrett, Ross <rgarrett@buchalter.com>
**Sent:** Monday, April 15, 2024 6:30 PM
**To:** Hoover, Kylie <KHoover@wc.com>
**Cc:** Robbins, Joshua <jrobbins@buchalter.com>; Cramer, Mark T. <mcramer@buchalter.com>; Speiss III, Thomas J. <tspeiss@buchalter.com>; Maurice Mitts <mmitts@mittslaw.com>; Brown, Kenneth <KBrown@wc.com>; Austin, Perry <paustin@wc.com>; Engelmyer, Steven J. (sengelmyer@kleinbard.com) <sengelmyer@kleinbard.com>; Rogers, Kiara <krogers@wc.com>; Ashworth, William <WAshworth@wc.com>; Poteat III, R. Kennon <kpoteat@wc.com>; Rosenfeld, Jeffrey <Jeffrey.Rosenfeld@alston.com>; Bolender, Brooke <Brooke.Bolender@alston.com>
**Subject:** T-Mobile v. WCO: Ex Parte for Leave to File Notice of Supplemental Authority [IMAN-BN.FID4518224]

Kylie,

We would like to meet and confer with you about filing an ex parte request for leave to file a Notice of Supplemental Authority. Although Local Rule 7-10 only requires prior leave to supplement after the reply brief deadline, we are erring on the side of caution by meeting, conferring, and filing the ex parte request.

The notice we would like to file concerns the attached Ninth Circuit decision in *United States v. Milheiser*, published on April 9, 2024. In that case, the Ninth Circuit held that even if a defendant made false statements to a buyer to induce them to buy something, the mail fraud statute was not violated as long as the buyer received the actual "benefit of the bargain." __ F.4th __, No. 21-50162 WL 1517377 (9th Cir. April 9, 2024). This is directly relevant to T-Mobile's claims and the issues raised in our motion to dismiss.

Please let us know whether you will oppose this ex parte application, and if so, when this week you have time to discuss this issue over the phone.

Best,
Ross

**Buchalter**

**Ross Garrett**
Attorney
**T** (949) 224-6458
**C** (949) 874-3026
rgarrett@buchalter.com

18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
www.buchalter.com

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.