# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **T-Mobile US, Inc., *et al.*,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**WCO Spectrum LLC, *et al.*,**<br><br>    Defendants. | Case No. 2:23-4347-DMG-E<br><br>Hon. Dolly M. Gee<br><br>**[Proposed] Order Granting Defendants' Ex Parte Application**<br><br>(Filed concurrently with Defendants' Notice; Memorandum of Points and Authorities; Declaration of Ross Garret; and Notice of Supplemental Authority)<br><br>Complaint Filed:  June 2, 2023<br>Courtroom:          8C |

## [Proposed] Order

The Court has reviewed Defendants' Application for Leave to File a Notice of Supplemental Authority, and finding good cause, orders as follows:

1. The Application is Granted;
2. Defendants' Notice of Supplemental Authority is deemed filed.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE