**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, GARY WINNICK, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. CV 23-4347-DMG (Ex)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION AND DIRECTING PLAINTIFF T-MOBILE TO FILE ADDITIONAL DOCUMENT ON PUBLIC DOCKET [107]** |

-1-
ORDER

1　　　The Court, having considered the unopposed *Ex Parte* Application for Leave
2　to File Document in Response to New Exhibits Submitted with Defendants' Reply
3　in Support of Motion to Dismiss (the "Application") filed by Plaintiffs T-Mobile
4　US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC,
5　Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC,
6　TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs" or
7　"T-Mobile"). For good cause appearing therefor, and for lack of opposition, the
8　Court hereby **GRANTS** the Application. *See* C.D. Cal. L.R. 7-12; *see also Oakley,*
9　*Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013).

10　　　The Court hereby **ORDERS** that T-Mobile shall file the "whistleblower's
11　narrative" discussed in its EPA on the public docket within one (1) day of this Order.

13　　　**IT IS SO ORDERED**.

15　DATED: May 10, 2024

　　　　　　　　　　　　　　　　　　　*[signature: Dolly M. Gee]*
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE