**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>     Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, SPECIAL ADMINISTRATOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>     Defendants. | Case No. CV 23-04347-DMG(Ex)<br><br>**ORDER ON STIPULATION RE ACKNOWLEDGMENT AND ACCEPTANCE OF CHANGE OF TITLE FOR KAREN WINNICK FROM SPECIAL ADMINISTRATOR TO EXECUTOR OF THE ESTATE OF GARY WINNICK [113]** |

ORDER

In consideration of the Parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1. That the Court acknowledges and accepts the change of title for Karen Winnick from "Special Administrator" to "Executor" of the Estate of Gary Winnick; and

2. The order entered on February 13, 2024 in this action [Doc. # 73] otherwise remains in full force and effect.

IT IS SO ORDERED.

DATED:  May 24, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE