**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>　　　　Plaintiffs,<br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>　　　　Defendants. | Case No. 2:23-cv-04347-DMG-E<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2**<br><br>Filing Date: June 2, 2023<br>Trial Date:　None set |

To comply with the requirements of Local Rule 83-9.2, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs"), and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively "Defendants"), hereby respectfully request the Court render decisions on the following submitted motions:

1. Motion to Dismiss filed by Defendants Academia Spectrum LLC, Andreas Bitzarakis, Carl Katerndahl, Tyler Kratz, WCO Spectrum LLC, and Karen Winnick (ECF No. 92); and

2. Motion to Dismiss filed by Defendant Karen Winnick (ECF No. 93).

The final date of briefing on the pending Motions to Dismiss was April 26, 2024 (ECF Nos. 105, 106), and the Court took the Motions to Dismiss under submission on May 7, 2024 (ECF No. 110). We appreciate the Court's continued attention to these matters.

Dated: October 2, 2024

Respectfully submitted,

By: /s/ Jeffrey A. Rosenfeld
ALSTON & BIRD LLP
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

```
                              WILLIAMS & CONNOLLY LLP
                              Kenneth J. Brown*
                              kbrown@wc.com
                              R. Kennon Poteat III*
                              kpoteat@wc.com
                              William P. Ashworth*
                              washworth@wc.com
                              Kathryn E. Hoover*
                              khoover@wc.com
                              680 Maine Avenue, SW
                              Washington, DC 20024
                              Telephone: (202) 434-5000
                              Facsimile: (202) 434-5029

                              KLEINBARD LLC
                              Steven J. Engelmyer*
                              sengelmyer@kleinbard.com
                              Three Logan Square
                              1717 Arch Street, 5th Floor
                              Philadelphia, PA 19103
                              Telephone: 215-568-2000

                              *admitted pro hac vice

                              Attorneys for Plaintiffs
```

Dated: October 2, 2024         Respectfully submitted,

                              By: */s/ Joshua M Robbins*
                              **BUCHALTER, APC**
                              Joshua M. Robbins, Esq.
                              jrobbins@buchalter.com
                              18400 Von Karman Avenue
                              Suite 800
                              Irvine, CA 92612

                              MITTS LAW LLC
                              Maurice R. Mitts*
                              mmitts@mittslaw.com
                              1822 Spruce Street
                              Philadelphia, PA 19103
                              Telephone: 215-866-0112

                              * admitted *pro hac vice*

*Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

## ATTESTATION

The filer, pursuant to L.R. 5-4.3.4(a)(2), hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 2, 2024                **ALSTON & BIRD LLP**

By:  /s/ Jeffrey A. Rosenfeld
     Jeffrey A. Rosenfeld