Joshua Robbins (#270553)
robbins@buchalter.com
**Buchalter Nemer APC**
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Tel: (213) 891-0700
Fax: (213) 896-0400

Maurice R. Mitts (admitted *pro hac vice*)
mmitts@mittslaw.com
Ruvin S. Jayasuriya (*pro hac vice forthcoming*)
rjayasuriya@mittslaw.com
**Mitts Law LLC**
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-0112
Fax: (215) 866-0113

*Attorneys for Defendants WCO Spectrum LLC,
SCH LLC, Academia Spectrum LLC,
Karen Winnick, Carl Katerndahl,
Andreas Bitzarakis, and Tyler Kratz*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC. *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC *et al.*, <br><br> Defendants. | Civil Action No. 2:23-4347-DMG-E <br><br> **JOINT STIPULATION FOR STAY OF PROCEEDINGS AND EXTENSION OF TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT WHILE THE PARTIES CONDUCT PRIVATE MEDIATION** <br><br> **Filed Concurrently With** [Proposed] Order <br><br> Hon. Dolly M. Gee <br> United States Chief District Judge |

Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II, LLC, Clearwire Spectrum Holdings III, LLC, Fixed Wireless Holdings, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing, LLC (collectively, "Plaintiffs"), and Defendants WCO Spectrum LLC, SCH LLC, Academia Spectrum, LLC, Karen Winnick in her dual capacities as executrix of the Estate of Gary Winnick and Trustee of the GKW Trust, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively, "Defendants") (collectively with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby respectfully request and move that the Court extend Defendants' deadline to answer the Complaint and suspend proceedings in the above-captioned case until such time as the Parties are able to complete a private mediation of this matter. Good cause supports the requested stay of proceedings, as follows:

1. Plaintiffs filed their Complaint in this matter on June 2, 2023. (ECF No. 1);

2. Defendants subsequently moved to dismiss the Complaint in its entirety on March 6, 2024. (ECF No. 78);

3. On October 22, 2024, the Court denied Defendants' motion to dismiss and directed Defendants to file their answer by November 12, 2024. (ECF No. 117);

4. In the spirit of good faith and cooperation, the parties have subsequently agreed to conduct a private mediation of this matter and are committed to a productive and fruitful mediation;

5. Good cause exists for a stay of proceedings to facilitate mediation because the requested stay will enable the Parties to focus and commit their time and resources to the mediation and potential settlement, and will minimize the expenditure of judicial resources;

6. The Parties agree that the current November 12, 2024 deadline for Defendants to Answer the Complaint should be extended and this proceeding stayed until such time as private mediation can be completed.

NOW, THEREFORE, THE PARTIES RESPECTFULLY MOVE THE COURT for an order staying proceedings, as follows:

- The deadline for Defendants to file their Answer to the Complaint shall be extended from November 12, 2024 until such time as the Parties can schedule and complete private mediation of this matter.

- The Parties shall complete private mediation and file a joint status report regarding mediation no later than February 3, 2025.

| | |
|---|---|
| Dated: November 8, 2024 | Respectfully submitted, |
| | |
| | *s/ Maurice R. Mitts* |
| | |
| | Joshua Robbins (#270553) |
| | jrobbins@buchalter.com |
| | **Buchalter Nemer APC** |
| | 1000 Wilshire Boulevard, Suite 1500 |
| | Los Angeles, CA 90017 |
| | Tel: (213) 891-0700 |
| | Fax: (213) 896-0400 |
| | |
| | Maurice R. Mitts |
| | (admitted *pro hac vice*) |
| | mmitts@mittslaw.com |
| | **Mitts Law LLC** |
| | 1822 Spruce Street |
| | Philadelphia, PA 19103 |
| | Tel: (215) 866-1010 |
| | Fax: (215) 866-0111 |
| | |
| | *Attorneys for Defendants* |
| | |
| | |
| | *s/ Kathryn E. Hoover* |
| | |
| | **ALSTON & BIRD LLP** |
| | Jeffrey A. Rosenfeld (#136896) |
| | Jeffrey.rosenfeld@alston.com |
| | Jesse Steinbach (#278923) |
| | jesse.steinbach@alston.com |
| | Brooke H. Bolender (#340689) |
| | Brooke.bolender@alston.com |
| | 350 South Grand Avenue, 51st Floor |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 576-1143 |
| | |
| | **WILLIAMS & CONNOLLY LLP** |
| | Kenneth J. Brown |
| | kbrown@wc.com |

William P. Ashworth
washworth@wc.com
R. Kennon Poteat III
kpoteat@wc.com
Kathryn E. Hoover
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*Attorneys for Plaintiffs*

# **ATTESTATION**

The filer, pursuant to L.R. 5-4.3.4(a)(2), hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 8, 2024                              *s/ Maurice R. Mitts*
                                                                    Maurice R. Mitts