# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al*<br><br>    Plaintiffs,<br><br>    vs.<br><br>WCO SPECTRUM LLC, et al.,<br><br>    Defendants. | No. CV 23-4347-DMG (Ex)<br><br>**ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR A 30-DAY EXTENSION OF THE MEDIATION DATE AND A 45 -DAY EXTENSION OF RESPONSIVE PLEADING DEADLINE [121]** |

Defendants WCO Spectrum, LLC, Academia Spectrum LLC, Gary Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Krantz filed an unopposed *Ex Parte* Application ("EPA") for a 30-day extension of the February 3, 2025 deadline to March 4, 2025 to complete private mediation and a 45-day extension of their February 13, 2025 responsive pleading deadline to March 31, 2025. [Doc. ## 121, 122.] The Court having reviewed the EPA and finding good cause, **GRANTS** the EPA. The Court offers its condolences to the family and friends of Ruvin Jayasuriya.

**IT IS SO ORDERED.**

DATED: January 24, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE