**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-cv-04347-AH(Ex) <br><br> Hon. Anne Hwang, Crtm 7D <br><br> **DECLARATION OF JEFFREY A. ROSENFELD IN SUPPORT OF STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' COUNTERCLAIMS** <br><br> [*Filed concurrently with Stipulation and (Proposed) Order*] <br><br> Resp. Date:                             April 21, 2025 <br> Proposed New Resp. Date:    May 30, 2025 <br><br> Filing Date:                             June 2, 2023 <br> Trial Date:                              None set |

DECLARATION OF JEFFREY A. ROSENFELD
Case No. 2:23-cv-04347-AH(Ex)

# DECLARATION OF JEFFREY A. ROSENFELD

I, Jeffrey A. Rosenfeld, declare:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am a partner at Alston & Bird LLP, attorneys of record for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs"). I make this declaration in support of the Parties' Stipulation to Extend Time for Plaintiffs to Respond to Defendants' Counterclaims (the "Stipulation"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to them.

2. Given Defendants' Counterclaims include more than 112 allegations and six causes of action (see ECF No. 132), and in the context of Defendants having taken 108 days to file their motion to dismiss in response to Plaintiffs' Complaint, the Parties agree that Plaintiffs should have 60 days to respond to Defendants' Counterclaims, making their response due on or before **May 30, 2025**.

3. This is Plaintiffs first request for an extension of time to respond to Defendants' Counterclaims.

4. Plaintiffs submit that there is good cause for this extension given the scope of the issues to be addressed in Plaintiffs' response to Defendants' Counterclaims, and Plaintiffs are not making this request for any improper purpose.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of April, 2024, in Los Angeles, California.

/s/ Jeffrey A. Rosenfeld
JEFFREY A. ROSENFELD