# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-cv-04347-AH(Ex)<br><br>Hon. Anne Hwang, Crtm 7D<br><br>**ORDER RE: STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' COUNTERCLAIMS [135]**<br><br>Resp. Date: April 21, 2025<br>Proposed New Resp. Date: May 30, 2025<br><br>Filing Date: June 2, 2023<br>Trial Date: None set |

1  The Court, having considered the Stipulation to Extend Plaintiffs' Time to Respond to Defendants' Counterclaims (the "Stipulation") filed in the above-captioned action, and good cause appearing therefore, hereby **GRANTS** the Stipulation. Plaintiffs shall file their response to Defendants' Counterclaims on or before **May 30, 2025**.

**IT IS SO ORDERED.**

Dated: APRIL 9, 2025

_____
Honorable Judge Anne Hwang
UNITED STATES DISTRICT JUDGE