**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T Mobile US Inc., et al.,<br><br>Plaintiff(s)<br>v.<br><br>WCO Spectrum LLC, et al.,<br><br>Defendant(s) | CASE NUMBER<br>2:23-cv-04347 AH (Ex)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

**WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick**

☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute   Aaron R. Gott, Bona Law PC   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

331 Second Avenue South No 420
*Street Address*

Minneapolis, MN 55401                            aaron.gott@bonalawpc.com
*City, State, Zip*                                    *E-Mail Address*

612-284-5001            858-964-2301            314264
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of   Joshua M. Robbins; Mark T. Cramer; Thomas J. Speiss, III
                                   *List **all** attorneys from same firm or agency who are withdrawing.*
and S. Ross Garrett

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of   Joshua M. Robbins; Mark T. Cramer; Thomas J. Speiss, III
                                                *List **all** attorneys from same firm or agency who are withdrawing.*
and S. Ross Garrett

to withdraw as attorney of record for Defendants

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____                            _____
                                                 U. S. District Judge/U.S. Magistrate Judge