**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt**
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*
***pro hac vice* application pending

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 7D<br><br>**PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE TWO DOCUMENTS UNDER SEAL**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2(e) and Central District of California Local Rule 79-5 that Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs" or "T-Mobile") applies to this Court for leave to file under seal Exhibit 4 and Exhibit 10 to the Declaration of R. Kennon Poteat III, filed in connection with Plaintiffs' Request for Judicial Notice.

Exhibit 4 is an Order and Exhibit 10 is a Praecipe to Discontinue Without Prejudice filed by TDI Acquisition Sub LLC in *TDI Acquisition Sub LLC v. Albright College*, Civil Action No. 21-04881 (Ct. of Common Pleas of Berks County, Pa.). Pursuant to a standing sealing order entered in the *Albright* Lawsuit, all filings on and after March 1, 2022 were sealed, including the Order and Praecipe at issue here. T-Mobile thus seeks to file them under seal here.

T-Mobile believes these documents should be unsealed by the *Albright* court and T-Mobile and Defendant WCO Spectrum LLC ("WCO") plan to jointly request that the *Albright* court unseal the Order and Praecipe. T-Mobile will promptly inform this Court if the *Albright* court grants any such unsealing request.

WCO does not oppose T-Mobile's Application.

This Application is submitted concurrently with the Memorandum of Points and Authorities below, the Declaration of R. Kennon Poteat III in support of the Application, an unredacted version of the documents proposed to be filed under seal, and a proposed order.

Dated: May 30, 2025          **ALSTON & BIRD LLP**

By: /s/ *Jeffrey A. Rosenfeld*
Jeffrey A. Rosenfeld

*Attorneys for Plaintiffs*

## MEMORANDUM OF POINTS AND AUTHORITIES

T-Mobile respectfully applies to this Court for leave to file under seal Exhibit 4 and Exhibit 10 to the Declaration of R. Kennon Poteat III, filed in connection with Plaintiffs' Request for Judicial Notice. Exhibit 4 is an Order and Exhibit 10 is a Praecipe to Discontinue Without Prejudice filed by TDI in *TDI Acquisition Sub LLC v. Albright College*, Civil Action No. 21-04881 (Ct. of Common Pleas of Berks County, Pa.). Pursuant to a standing sealing order entered in the Albright Lawsuit, all filings on and after March 1, 2022 were sealed, including the Order and Praecipe. T-Mobile thus seeks to file them under seal here.

Under Local Rule 79-5.2.2(a), "[a] person seeking leave of Court to file some or all of a document under seal (the "Filing Party") must file an Application for Leave to File Under Seal ("Application"). The Application must be accompanied by a supporting declaration "(1) establishing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard, and (2) informing the Court whether anyone opposes the Application." L.R. 79-5.2.2(a).

Good cause exists to seal the Order and Praecipe from the Albright Lawsuit because they were entered under seal pursuant to a standing sealing order, and presently remain sealed in that court. *See* Decl. of R. Kennon Poteat III ("Poteat Decl.") ¶¶ 3-5. WCO does not oppose the Application. *Id.* ¶ 6.

Federal courts in California generally maintain the confidentiality of filings entered under seal in other courts. *See In re Xyrem (Sodium Oxybate) Antitrust Litig.*, 2023 WL 3874024, at *2 (N.D. Cal. June 2, 2023) (permitting filing under seal of a pleading that was filed under seal in a separate action "[t]o avoid disparate treatment of the same document" by separate courts). That said, T-Mobile believes these documents should be unsealed by the *Albright* court and T-Mobile and WCO plan to jointly request that the *Albright* court unseal them. *See* Poteat Decl. ¶ 8. T-Mobile

will promptly inform this Court if the *Albright* court grants any such unsealing request. *Id.*

  For the foregoing reasons, T-Mobile respectfully requests that the Court grant this Unopposed Application for Leave to File Documents Under Seal.

Dated:  May 30, 2025    Respectfully submitted,

By: /s/ Jeffrey A. Rosenfeld
ALSTON & BIRD LLP
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

WILLIAMS & CONNOLLY LLP
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt**
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

KLEINBARD LLC
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square

PLAINTIFFS' UNOPPOSED APPLICATION FOR
LEAVE TO FILE TWO DOCUMENTS UNDER SEAL

1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: 215-568-2000

*admitted *pro hac vice*
***pro hac vice* application pending

*Attorneys for Plaintiffs*