**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt**
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*
**pro hac vice* application pending

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-AH(Ex) <br><br> Hon. Anne Hwang, Ctrm 7D <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS** <br><br> *Filed Concurrently with Memorandum of Points and Authorities, Request for Judicial Notice, and [Proposed] Order* <br><br> Complaint Filed: June 2, 2023 <br> Counterclaims Filed: March 31, 2025 <br> Hearing Date: September 17, 2025 <br> Time: 1:30 p.m. <br> Courtroom: 7D |

**TO THE COURT, CLERK, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on September 17, 2025 at 1:30 p.m. in Courtroom 7D, located at 350 W. 1st Street, Los Angeles, California 90012, before the Honorable Anne Hwang, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile") will and hereby do move to dismiss the counterclaims filed by Defendant WCO Spectrum LLC ("WCO"), ECF No. 132, for failure to state a claim.

This Motion is made on the following grounds (as set forth in further detail in the accompanying Memorandum of Points and Authorities).

WCO's counterclaims under Section 1 and 2 of the Sherman Act (Counts I, II, and III) fail for three independent reasons:

a) WCO fails to plead facts that, if proved, would establish antitrust injury, that is, "injury of the type the antitrust laws were intended to prevent and that flows from that which makes defendants' acts unlawful." *Atl. Richfield Co. v. USA Petrol. Co.*, 495 U.S. 328, 334 (1990).

b) WCO fails to adequately plead that T-Mobile has engaged in any anticompetitive conduct. "[A] complaint's allegation of a practice that may or may not injure competition is insufficient to state a claim to relief that is plausible on its face." *Brantley v. NBC Universal, Inc.*, 675 F.3d 1192, 1198 (9th Cir. 2012) (quotations omitted).

c) WCO fails to plead a relevant product market. "Where a complaint fails to adequately allege a relevant market underlying its antitrust claims, those claims must be dismissed." *Reilly v. Apple Inc.*, 578 F. Supp. 3d 1098, 1106 (N.D. Cal. 2022).

1  WCO's state-law counterclaims under the Cartwright Act (Count IV),
2  California's Unfair Competition Law (Count V), and for intentional interference with
3  prospective economic advantage (Count VI) fail for similar reasons as the federal
4  antitrust claims, as explained in more detail in the Memorandum.

5  This Motion is made following the videoconference of counsel pursuant to
6  L.R. 7-3, which took place on May 23, 2025. I certify that the parties met by
7  videoconference, thoroughly discussed each and every issue raised in the motion, and
8  attempted in good faith to resolve the motion in whole or in part. The Parties were not
9  able to reach an agreement, necessitating this Motion.

10  This Motion is based upon this Notice of Motion and Motion; the supporting
11  Memorandum of Points and Authorities; the concurrently filed Request for Judicial
12  Notice; the papers and pleadings on file in this matter; and any such other written or
13  oral argument as may be presented prior to or at the time of the hearing on this matter.

Dated: May 30, 2025                              Respectfully submitted,

By: /s/ Jeffrey A. Rosenfeld
ALSTON & BIRD LLP
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

WILLIAMS & CONNOLLY LLP
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt**
jpitt@wc.com
William P. Ashworth*

washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

KLEINBARD LLC
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: 215-568-2000

* admitted *pro hac vice*
**pro hac vice* application pending

*Attorneys for Plaintiffs*