# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>         Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>         Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 7D<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025<br>Hearing Date: September 17, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D |

[PROPOSED] ORDER

The Court, having considered the papers filed in connection with the Motion to Dismiss Counterclaims (the "Motion") filed by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile"), the arguments of counsel regarding the same, and the pleadings and papers on file, and good cause appearing therefor, hereby rules as follows:

- The Court **GRANTS** the Motion in its entirety;
- The Court **GRANTS** the Request for Judicial Notice submitted by Plaintiffs in support of its Motion and hereby takes judicial notice of the documents referenced therein; and
- The Court **DISMISSES** Defendant WCO Spectrum LLC's Counterclaims with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                 Hon. Anne Hwang
                                           United States District Judge