# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>  Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 7D<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SPECIALLY SET A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS**<br><br>Hearing Date: September 17, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

The Court, having considered the Stipulation submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs") and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively "Defendants") to Specially Set a Briefing Schedule for Plaintiffs' Motion to Dismiss Counterclaims (the "Stipulation") filed in the above captioned action, and good cause appearing therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

- WCO's Opposition to the Motion to Dismiss Counterclaims will be due on July 30, 2025; and
- Plaintiffs' Reply in Support of the Motion to Dismiss Counterclaims will be due on August 28, 2025.

**IT IS SO ORDERED.**

Dated: _____          _____
Hon. Anne Hwang
United States District Judge