**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke H. Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt**
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*(admitted *pro hac vice*)
***pro hac vice* application pending

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br>                    Plaintiffs, <br>vs. <br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br>                    Defendants. | Case No. 2:23-cv-04347-AH(Ex) <br><br> Hon. Anne Hwang, Crtm 7D <br><br> **CERTIFICATE OF SERVICE RE SERVICE OF UNDER SEAL DOCUMENTS BY WAY OF EMAIL** <br><br> Filing Date: June 2, 2023 <br> Counterclaims Filed: March 31, 2025 |

## CERTIFICATE OF SERVICE

I, Heather Thai, certify and declare as follow:

1.     I am over the age of 18 and not a party to this action.

2.     My business address is 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071-1410.

3.     On May 30, 2025, I caused a copy of **(1) DECLARATION OF R. KENNON POTEAT III IN SUPPORT OF PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE TWO DOCUMENTS UNDER SEAL; (2) EXHBIT A TO DECLARATION OF R. KENNON POTEAT III IN SUPPORT OF THE APPLICATION; (3) UNREDACTED EXHIBIT 4 TO THE DECALRATION OF R. KENNON POTEAT III IN SUPPORT OF THE REQUEST FOR JUDICIAL NOTICE; AND (4) UNREDACTED EXHIBIT 10 TO THE DECALRATION OF R. KENNON POTEAT III IN SUPPORT OF THE REQUEST FOR JUDICIAL NOTICE** to be served by way of electronic transmission upon the following counsel:

| | |
|---|---|
| Mark T. Cramer, Esq. <br> **BUCHALTER, APC** <br> 1000 Wilshire Boulevard <br> Suite 1500 <br> Los Angeles, CA 90017 | Attorneys for Defendants <br> **WCO SPECTRUM LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ANDREAS BITZARAKIS, and TYLER KRATZ** |
| | Tel:     (213) 891-0700 <br> Fax:     (213) 896-0400 <br> Email:  mcramer@buchalter.com |

| | | |
|---|---|---|
| 1 | Aaron Gott, Esq. | Attorneys for Defendants |
| 2 | **BONA LAW PC** | **WCO SPECTRUM LLC,** |
| | 331 2nd Avenue | **ACADEMIA SPECTRUM LLC,** |
| 3 | Suite 420 | **KAREN WINNICK AS TRUSTEE** |
| | Minneapolis, MN  55401 | **OF GKW TRUST, EXECUTOR OF** |
| 4 | | **THE ESTATE OF GARY WINNICK** |
| | | **AND GARY WINNICK'S** |
| 5 | | **SUCCESSOR-IN-INTEREST, CARL** |
| | | **KATERNDAHL, ANDREAS** |
| 6 | | **BITZARAKIS, and TYLER KRATZ** |
| 7 | | |
| 8 | | Tel:    (612) 284-5001 |
| | | Fax:    (858) 964-2301 |
| 9 | | Email:  aaron.gott@bonalawpc.com |
| 10 | Jarod Bona, Esq. | Attorneys for Defendants |
| | **BONA LAW PC** | **WCO SPECTRUM LLC,** |
| 11 | 4275 Executive Square | **ACADEMIA SPECTRUM LLC,** |
| | Suite 200 | **KAREN WINNICK AS TRUSTEE** |
| 12 | La Jolla, CA  92037 | **OF GKW TRUST, EXECUTOR OF** |
| 13 | | **THE ESTATE OF GARY WINNICK** |
| | | **AND GARY WINNICK'S** |
| 14 | | **SUCCESSOR-IN-INTEREST, CARL** |
| | | **KATERNDAHL, ANDREAS** |
| 15 | | **BITZARAKIS, and TYLER KRATZ** |
| 16 | | |
| 17 | | Tel:    (858) 964-4589 |
| | | Fax:    (858) 964-2301 |
| 18 | | Email:  jarod.bona@bonalawpc.com |
| 19 | Pat Pascarella* | Attorneys for Defendants |
| | **BONA LAW PC** | **WCO SPECTRUM LLC,** |
| 20 | | **ACADEMIA SPECTRUM LLC,** |
| 21 | 100 Crescent Ct. | **KAREN WINNICK AS TRUSTEE** |
| | Suite 700-3425 | **OF GKW TRUST, EXECUTOR OF** |
| 22 | Dallas, TX 75201 | **THE ESTATE OF GARY WINNICK** |
| | | **AND GARY WINNICK'S** |
| 23 | * admitted *pro hac vice* | **SUCCESSOR-IN-INTEREST, CARL** |
| 24 | | **KATERNDAHL, ANDREAS** |
| | | **BITZARAKIS, and TYLER KRATZ** |
| 25 | | |
| | | Tel.:  (469) 296-7716 |
| 26 | | Email: pat.pascarella@bonalawpc.com |
| 27 | Maurice R. Mitts* | Attorneys for Defendants |
| | **MITTS LAW LLC** | **WCO SPECTRUM LLC,** |
| 28 | 1822 Spruce Street | **ACADEMIA SPECTRUM LLC,** |

CERTIFICATE OF SERVICE

1    Philadelphia, PA 19103              **KAREN WINNICK AS TRUSTEE**
                                         **OF GKW TRUST, EXECUTOR OF**
2    * admitted *pro hac vice*          **THE ESTATE OF GARY WINNICK**
                                         **AND GARY WINNICK'S**
3                                        **SUCCESSOR-IN-INTEREST, CARL**
                                         **KATERNDAHL, ANDREAS**
4                                        **BITZARAKIS, and TYLER KRATZ**

5

6                                        Telephone: (215) 866-0112
                                         Email:   mmitts@mittslaw.com
7
         I declare under penalty of perjury under the laws of the United States of
8
America that the forgoing is true and correct.
9
         Executed on May 30, 2025, at Los Angeles, California.
10

11
                                         /s/Heather Thai
12                                            Heather Thai

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28