**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>            Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>            Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 7D<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE TWO DOCUMENTS UNDER SEAL [147]**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

ORDER

1     Having reviewed the Unopposed Application to File Two Documents Under Seal submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs"), the pleadings and papers on file, and good cause appearing, the Court finds compelling reasons to seal the proposed sealed materials, which overcome the strong presumption of public access in civil cases. The Court hereby **GRANTS** the Application and orders that Plaintiffs may file Exhibit 4 and Exhibit 10 to the Declaration of R. Kennon Poteat III, filed in connection with Plaintiffs' Request for Judicial Notice, under seal.

    **IT IS SO ORDERED.**

DATED: JUNE 3, 2025

                                              Hon. Anne Hwang
                                              United States District Judge