# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

T Mobile US Inc., et al.,

Plaintiff(s)

v.

WCO Spectrum LLC, et al.,

Defendant(s)

CASE NUMBER
2:23-cv-04347 AH (Ex)

ORDER ON REQUEST FOR
APPROVAL OF SUBSTITUTION OR
WITHDRAWAL OF ATTORNEY [146]

☒ The Court hereby orders that the request of:

**WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick, as Trustee of the GKW Trust and Special Administrator of the Estate of Gary Winnick**

☐ Plaintiff ☒ Defendant ☐ Other

*Name of Party*

☒ to substitute  Aaron R. Gott, Bona Law PC  who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

331 Second Avenue South No 420
*Street Address*

Minneapolis, MN 55401                aaron.gott@bonalawpc.com
*City, State, Zip*                    *E-Mail Address*

612-284-5001        858-964-2301        314264
*Telephone Number*   *Fax Number*        *State Bar Number*

as attorney of record instead of  Joshua M. Robbins; Mark T. Cramer; Thomas J. Speiss, III
                                  *List all attorneys from same firm or agency who are withdrawing.*
and S. Ross Garrett

is hereby ☒ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of  Joshua M. Robbins; Mark T. Cramer; Thomas J. Speiss, III
                                                *List all attorneys from same firm or agency who are withdrawing.*
and S. Ross Garrett

to withdraw as attorney of record for  Defendants

is hereby ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  JUNE 3, 2025

*/s/ AnnMHwang/*

U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY