# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>        Plaintiffs,<br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>        Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm. 7D<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE (ECF NO. 140)**<br><br>**Current Date**: August 6, 2025<br>**New Date**: August 13, 2025<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

The Court, having considered the papers submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs") and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively "Defendants") in connection with the Stipulation to Continue the Scheduling Conference (the "Stipulation") filed in the above captioned action, and good cause appearing therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

- The scheduling conference in this action currently set for August 6, 2025 at 1:30 p.m. in Courtroom 7D of the above-captioned Court is continued to **August 13, 2025 at 1:30 p.m. in Courtroom 7D**; and
- The Parties' Joint Rule 26(f) report shall remain due on July 23, 2025, which is fourteen days before the original date of the scheduling conference.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Anne Hwang
United States District Judge