Jeffrey A. Rosenfeld (SBN 136896)
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Tel.: +1 213 576 1000 | Fax: +1 213 576 1100
Email: Jeffrey.Rosenfeld@alston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

T-MOBILE US, INC., et al.

Plaintiff(s)

v.

WCO SPECTRUM LLC, et al.

Defendant(s)

CASE NUMBER

2:23-CV-4347-AH(Ex)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Frier, Ilana B.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 434-5000         (202) 434-5029
*Telephone Number*      *Fax Number*

ifrier@wc.com
*E-Mail Address*

of

WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC

FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Rosenfeld, Jeffrey A.
*Designee's Name (Last Name, First Name & Middle Initial*

136896         213 576 1000         213 576 1100
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

Jeffrey.Rosenfeld@alston.com
*E-Mail Address*

of

ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge