# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>    Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 7D<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS'** *EX PARTE* **APPLICATION TO EXCEED PAGE LIMITATION**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

[PROPOSED] ORDER

The Court, having considered the papers filed in connection with the *Ex Parte* Application to Exceed Page Limit for Opposition to Motion to Dismiss filed by Defendant WCO Spectrum LLC ("WCO"), hereby rules as follows:

- The Court **DENIES** the *Ex Parte* Application to Exceed Page Limit for Opposition to Motion to Dismiss in its entirety;
- WCO must comply with the 25-page limitation in the Court's Standing Order for Civil Cases when filing its opposition to Plaintiffs' motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                             Hon. Anne Hwang
                                                     United States District Judge