# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, *et al.*, <br><br> Defendants. | No. 2:23-cv-4347-AH-Ex <br> Hon. Anne Hwang <br><br> **ORDER GRANTING WCO SPECTRUM'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO MOTION TO DISMISS   [161]** <br><br> [Filed concurrently with *Ex Parte* Application and Memorandum of Points and Authorities] <br><br> ***NOTE CHANGES MADE BY COURT*** |

Before the Court is Defendant WCO Spectrum LLC's ("WCO Spectrum") *ex parte* application seeking to exceed the page limit for its opposition to Plaintiff T-Mobile's[1] motion to dismiss.

After consideration of the application and the opposition, the Court hereby GRANTS the *ex parte* application. Good cause appearing therefor, the Court ORDERS as follows:

WCO Spectrum shall have up to 30 pages for its opposition to T-Mobile's motion to dismiss. To the extent necessary, Plaintiffs may have five additional pages for their reply.

**IT IS SO ORDERED.**

DATED: JULY 25, 2025

_____
Honorable Anne Hwang
United States District Judge

---

1. "T-Mobile" refers to T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC.