**BONA LAW PC**
Jarod Bona (234327)
jarod.bona@bonalawpc.com
Luke Hasskamp (280872)
luke.hasskamp@bonalawpc.com
Joseph D. Trujillo (305170)
joseph.trujillo@bonalawpc.com
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 964-4589

Aaron Gott (314264)
aaron.gott@bonalawpc.com
331 2nd Avenue South, Suite 420
Minneapolis, MN 55401
(612) 284-5001

Pat Pascarella (admitted *phv*)
pat.pascarella@bonalawpc.com
100 Crescent Court, #700 – 3425
Dallas, TX 75201
(469) 296-7716

**MITTS LAW, LLC**
Maurice R. Mitts (admitted *phv*)
mmitts@mittslaw.com
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112

*Counsel for Defendant / Counterclaim Plaintiff WCO Spectrum LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br><br>Defendants. | No. 2:23-cv-4347-AH-E<br>Hon. Anne Hwang<br><br>**Declaration of Luke Hasskamp in Support of Defendant / Counterclaim Plaintiff WCO Spectrum LLC's Request for Judicial Notice**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025<br><br>Hearing Date: September 17, 2025<br>Time: 1:30 p.m.<br>Courtroom: 7D |

I, Luke Hasskamp, hereby state and declare as follows:

1. I am an attorney admitted in the states of California and Minnesota and numerous federal courts. I am a partner at Bona Law PC, counsel of record for WCO Spectrum LLC ("WCO"). I submit this declaration in connection with WCO's Request for Judicial Notice.

2. I have personal knowledge of the facts stated in this Declaration, and, if called to testify as a witness, could and would testify competently under oath to these facts.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the publicly available version of an Objection filed by T-Mobile in the matter *In re The Roman Catholic Diocese of Rockville Centre*, 1:20-bk-12345 (Bankr. S.D.N.Y. Jan. 18, 2023), Dkt. No. 1565.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the publicly available version of the Declaration of Paul McCarthy in support of the same objection in *In re The Roman Catholic Diocese of Rockville Centre*, 1:20-bk-12345 (Bankr. S.D.N.Y. Jan. 18, 2023), Dkt. No. 1565-1.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the publicly available version of the Court's Order Approving the Sale of Debtor's Assets in *In re Roman Catholic Diocese of Rockville Centre*, 1:20-bk-12345 (Bankr. S.D.N.Y. May 3, 2023), Dkt. No. 2072.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the publicly available version of Exhibit 1 to that Order, the Purchase Agreement governing the terms of the sale in *In re Roman Catholic Diocese of Rockville Centre*, 1:20-bk-12345 (Bankr. S.D.N.Y. May 3, 2023), Dkt. No. 2072-1.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Bona Law PC
Bonalaw.com

1

Hasskamp Decl. ISO WCO's Request for Judicial Notice
No. 2:23-cv-4347-AH-E

Executed on this 30th day of July, 2025, in Long Beach, California.

                                                      */s/ Luke Hasskamp*
                                                        Luke Hasskamp