# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>    Plaintiffs,<br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>    Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm. 9C<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE (ECF NOS. 145 & 170)**<br><br>**Current Date: October 22, 2025**<br>**New <u>Proposed</u> Date: October 29, 2025**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

ORDER

The Court, having considered the papers submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs") and Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively "Defendants") in connection with the Stipulation to Continue the Motion to Dismiss Counterclaims Hearing and Scheduling Conference (the "Stipulation") filed in the above-captioned action, and good cause appearing therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

- The scheduling conference and Motion to Dismiss Counterclaims hearing in this action, both of which are currently set for October 22, 2025 at 1:30 p.m. in Courtroom 7D of the above-captioned Court are continued to **October 29, 2025 at 1:30 p.m. in Courtroom 9C**.

**IT IS SO ORDERED.**

Dated: AUGUST 15, 2025

Hon. Anne Hwang
United States District Judge