# Updated Exhibit A

**DISTRICT JUDGE ANNE HWANG**
<u>**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**</u>
**Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.**

| Case No. 2:23-CV-4347-AH(Ex) | Case Name: *T-Mobile US, Inc. et al. v. WCO Spectrum LLC et al.* | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pls' Date[1]**<br>mm/dd/yyyy | **WCO Defs' Date[2]**<br>mm/dd/yyyy |
| Check one    **x** Jury Trial    or    ☐ Bench Trial<br>[<u>Tuesday</u> at 8:30 a.m. within 12-18 months of Scheduling Conference based on complexity]<br>Estimated Duration: Plaintiffs' Estimate: <u>10</u> Days (if no counterclaims);<br>                WCO Defendants' estimate: 20-25 days (with counterclaims) | | 09/07/2027 | 01/18/2028 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* [<u>Wednesday</u> at least 20 days trial] | | 08/11/2027 | 12/15/2027 |
| **Event**<br><u>Note</u>: Hearings shall be on Fridays at 1:30 p.m.[3] Other dates can be any day of the week | **Time Computation**[4] | **Pl(s)' Date**<br>mm/dd/yyyy | **WCO Def(s)' Date**<br>mm/dd/yyyy |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties [Wednesday] | 6 weeks after scheduling conference | 12/10/2025 | 12/10/2025 |
| Substantial Completion of Document Discovery | | 04/02/2026 | 08/14/2026 |
| Fact Discovery Cutoff<br>(no later than deadline for filing dispositive motion) | 18 weeks before FPTC | 08/31/2026 | 12/17/2026 |
| Expert Disclosure (Initial) | 16 weeks before FPTC | 09/30/2026 | 01/27/2027 |
| Expert Disclosure (Rebuttal) | 14 weeks before FPTC | 11/02/2026 | 03/24/2027 |
| Expert Discovery Cutoff | 13 weeks before FPTC | 12/01/2026 | 04/21/2027 |
| Dispositive Motion Briefing Schedule | | 02/05/2027 (opening)<br>03/12/2027 (opposition)<br>04/16/2027 (reply) | 06/09/2027 (opening)<br>07/14/2027 (opposition)<br>08/18/2027 (reply) |
| Last Date to <u>Hear</u> Motions [Wednesday]<br>• Parties shall take note of the Court's briefing schedule as set forth in the Civil Standing Order, found on Judge Hwang's website | 12 weeks before FPTC | 05/19/2027 | 09/22/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br><u>Select one</u>:    1. Magistrate Judge (with Court approval)<br>                2. Court Mediation Panel<br>          **x** 3. Private Mediation | 5 weeks before FPTC | 06/09/2027 | 10/05/2027 |
| Trial Filings (first round)<br>• Motions *in Limine*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Joint Witness Lists<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Requests for judicial notice | 4 weeks before FPTC | 06/30/2027 | 10/13/2027 |

---

[1] Plaintiffs' proposed schedule assumes that WCO's counterclaims are dismissed under Rule 12. If WCO's counterclaims are not dismissed, then these dates will need to be modified.

[2] Defendants' proposed schedule assumes that WCO's counterclaims survive the Rule 12 motion. If WCO's counterclaims are dismissed, then these dates may need to be modified.

[3] By default, all hearings shall proceed in person, unless a request is made by the parties and granted by the Court.

[4] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. But in every case, the last date to hear motions shall be no later than eight (8) weeks before the deadline for Trial Filings (First Round), and the deadline for Trial Filings (First Round) and Trial Filings (Second Round) must be no later than four (4) and two (2) weeks before the FPTC, respectively.

| | | | |
|---|---|---|---|
| <u>Trial Filings</u> (second round)<br>• Oppositions to Motions *in Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Challenged Exhibits Table<br>• Deposition designations as to which the parties have any dispute or objection | 2 weeks before FPTC | 07/28/2027 | 11/10/2027 |