Alexander H. Winnick (239430)
Winnick Law, PC
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
aw@winlawpc.com
(424) 317-7411

*Counsel for WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz and Karen Winnick*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br>　　　　　Defendants. | No. 2:23-cv-4347-AH-E<br>Hon. Anne Hwang<br><br>**NOTICE OF APPEARANCE OF ALEXANDER H. WINNICK FOR DEFENDANTS**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: March 31, 2025 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　Please take notice that Alexander H. Winnick of the law firm Winnick Law, PC, a member of the bar of this Court, hereby enters his appearance in this action as counsel of record on behalf of Defendants WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick.

DATED: November 12, 2025                Respectfully Submitted,


<u>/s/ Alexander H. Winnick</u>
Alexander H. Winnick
Winnick Law, PC
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
(424) 317-7411
aw@winlawpc.com

*Counsel for WCO Spectrum LLC, Academia Spectrum LLC, Carl Katerndahl, Andreas Bitzarakis, Tyler Kratz, and Karen Winnick*