1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| T-MOBILE US, INC., *et al.*, <br>       Plaintiffs, <br>    vs. <br> WCO SPECTRUM LLC, *et al.*, <br>       Defendants. | No. 2:23-cv-4347-AH(Ex) <br> Hon. Anne Hwang <br><br> **ORDER GRANTING STIPULATION TO SET DEADLINE AND BRIEFING SCHEDULE FOR WCO SPECTRUM'S FIRST AMENDED COUNTERCLAIMS   [190]** <br><br> Complaint Filed: June 2, 2023 <br> Counterclaims Filed: March 31, 2025 <br> Hearing Date: May 27, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 7D |

20

21

22

23

24

25

26

27

28

The Court, having considered the Stipulation submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs") and Defendant WCO Spectrum LLC to Set a Deadline and Briefing Schedule for WCO Spectrum's First Amended Counterclaims (the "Stipulation") filed in the above captioned action, and good cause appearing therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

- WCO Spectrum's First Amended Counterclaims will be due on December 19, 2025;

- Plaintiffs' Motion to Dismiss WCO's First Amended Counterclaims ("Motion") will be due on February 6, 2026;

- WCO Spectrum's Opposition to Plaintiffs' Motion will be due on March 27, 2026;

- Plaintiffs' Reply in support of the Motion will be due on April 27, 2026; and,

- The Hearing on Plaintiffs' Motion to Dismiss WCO Spectrum's First Amended Counterclaims shall be held on May 27, 2026.

**IT IS SO ORDERED.**

Dated: NOVEMBER 19, 2025

_____
Honorable Anne Hwang
United States District Judge

1    Order Granting Stipulation to Set Deadline and Briefing Schedule for WCO Spectrum's First Amended Counterclaims
No. 2:23-CV-4347-AH(E)