BONA LAW PC
Aaron Gott (314264)
aaron.gott@bonalawpc.com
331 2nd Avenue South, Suite 420
Minneapolis, MN 55401
(612) 284-5001

Jarod Bona (234327)
jarod.bona@bonalawpc.com
Luke Hasskamp (280872)
luke.hasskamp@bonalawpc.com
Joseph D. Trujillo (305170)
joseph.trujillo@bonalawpc.com
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 964-4589

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br>　　　　Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br>　　　　Defendants. | No. 2:23-cv-04347-AH(E)<br>Hon. Anne Hwang<br><br>**DECLARATION OF LUKE HASSKAMP IN SUPPORT OF REQUEST FOR APPROVAL OF WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANTS** |

I, LUKE HASSKAMP, hereby declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California, as well as the United States District Court, Central District, and am a partner at the law firm of Bona Law PC. I am counsel for Defendants and Counterclaim-Plaintiff WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz (collectively "Defendants"). I make this declaration based on facts known to me, and if called as a witness thereto, I could and would do so competently.

2. Bona Law PC and James Lynch Law Offices seek approval to withdraw as counsel of record for Defendants in this matter. Defendants consent to the withdrawal and will continue to be represented in this matter by Mitts Law, LLC and Winnick Law, PC.

3. Prior to the filing of this request, I provided written notice of Bona Law PC and James Lynch Law Offices' intent to withdraw to Plaintiffs' counsel of record on November 24, 2025. That same day, I also spoke with Plaintiffs' lead counsel, Kenneth Brown, about the request. He stated that "Plaintiffs take no position on this issue and, as such, will not oppose the withdrawal."

Bona Law PC
Bonalaw.com

Declaration of Luke Hasskamp in Support of Request
for Approval of Withdrawal as Counsel of Record - 1
No. 2:23-CV-4347-AH(E)

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of November 2025 at Long Beach, California.

*Luke Hasskamp*
Luke Hasskamp

Bona Law PC
Bonalaw.com

Declaration of Luke Hasskamp in Support of Request for Approval of Withdrawal as Counsel of Record - 2
No. 2:23-CV-4347-AH(E)