**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 9C<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO PARTIALLY LIFT DISCOVERY STAY**<br><br>*Filed concurrently with Memorandum of Points and Authorities, Declaration of William Ashworth and [Proposed] Order*<br><br>Complaint Filed: June 2, 2023<br>Hearing Date: January 7, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C |

**TO THE COURT, CLERK, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on January 7, 2026 at 1:30 p.m. in Courtroom 9C, located at 350 W. 1st Street, Los Angeles, California 90012, before the Honorable Anne Hwang, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile") will and hereby do move to lift the discovery stay entered by Chief Judge Gee on April 2, 2024 for the purpose of conducting written discovery on Plaintiffs' claims, including discovery taken under Rules 33, 34, 36, and 45(a)(1)(B)-(C) of the Federal Rules of Civil Procedure.

This Motion is made following the videoconference of counsel pursuant to L.R. 7-3, which took place on November 18, 2025. I certify that the parties met by videoconference, thoroughly discussed the issues raised in the motion, and attempted in good faith to resolve the motion in whole or in part. Declaration of William Ashworth ¶ 7. The Parties were not able to reach an agreement, necessitating this Motion. *Id.*

This Motion is based upon this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; and any such other written or oral argument as may be presented prior to or at the time of the hearing on this matter.

Dated: December 2, 2025               Respectfully submitted,

        By: *Jeffrey A. Rosenfeld*
        ALSTON & BIRD LLP
        Jeffrey A. Rosenfeld (#136896)
        jeffrey.rosenfeld@alston.com
        Jesse Steinbach (#278923)
        jesse.steinbach@alston.com
        Brooke Bolender (#340689)

brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

WILLIAMS & CONNOLLY LLP
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
Ilana B. Frier*
ifrier@wc.com
Camille Wyss*
cwyss@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

KLEINBARD LLC
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: 215-568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

3
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO PARTIALLY LIFT DISCOVERY STAY