**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., et al.<br><br>Plaintiff(s)<br>v.<br>WCO SPECTRUM LLC, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-04347-AH(Ex)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [194] |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other _____
_____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                 *E-Mail Address*

_____  _____  _____
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of `Luke Hasskamp, Jarod Bona, Joseph D. Trujillo, Pat Pascarella, Aaron Gott,`
*List **all** attorneys from same firm or agency who are withdrawing.*

`and Aaron Lawrence`

to withdraw as attorney of record for `Defendants`

**is hereby** ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated DECEMBER 2, 2025

*/s/ Ann Hwang/*
U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY