**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., et al.<br><br>Plaintiff(s)<br>v.<br>WCO SPECTRUM LLC, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-04347-AH(Ex)<br><br>*AMENDED* ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [194] |

☐ The Court hereby orders that the request of:

☐ Plaintiff ☐ Defendant ☐ Other
_____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
*Street Address*

_____   _____
*City, State, Zip*                               *E-Mail Address*

_____   _____   _____
*Telephone Number*                  *Fax Number*                     *State Bar Number*

as attorney of record instead of _____
*List all attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of Luke Hasskamp, Jarod Bona, Joseph D. Trujillo, Pat Pascarella, Aaron Gott,
*List all attorneys from same firm or agency who are withdrawing.*

and Aaron Lawrence and James M. Lynch.

to withdraw as attorney of record for Defendants

**is hereby** ☒ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  DECEMBER 2, 2025

*[signature: A. M. Hwang]*

U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (02/24)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY