# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH-E<br><br>Hon. Charles F. Eick<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: June 2, 2023 |

ORDER

Pursuant to the Parties' Joint Stipulation for Entry of Protective Order, filed December 18, 2025 ("Stipulated Protective Order") and for good cause shown, it is ORDERED that the Stipulated Protective Order be entered.

**IT IS SO ORDERED.**

Dated:  December 19,. 2025

                                        Hon. Charles F. Eick
                                   United States Magistrate Judge