**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., *et al.*, <br>     Plaintiffs, <br> vs. <br> WCO SPECTRUM LLC, *et al.*, <br>     Defendants. | No. 2:23-cv-4347-AH(Ex) <br> Hon. Anne Hwang <br><br> **ORDER GRANTING SECOND STIPULATION TO SET BRIEFING SCHEDULE FOR WCO SPECTRUM'S FIRST AMENDED COUNTERCLAIMS  [201]** <br><br> Complaint Filed: June 2, 2023 <br> Counterclaims Filed: March 31, 2025 <br> Hearing Date: June 17, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 7D |

The Court, having considered the Second Stipulation submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "Plaintiffs") and Defendant WCO Spectrum LLC to Set a Briefing Schedule for WCO Spectrum's First Amended Counterclaims (the "Stipulation") filed in the above captioned action, and good cause appearing therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

- WCO Spectrum's First Amended Counterclaims will be due on January 7, 2026;
- Plaintiffs' Motion to Dismiss WCO's First Amended Counterclaims ("Motion") will be due on February 25, 2026;
- WCO Spectrum's Opposition to Plaintiffs' Motion will be due on April 15, 2026;
- Plaintiffs' Reply in support of the Motion will be due on May 18, 2026; and,
- The Hearing on Plaintiffs' Motion to Dismiss WCO Spectrum's First Amended Counterclaims shall be held on June 17, 2026.

IT IS SO ORDERED.

Dated: DECEMBER 22, 2025

_____
Honorable Anne Hwang
United States District Judge