**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-AH(Ex) <br><br> Hon. Anne Hwang, Ctrm 9C <br><br> **DECLARATION OF ILANA FRIER IN SUPPORT OF ADMINISTRATIVE REQUEST TO APPEAR VIA ZOOM** <br><br> Date: January 7, 2026 <br> Time: 1:30 p.m. <br><br> Complaint Filed: June 2, 2023 |

I, Ilana Frier, hereby state and declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court and am an associate at Williams & Connolly LLP, counsel of record for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "T-Mobile"). I submit this declaration in support of the Parties' joint administrative request for remote appearances at the hearing on T-Mobile's Motion to Partially Lift Discovery Stay set for January 7, 2026 at 1:30 p.m.

2. The facts set forth herein are based on my personal knowledge.

3. T-Mobile's Motion to Partially Lift the Discovery Stay, filed on November 25, 2025, is noticed for a hearing on January 7, 2026. Dkt. 192; Dkt. 196.

4. T-Mobile's Motion is unopposed. *See* Dkt. 207 (T-Mobile's December 19, 2025 Notice of Non-Opposition).

5. The Parties' participating counsel reside out of state. To conserve the resources of the Parties, the Parties respectfully request authorization for their counsel to appear via Zoom at the upcoming January 7, 2026 hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on this 5th day of January, 2026 at Washington, DC.

_____
Ilana Frier