**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 9C<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE REQUEST TO APPEAR VIA ZOOM**<br><br>Date: January 7, 2026<br>Time: 1:30 p.m.<br><br>Complaint Filed: June 2, 2023 |

**[PROPOSED] ORDER**

For good cause shown, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC, and Defendants WCO Spectrum, LLC Academia Spectrum LLC, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis and Tyler Kratz's (collectively, "Parties") administrative request to appear via Zoom at the hearing on the Motion to Partially Lift Discovery Stay set on January 7, 2026 at 1:30 p.m., is **HEREBY GRANTED**. The applicants' counsel shall contact Courtroom Deputy for specific instructions on accessing the proceedings remotely.

**IT IS SO ORDERED**.

Dated: _____     By: _____
                                          Hon. Anne Hwang
                                          United States District Judge