Alexander H. Winnick, State Bar # 239430
WINNICK LAW, PC
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
aw@winlawpc.com
p: (424) 317-7411
c: (310) 415-5594

*Attorneys for WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*
*[Additional Counsel appear on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al.*, <br>　　　Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, *et al.*, <br>　　Defendants. | No. 2:23-cv-04347-AH(E) <br> Hon. Anne Hwang <br><br> **NOTICE OF CORRECTION TO AMENDED JOINT RULE 26(f) REPORT** |

Defendants, WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz, submit this Notice to correct an inadvertent inaccuracy contained in the Amended Joint Rule 26(f) Report (ECF 162). In Section F (Insurance), Defendants stated that "WCO is not aware of any insurance that would provide coverage in this action." That statement was inaccurate, and Obsidian Specialty Insurance Company should have been identified. No other portion of the Joint Rule 26(f) Report is affected by this change.

DATED: February 17, 2026

/s/ Alexander H. Winnick
WINNICK LAW, PC
Alexander H. Winnick (239430)
aw@winlawpc.com
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
(424) 317-7411

MITTS LAW, LLC
Maurice R. Mitts (*pro hac vice*)
Gina M. Stowe (*pro hac vice*)
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0112
mmitts@mittslaw.com
gstowe@mittslaw.com

*Attorneys for Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*

///

EDELSON PC
Brandon Baum-Zepeda* (SBN 352698)
1255 Union St NE, Suite 850
Washington, DC 2000
202-270-4777
bbaum-zepeda@edelson.com

*Barred only in California. Practice limited to matters authorized by D.C. Rule 49(c)(3)

Natasha Fernández-Silber (*pro hac vice*)
South 1st Street
Ann Arbor, MI 48104
312-589-6370
nfernandezsilber@edelson.com

BERGER MONTAGUE PC
Patrick F. Madden (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3035
pmadden@bergermontague.com

*Attorneys for Defendants WCO Spectrum LLC*

## ATTESTATION

The filer, pursuant to L.R. 5-4.3.4(a)(2), hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 17, 2026                    WINNICK LAW, PC

*/s/ Alexander H. Winnick*

Alexander H. Winnick