# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 9C<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE EXCESS PAGES FOR BRIEFING ON PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS [222]**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: January 7, 2026<br>Hearing Date: June 17, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9C |

The Court, having considered the Stipulation for Leave to File Excess Pages for Briefing on Plaintiffs' Motion to Dismiss First Amended Counterclaims, submitted by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs") and Defendant WCO Spectrum LLC ("WCO") (collectively with Plaintiffs, "Parties"), and for GOOD CAUSE shown, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall have thirty (30) pages, excluding the caption, indices, exhibits, and signature pages, for its Motion to Dismiss First Amended Counterclaims due February 25, 2026.

2. WCO shall have thirty (30) pages, excluding the caption, indices, exhibits, and signature pages, for its Opposition due April 15, 2026.

3. Plaintiffs shall have fifteen (15) pages, excluding the caption, indices, exhibits, and signature pages, for its Reply due May 18, 2026.

**IT IS SO ORDERED.**

Dated: FEBRUARY 25, 2026    _____
　　　　　　　　　　　　　　　　Hon. Anne Hwang
　　　　　　　　　　　　　　　　United States District Judge