# Exhibit 13

## IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

| | |
|---|---|
| TDI ACQUISITION SUB, LLC, | |
| Plaintiff, | |
| vs. | Case No. CL21-3972 |
| ALBRIGHT COLLEGE, | |
| Defendant. | |

### ORDER REGARDING TDI ACQUISITION SUB, LLC'S MOTION TO COMPEL

On July 25, 2022, Plaintiff TDI Acquisition Sub, LLC ("TDI") and subpoena recipient Academia Spectrum LLC ("Academia") appeared before the Court regarding TDI's motion to compel removal of redactions on a previously produced document responsive to its subpoena *duces tecum* pursuant to this Court's Order dated April 29, 2022.  Upon review of the parties' briefs, the hearing of oral argument, and the finding of good cause to do so, the Court ORDERS as follows:

Academia shall produce a completely unredacted version of its Albright College "Deal Memo," previously produced in redacted form as Academia 00231 on or before August 15, 2022. Because Academia has represented that the document is confidential and that it contains business strategy beyond Albright College, the document may be designated **"Confidential – Attorneys' Eyes Only."**  This designation shall only allow access to this document to TDI's outside and inside counsel.  Should TDI determine that it needs access to the document with a lower or no confidentiality designation, and Academia will not agree to a lower or no confidentiality designation, TDI shall be entitled to move the Court for relief.  This Court shall have continuing jurisdiction over this matter in the event such relief is sought.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

_____
                                                    Judge

Dated: _____8/23/22_____

**SEEN AND AGREED, IN PART, AND OBJECTED TO, IN PART FOR THE REASONS
STATED ON RECORD AND IN THE BRIEFS WHICH ARE INCORPORATED HEREIN:**

Robert M. Tata (VSB #30101)
**HUNTON ANDREWS KURTH LLP**
500 E. Main Street, Suite 1301
Norfolk, VA 23510
Telephone: (757) 640-5328
btata@huntonAK.com

Kenneth J. Brown (VSB #48134)
R. Kennon Poteat (VSB #73324)
Denis R. Hurley (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
kbrown@wc.com
kpoteat@wc.com
dhurley@wc.com

***Counsel for Plaintiff TDI Acquisition Sub, LLC***

2

**SEEN AND AGREED, IN PART, AND OBJECTED TO, IN PART FOR THE REASONS STATED ON RECORD AND IN THE BRIEFS WHICH ARE INCORPORATED HEREIN:**

Wyatt B. Durrette, Jr. (VSB #04719)
**DURRETTE, ARKEMA, GERSON & GILL, PC**
1111 E. Main Street, 16th Floor
Richmond, VA 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
wdurrette@dagglaw.com

Maurice R. Mitts (admitted *pro hac vice*)
**MITTS LAW, LLC**
1822 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 866-0110
Facsimile: (215) 866-0111
mmitts@mittslaw.com

*Counsel for Academia Spectrum, LLC*

3