Michael S. LeBoff, P.C. - Bar No. 204612
Brandon L. Winchel - Bar No. 344719
KLEIN & WILSON LLP
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703
leboff@kleinandwilson.com; bwinchel@kleinandwilson.com

Attorneys for Defendants Tyler Kratz and Andreas Bitzarakis

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET COURTHOUSE

| | |
|---|---|
| T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WCO Spectrum LLC, SCH LLC, Academia Spectrum LLC, Karen Winnick as Trustee of GKW Trust, Executor of the Estate of Gary Winnick and Gary Winnick's Successor-in-Interest, Carl Katerndahl, Ashok Vasudevan, Andreas Bitzarakis, and Tyler Kratz,<br><br>Defendants. | **CASE NO. 2:23-cv-04347-AH(Ex)**<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mitts Law LLC has associated with Klein & Wilson LLP as attorneys of record for defendants Tyler Kratz and Andreas Bitzarakis. Please add co-counsel to your proof of service and serve all pleadings and other documents on associated counsel, as follows:

/ / /

1158283

Michael S. LeBoff, P.C.
Brandon L. Winchel
KLEIN & WILSON LLP
4770 Von Karman Avenue
Newport Beach, California 92660
(949) 631-3300; Facsimile (949) 631-3703
leboff@kleinandwilson.com; bwinshel@kleinandwilson.com

Respectfully submitted,

KLEIN & WILSON LLP

Dated:  April 2, 2026

By: */s/ Michael S. LeBoff*
    Michael S. LeBoff, P.C.
Attorneys for Defendant Tyler Kratz and Andreas Bitzarakis

2

2:23-cv-04346-AH(Ex)

1158283

# CERTIFICATE OF SERVICE BY MAIL
## (Declaration)
### (Federal Rules of Civil Procedure 5(a)(1) & 5(b))

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 4770 Von Karman Avenue, Newport Beach, California 92660. My electronic service address is email mvoss@kleinandwilson.com.

On **April 2, 2026,** I served the foregoing document described as **NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action. The document was served by the following method:

_✓_ **BY MAIL**. By placing a true copy thereof enclosed in a sealed envelope addressed as set forth on the attached service list. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, with postage thereon fully prepaid at Newport Beach, California. On the date set forth above, I deposited the correspondence at Klein & Wilson LLP, 4770 Von Karman Avenue, Newport Beach, California, for deposit in the United States Postal Service. The envelopes were sealed and placed for collection and mailing on that date following our law firm's customary business practices. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

Executed on **April 2, 2026,** at Newport Beach, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Melissa Voss_
Melissa Voss

1

2:23-cv-04346-AH(Ex)

1158283

| | |
|---|---|
| Mr. Jeffrey A. Rosenfeld<br>Ms. Brooke H. Bolender<br>Mr. Jesse Steinbach<br>Alston and Bird LLP<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071 | *Attorneys for Plaintiffs and Counter-Defendants T-Mobile US, Inc. and Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC,*<br>*Telephone: (213) 576-1143*<br>*Facsimile: (213) 576-1100*<br>*E-mail: jeffrey.rosenfeld@alston.com*<br>*brooke.bolender@alston.com*<br>*jesse.steinbach@alston.com* |
| Mr. Steven J. Engelmyer<br>Kleinbard LLC<br>Three Logan Square<br>1717 Arch Street, 5th Floor<br>Philadelphia, PA 19103 | *Attorneys for Plaintiffs and Counter-Defendants T-Mobile US, Inc. and Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC,*<br>*Telephone: (215) 568-2000*<br>*Facsimile: (215) 568-0140*<br>*E-mail: sengelmyer@kleinbard.com* |
| Ms. Camille W. Wyss<br>Ms. Ilana B. Frier<br>Mr. Jonathan B. Pitt<br>Ms. Kathryn E. Hoover<br>Mr. Kenneth J. Brown<br>Mr. R. Kennon Poteat, III<br>Mr. William P. Ashworth<br>Williams and Connolly<br>680 Maine Avenue SW,<br>Washington, DC 20024 | *Attorneys for Plaintiffs and Counter-Defendants T-Mobile US, Inc. and Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC,*<br>*Telephone: (202) 434-5000*<br>*Facsimile: (202) 434-5029*<br>*E-mail: cwyss@wc.com*<br>*ifrier@wc.com*<br>*jpitt@wc.com*<br>*khoover@wc.com*<br>*kbrown@wc.com*<br>*kpoteat@wc.com*<br>*washworth@wc.com* |
| Ms. Natasha Fernandez-Silber<br>Mr. Ali Moghaddas<br>Mr. Brandon M. Baum-Zepeda<br>Edelson PC<br>200 South First Street<br>Ann Arbor, MI 48104 | *Attorneys for Defendants WCO Spectrum LLC*<br>*Telephone: (312) 589-6370*<br>*Facsimile: (213) 947-4251*<br>*E-mail: nfernandezsilber@edelson.com*<br>*amoghaddas@edelson.com*<br>*bbaum-zepeda@edelson.com* |

1158283

2

2:23-cv-04346-AH(Ex)

Ms. Gina M. Stowe
Maurice R. Mitts
Mitts Law, LLC
1822 Spruce Street
Philadelphia, PA 19103

*Attorneys for Defendants WCO Spectrum LLC, , SCH LLC, and Defendants and Counter-Claimants Academia Spectrum LLC, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*
*Telephone: (215) 866-0132*
*Facsimile: (215) 866-0111*
*E-mail: gstowe@mittslaw.com*
*mmitts@mittslaw.com*

Mr. Patrick F. Madden
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

*Attorneys for Defendants WCO Spectrum LLC, SCH LLC, and Defendants and Counter-Claimants Academia Spectrum LLC, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*
*Telephone: (215) 875-3000*
*Facsimile: (215) 875-4604*
*E-mail: pmadden@bergermontague.com*

Mr. Alexander H. Winnick
Winnick Law PC
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404

*Attorneys for Defendants WCO Spectrum LLC., SCH LLC, and Defendants and Counter-Claimants Academia Spectrum LLC, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz*
*Telephone: (424) 317-7411*
*E-mail: aw@winlawpc.com*

1158283

3                    2:23-cv-04346-AH(Ex)