**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-AH(Ex) <br><br> Hon. Anne Hwang, Ctrm 9C <br><br> **DECLARATION OF KENNETH J. BROWN IN SUPPORT OF ADMINISTRATIVE REQUEST FOR REMOTE ACCESS FOR NON-PARTICIPATING T-MOBILE PERSONNEL** <br><br> Date: July 15, 2026 <br> Time: 1:30 p.m. <br><br> Complaint Filed: June 2, 2023 <br> Counterclaims Filed: January 7, 2026 |

DECLARATION OF KENNETH J. BROWN IN SUPPORT OF ADMINISTRATIVE REQUEST
FOR REMOTE ACCESS FOR NON-PARTICIPATING T-MOBILE PERSONNEL

I, Kenneth J. Brown, hereby state and declare as follows:

1.     I am an attorney admitted to practice *pro hac vice* before this Court and am a partner at Williams & Connolly LLP, counsel of record for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "T-Mobile"). I submit this declaration in support of T-Mobile's administrative request for remote access, via a Zoom link or another means of remote audio access, for the motion to dismiss amended counterclaims hearing, set for hearing on July 15, 2026 at 1:30 p.m., solely so T-Mobile's personnel may observe the hearing remotely.

2.     The facts set forth herein are based on my personal knowledge.

3.     I am lead trial counsel for Plaintiffs in this action and will be appearing in person for the July 15, 2026 hearing.

4.     All participating counsel for Plaintiffs will appear in person for the July 15, 2026 hearing.

5.     The T-Mobile personnel who intend to observe the July 15, 2026 hearing reside outside the Los Angeles area.  To conserve the resources of T-Mobile and allow non-participating personnel observe the hearing, T-Mobile respectfully requests that the Court provide remote access, via Zoom link or another means of remote audio access.

DECLARATION OF KENNETH J. BROWN IN SUPPORT OF ADMINISTRATIVE REQUEST
FOR REMOTE ACCESS FOR NON-PARTICIPATING T-MOBILE PERSONNEL

6.    On June 9, 2026 and June 24, 2026, my firm met and conferred with Defendants' counsel regarding this request.  Defendants' counsel indicated that they do not oppose this request.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on this 24th day of June, 2026 at Washington, DC.

Kenneth J. Brown

DECLARATION OF KENNETH J. BROWN IN SUPPORT OF ADMINISTRATIVE REQUEST FOR REMOTE ACCESS FOR NON-PARTICIPATING T-MOBILE PERSONNEL