# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Anne Hwang, Ctrm 9C<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR REMOTE ACCESS FOR NON-PARTICIPATING T-MOBILE PERSONNEL**<br><br>Date: July 15, 2026<br>Time: 1:30 p.m.<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: January 7, 2026 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

For good cause shown, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC's (collectively, "T-Mobile") administrative request for remote access for non-participating T-Mobile personnel at the motion to dismiss hearing set for hearing on July 15, 2026 at 1:30 p.m., is **HEREBY GRANTED**. The applicant's counsel shall contact Courtroom Deputy for specific instructions on accessing the proceedings remotely.

**IT IS SO ORDERED**.

Dated: _____    By: _____

Hon. Anne Hwang
United States District Judge

[PROPOSED] ORDER