**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-AH(Ex) <br><br> Hon. Charles F. Eick <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL** <br><br> ***Filed concurrently with Joint Stipulation, Declaration of William P. Ashworth and [Proposed] Order*** <br><br> Complaint Filed: June 2, 2023 <br> Hearing Date: July 24, 2026 <br> Time: 1:30 p.m. <br> Courtroom: 750 |

**TO THE COURT, CLERK, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on July 24, 2026 at 9:30 a.m. in Courtroom 750, located at 255 East Temple Street, 7th Floor, Los Angeles, California, 90012, before the Honorable Charles F. Eick, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile") will and hereby do move to compel Defendants WCO Spectrum LLC, Academia Spectrum LLC, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis and Tyler Kratz ("Defendants"), and non-party Thomas Griffith ("Griffith") as follows:

a) Defendants should be ordered to (1) produce all non-privileged documents regarding their ability to finance license purchases, including documents responsive to RFPs 61-68, and 96-97 (WCO, Winnick & Katerndahl), RFPs 54-56 and 78-79 (Academia & Bitzarakis), and RFPs 61-63 and 89-90 (Kratz) and (2) fully respond to Interrogatory 18.

b) Defendants should be ordered to identify all WCO subsidiaries, affiliates or otherwise related entities from which they have produced or will produce documents in response to T-Mobile's discovery requests (and any entities from which they are refusing to produce documents).

c) Defendants should be ordered to produce all non-privileged documents and information responsive to T-Mobile's RFPs and Interrogatories through December 31, 2023.

d) Mr. Griffith should be ordered to (1) produce all documents, including email communications, responsive to T-Mobile's subpoena; and (2) confirm whether he is withholding documents based on objections within two weeks of the date of a ruling on this motion.

This Motion is made following the videoconference of counsel pursuant to L.R. 7-3, which took place on March 4, 2026, April 14, 2026 and June 9, 2026.  I certify that the parties met by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part.  The Parties were not able to reach an agreement, necessitating this Motion.

This Motion is made on the following grounds (as set forth in further detail in the accompanying Joint Stipulation):

a) Defendants have refused to provide discovery regarding potential sources of funding Defendants may invoke to try and claim they had the ability to fund the offers WCO made on the EBS licenses at issue in this case.  Simultaneously, Defendants refuse to stipulate that no Defendant other than WCO and no entity related to any Defendant had the ability to finance license purchases.[1]  Defendants cannot have it both ways; if they refuse to stipulate, they must produce this discovery.

b) Defendants objected to T-Mobile's definition of "WCO Spectrum LLC"— which encompasses all entities that acted on behalf of WCO—as overly broad, but they have declined to identify the particular entities from which they are (and are not) producing documents.  This basic information is routinely provided in discovery, and it should be provided here.

c) Defendants refuse to produce documents in November and December 2023 based on the bare assertion that WCO ceased operations by October 31, 2023.  But this two-month period encompasses (i) WCO's purported wind down of operations and (ii) Mr. Winnick's passing, both of which certainly generated discussions about issues relevant to this case.

---

[1] T-Mobile will also prove that *WCO* did not have the ability to finance license purchases, but that issue is not subject to this discovery motion, because (as T-Mobile understands it) WCO has agreed to provide discovery regarding its ability to finance license purchases.

d) While Mr. Griffith agreed to produce documents in response to the subpoena, served months ago on February 20, 2026, he has slow-rolled his production. Despite repeated attempts to gain clarity as to when he will complete his production, he has refused to provide any certainty.

This Motion is based upon this Notice of Motion and Motion; the supporting Joint Stipulation; and any such other written or oral argument as may be presented prior to or at the time of the hearing on this matter.

Dated:  June 29, 2026                    Respectfully submitted,

                                         By: *Jeffrey A. Rosenfeld*
                                         ALSTON & BIRD LLP
                                         Jeffrey A. Rosenfeld (#136896)
                                         jeffrey.rosenfeld@alston.com
                                         Jesse Steinbach (#278923)
                                         jesse.steinbach@alston.com
                                         Brooke Bolender (#340689)
                                         brooke.bolender@alston.com
                                         350 South Grand Avenue, 51st Floor
                                         Los Angeles, CA 90071
                                         Telephone: (213) 576-1143

                                         WILLIAMS & CONNOLLY LLP
                                         Kenneth J. Brown*
                                         kbrown@wc.com
                                         Jonathan B. Pitt*
                                         jpitt@wc.com
                                         William P. Ashworth*
                                         washworth@wc.com
                                         R. Kennon Poteat III*
                                         kpoteat@wc.com
                                         Kathryn E. Hoover*
                                         khoover@wc.com
                                         Ilana B. Frier*
                                         ifrier@wc.com
                                         Camille Wyss*
                                         cwyss@wc.com
                                         680 Maine Avenue, SW

4

Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

KLEINBARD LLC
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: 215-568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL