**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, <br><br> Defendants. | Case No. 2:23-CV-4347-AH(Ex) <br><br> **DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION** <br><br> DISCOVERY CUTOFF: NOT SET <br> PRETRIAL CONFERENCE: NOT SET <br> TRIAL: NOT SET <br><br> HEARING DATE: July 24, 2026 <br> TIME: 9:30 am <br> DEPT 750 <br> JUDGE: Hon. Charles F. Eick |

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION

I, William P. Ashworth, hereby state and declare as follows:

1.    I am an attorney admitted to practice *pro hac vice* before this Court and am a partner at Williams & Connolly LLP, counsel of record for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "T-Mobile"). I submit this declaration in support of T-Mobile's portions of the Joint Discovery Dispute Stipulation.

2.    The facts set forth herein are based on my personal knowledge.

3.    Attached as **Exhibit 1** is a true and correct copy of T-Mobile's Complaint filed in this action on June 2, 2023 (ECF 1).

4.    Attached as **Exhibit 2** is a true and correct copy of T-Mobile's First Set of Requests for Production to WCO Spectrum LLC ("WCO"), Karen Winnick and Carl Katerndahl, dated August 16, 2023.

5.    Attached as **Exhibit 3** is a true and correct copy of T-Mobile's First Set of Requests for Production to Academia Spectrum LLC and Andreas Bitzarakis, dated August 16, 2023.

6.    Attached as **Exhibit 4** is a true and correct copy of T-Mobile's First Set of Requests for Production to Tyler Kratz.

7.    Attached as **Exhibit 5** is a true and correct copy of a Suggestion of Death filed by the Defendants in this action on November 16, 2023 (ECF 67).

8.    Attached as **Exhibit 6** is a true and correct copy of the Answer filed by Defendants WCO, Academia Spectrum, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis, and Tyler Kratz in this action on March 31, 2025 (ECF 31).

9.    Attached as **Exhibit 7** is a true and correct copy of relevant excerpts of the Declaration of Karen Winnick in Support of Cross-Complainants' Application for Temporary Restraining Order Postponing December 16, 2025 Foreclosure Sale and Order to Show Cause, filed in *CIM Real Estate Credit LLC v.*

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION

*North Crescent Realty VII, LLC*, 25STCV32860 (Cal. Super. Ct., L.A. Cnty.) on December 2, 2025.

10.    Attached as **Exhibit 8** is a true and correct copy of relevant excerpts of the Verified Cross Complaint filed by North Crescent Realty VII, LLC, Karen Winnick and Alexander H. Winnick, as Trustee of the NCR Trust I dated December 22, 1987 in *CIM Real Estate Credit LLC v. North Crescent Realty VII, LLC*, 25STCV32860 (Cal. Super. Ct., L.A. Cnty.), on December 3, 2025.

11.    Attached as **Exhibit 9** is a true and correct copy of the Protective Order entered in this action on December 19, 2025 (ECF 205-1).

12.    Attached as **Exhibit 10** is a true and correct copy of WCO's First Amended Counterclaim, filed in this action on January 7, 2026 (ECF 218).

13.    Attached as **Exhibit 11** is a true and correct copy of T-Mobile's Second Set of Requests for Production to WCO, Karen Winnick and Carl Katerndahl, dated January 16, 2026.

14.    Attached as **Exhibit 12** is a true and correct copy of T-Mobile's Second Set of Requests for Production to Academia Spectrum and Andreas Bitzarakis, dated January 16, 2026.

15.    Attached as **Exhibit 13** is a true and correct copy of T-Mobile's Second Set of Requests for Production to Tyler Kratz, dated January 16, 2026.

16.    Attached as **Exhibit 14** is a true and correct copy of T-Mobile's Second Set of Interrogatories to Defendants WCO, Academia Spectrum, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis and Tyler Kratz, dated January 16, 2026.

