**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Charles F. Eick<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**<br><br>Complaint Filed: June 2, 2023<br>Hearing Date: July 24, 2026<br>Time: 1:30 p.m.<br>Courtroom: 750 |

[PROPOSED] ORDER

The Court, having considered the papers filed in connection with the Motion to Compel (the "Motion") filed by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile"), the arguments of counsel regarding the same, and the pleadings and papers on file, and good cause appearing therefor, hereby **GRANTS** the Motion in its entirety.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Charles F. Eick
United States Magistrate Judge

[PROPOSED] ORDER