UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 23-4347-AH(Ex) | Date | JULY 1, 2026 |
|---|---|---|---|

| Title | T Mobile US Inc. et al v. WCO Spectrum LLC et al |
|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

None Present

Attorneys Present for Defendants:

None Present

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Plaintiff's motion to compel discovery [231], is hereby stricken.   The hearing information is missing, incorrect, or not timely.  The hearing is incorrectly noticed before District Judge Anne Hwang.   Judge Hwang refers all discovery matters to the assigned Magistrate Judge.  The hearing date of July 24, 2026 before Judge Hwang is now vacated.

IT IS SO ORDERED.

cc: all parties

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|