**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC, | Case No. 2:23-CV-4347-AH(Ex) |
| | Hon. Charles F. Eick |
| Plaintiffs, | |
| vs. | ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL** |
| WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ, | Complaint Filed: June 2, 2023 |
| Defendants. | |

~~[PROPOSED]~~ ORDER

The Court, having considered the papers filed in connection with the Application to Seal (the "Application") filed by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile"), the arguments of counsel regarding the same, and the pleadings and papers on file, and good cause appearing therefor, hereby **GRANTS** the Application in its entirety.

**IT IS SO ORDERED.**

Dated:  7/7/2026

Hon. Charles F. Eick
United States Magistrate Judge

[~~PROPOSED~~] ORDER