**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,

Plaintiffs,

vs.

WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,

Defendants.

Case No. 2:23-CV-4347-AH(Ex)

**SUPPLEMENTAL DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF JOINT DISCOVERY STIPULATION**

DISCOVERY CUTOFF: NOT SET
PRETRIAL CONFERENCE: NOT SET
TRIAL: NOT SET

HEARING DATE: July 24, 2026
TIME: 9:30 am
DEPT 750
JUDGE: Hon. Charles F. Eick

---

SUPPLEMENTAL DECLARATION OF WILLIAM P. ASHWORTH
IN SUPPORT OF JOINT DISCOVERY STIPULATION

I, William P. Ashworth, hereby state and declare as follows:

1.     I am an attorney admitted to practice *pro hac vice* before this Court and am a partner at Williams & Connolly LLP, counsel of record for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "T-Mobile"). I submit this declaration in support of T-Mobile's portions of the Joint Discovery Dispute Stipulation.

2.     The facts set forth herein are based on my personal knowledge.

3.     Attached as **Exhibit 33** is a true and correct copy of an email from T-Mobile's discovery vendor to Defendants' counsel regarding T-Mobile's first production, dated June 12, 2026.

4.     Attached as **Exhibit 34** is a true and correct copy of an email from T-Mobile's discovery vendor to Defendants' counsel regarding T-Mobile's second production, dated June 22, 2026.

5.     Attached as **Exhibit 35** is a true and correct copy of an email thread between my firm and defense counsel, dated between June 15, 2026 and June 24, 2026.

6.     Attached as **Exhibit 36** is a true and correct copy of an email thread between my firm and defense counsel, dated between June 26, 2026 and June 29, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on this 10th day of July, 2026 at Washington, DC.

_____
William P. Ashworth

SUPPLEMENTAL DECLARATION OF WILLIAM P. ASHWORTH
IN SUPPORT OF JOINT DISCOVERY STIPULATION