UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 23-4347-AH(Ex) | Date | July 21, 2026 |
|---|---|---|---|
| Title | T-MOBILE US, INC., ET AL. v. WCO SPECTRUM LLC, ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**          **(IN CHAMBERS)**

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel" ("the Motion"), filed July 2, 2026.  The previously noticed July 24, 2026 hearing is vacated.  The Magistrate Judge has taken the Motion under submission without oral argument.

The Motion is granted as to the discovery requests grouped under "Issue in Dispute 1," except as to the request reprinted at ECF Doc. 236-1, page 22, lines 11-13, which is vague, ambiguous and potentially overbroad and not proportional to the needs of the case.

The Motion is granted as to "Issue in Dispute 2."

As to "Issue in Dispute 3," the end-date of the relevant time period for discovery shall be December 31, 2023.

As to "Issue in Dispute 4," the Motion is granted, except that the deadline for Mr. Griffith's production, as well as the deadline for all other discovery compelled by this Order, shall be twenty-eight (28) days from the date of the Order.  At the same time, Mr. Griffith and Defendants shall serve a privilege log identifying with particularity any responsive documents withheld under claim of the attorney-client privilege or the work product doctrine.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-4347-AH(Ex) | Date | July 21, 2026 |
|---|---|---|---|
| Title | T-MOBILE US, INC., ET AL. v. WCO SPECTRUM LLC, ET AL. | | |

      To the extent the Motion has been granted, the Magistrate Judge has found that the requested discovery is relevant and proportional, within the meaning of Rule 26(b) of the Federal Rules of Civil Procedure, and that Plaintiffs' need for the requested discovery outweighs the interests of Defendants, Mr. Griffith and others in maintaining the alleged confidentiality of the discovery under any qualified privileges (such as privacy) conceivably applicable, particularly in view of the "Stipulated Protective Order," filed December 19, 2025.

cc:    Judge Hwang
       All Counsel of Record

Initials of Deputy Clerk  bm