Alexander H. Winnick, Esq. (SBN 239430)
aw@winlawpc.com
**WINNICK LAW, PC**
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
p: (424) 317-7411
c: (310) 415-5594

Maurice R. Mitts (*pro hac vice*)
mmitts@mittslaw.com
**MITTS LAW, LLC**
1822 Spruce Street
Philadelphia, PA 19103
Tel: (215) 866-0112

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T-MOBILE US, INC., *et al.*,<br>        Plaintiffs,<br><br>        vs.<br><br>WCO SPECTRUM LLC, *et al.*,<br>        Defendants. | No. 2:23-cv-04347-AH-(Ex)<br>Hon. Charles F. Eick<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR CLARIFICATION, EXTENSION OF COMPLIANCE DEADLINE, AND REQUEST FOR A STATUS CONFERENCE**<br><br>Courtroom: 750 |

1

The Court, having considered Defendants' Ex Parte Application for Clarification, Extension of Compliance Deadline, and Request for a Status Conference (the "Application"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that the Application is GRANTED as follows:**

1. The deadline for Defendants to complete review and production of the 16,277 documents identified in the Application, and of the materials received from the borrowers' counsel and the accountant, is extended to October 19, 2026.

2. The deadline for Defendants to respond to Interrogatory No. 18 is extended to October 19, 2026, without prejudice to Defendants' ability to address the proper scope of that response as their collection efforts advance.

3. The requirement in the July 21, 2026 Order that a privilege log be served applies only to the production of Mr. Griffith; Defendants' logging of privileged materials otherwise shall proceed in accordance with the parties' agreement.

4. Defendants' continued good-faith review and production under the parties' existing rolling protocol satisfies the July 21, 2026 Order as to documents within the original universe of collected documents.

5. A status conference is set for _____, 2026, at __:__ _.m. in Courtroom 750, 7th Floor, Edward R. Roybal Federal Building, at which the parties shall report on Defendants' production, CIM's response to T-Mobile's subpoena, and any matters remaining outstanding.

[PROPOSED ORDER]                                              CASE NO. 2:23-CV-04347-AH(EX)

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
**HONORABLE CHARLES F. EICK**
**UNITED STATES MAGISTRATE JUDGE**

3