**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Charles F. Eick<br><br>**DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF T-MOBILE'S RESPONSE TO DEFENDANTS' EX PARTE APPLICATION FOR CLARIFICATION, EXTENSION OF COMPLIANCE DEADLINE, AND REQUEST FOR A STATUS UPDATE**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: January 7, 2026 |

1

I, William P. Ashworth, hereby state and declare as follows:

1.    I am an attorney admitted to practice *pro hac vice* before this Court and am a partner at Williams & Connolly LLP, counsel of record for Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "T-Mobile"). I submit this declaration in support of T-Mobile's Response to Defendants' Ex Parte Application for Clarification, Extension of Compliance Deadline, and Request for a Status Conference.

2.    The facts set forth herein are based on my personal knowledge.

3.    Attached as **Exhibit 1** is a true and correct copy of an email from Maurice Mitts to me and others on August 3, 2026.

4.    On August 4, 2026 at 12:29 p.m. PT, I received a voicemail from Gina Stowe noting that Defendants intended to seek relief from the Court's July 21, 2026 Order (and providing me with the information in the email attached as **Exhibit 2**).

5.    Attached as **Exhibit 2** is a true and correct copy of an email from Gina Stowe to me and others on August 4, 2026.

6.    Attached as **Exhibit 3** is a true and correct copy of an email from Maurice Mitts to me and others on August 4, 2026.

7.    Attached as **Exhibit 4** is a true and correct copy of an email from me to Maurice Mitts and Gina Stowe and others on August 4, 2026.

8.    In meet and confer discussions related to T-Mobile's third-party subpoena to CIM, counsel for CIM informed T-Mobile that it is unable to locate any loan or underwriting file.

9.    Attached as **Exhibit 5** is a true and correct copy of an email Ilana Frier of my firm sent to defense counsel (copying me and others) on August 6, 2026, attaching a draft of the Joint Stipulation on Defendants' forthcoming motion to compel executed by T-Mobile.

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF
T-MOBILE'S RESPONSE TO DEFENDANTS' EX PARTE APPLICATION

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on this 7th day of August, 2026 at Washington, DC.

_____
William P. Ashworth

DECLARATION OF WILLIAM P. ASHWORTH IN SUPPORT OF
T-MOBILE'S RESPONSE TO DEFENDANTS' EX PARTE APPLICATION