17.    Attached as **Exhibit 15** is a true and correct copy of WCO, Karen Winnick and Carl Katerndahl's Responses and Objections to T-Mobile's Second Set of Requests for Production, dated February 16, 2026.

18.    Attached as **Exhibit 16** is a true and correct copy of Academia Spectrum and Andreas Bitzarakis's Responses and Objections to T-Mobile's

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION

Second Set of Requests for Production, dated February 16, 2026.

19.   Attached as **Exhibit 17** is a true and correct copy of Tyler Kratz's Responses and Objections to T-Mobile's Second Set of Requests for Production, dated February 16, 2026.

20.   Attached as **Exhibit 18** is a true and correct copy of Defendants WCO, Academia Spectrum, Karen Winnick, Carl Katerndahl, Andreas Bitzarakis and Tyler Kratz's Responses and Objections to T-Mobile's Second Set of Interrogatories, dated February 16, 2026.

21.   Attached as **Exhibit 19** is a true and correct copy of an email thread between Camille Wyss and Maurice Mitts and others on February 19 and 20, 2026.

22.   Attached as **Exhibit 20** is a true and correct copy of T-Mobile's subpoena to Mr. Griffith, dated February 20, 2026, with a return date of March 6, 2026.  T-Mobile did not receive a response from Mr. Griffith to the subpoena by the return date.

23.   Attached as **Exhibit 21** is a true and correct copy of a letter from T-Mobile to Defendants regarding Defendants' responses and objections to T-Mobile's first and second set of discovery requests, sent on March 2, 2026.

24.   Attached as **Exhibit 22** is a true and correct copy of a responsive letter from Defendants to T-Mobile, sent on April 2, 2026.

25.   Attached as **Exhibit 23** is a true and correct copy of a responsive letter from T-Mobile to Defendants, sent on April 10, 2026.

26.   Attached as **Exhibit 24** is a true and correct copy of a letter from Thomas Griffith to T-Mobile, attaching Mr. Griffith's responses and objections to T-Mobile's subpoena, sent on April 24, 2026.

27.   Attached as **Exhibit 25** is a true and correct copy of a letter from Defendants to T-Mobile regarding Defendants responses and objections to T-Mobile's first and second set of discovery requests, sent on May 13, 2026.

28.   Attached as **Exhibit 26** is a true and correct copy of an email thread

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION

between myself and Gina Stowe and others, between April 24 and May 15, 2026.

29.    Counsel for Mr. Griffith did not respond to my May 15, 2026 email included in Exhibit 26.

30.    Attached as **Exhibit 27** is a true and correct copy of an email I sent to Maurice Mitts and others on May 20, 2026.

31.    Attached as **Exhibit 28** is a true and correct copy of an email Maurice Mitts sent to me and others on June 1, 2026.

32.    Attached as **Exhibit 29** is a true and correct copy of an email I sent to Maurice Mitts and others on June 9, 2026.

33.    Attached as **Exhibit 30** is a true and correct copy of a WCO template offer letter dated in 2020 (WCO 0000730).

34.    Attached as **Exhibit 31** is a true and correct copy of the Complaint and attached exhibits filed in *TDI Acquisition Sub LLC v. Albright College*, No. 21-04881 (Berks County Ct. of Common Pleas) (WCO 0001589)

35.    Attached as **Exhibit 32** is a true and correct copy of the Opinions and Observations of Kenneth D. Rugeti in *WCO Spectrum LLC v. Signal Flare Capital Inc. and Lee Stein*, 20SMCV01985 (Cal. Super. Ct., L.A. Cnty.), dated October 8, 2024, which was produced by Lee Stein in response to T-Mobile's third-party subpoena (STEIN-WCO-001-0003344).

36.    On March 4, 2026, April 14, 2026, and June 9, 2026, I and others at my firm met and conferred with counsel for Defendants. We could not resolve the disputes raised by T-Mobile in the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on this 15th day of June, 2026 at Washington, DC.

_____
William P. Ashworth

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION