# EXHIBIT 18

# MITTS LAW, LLC

1822 Spruce Street
Philadelphia, Pennsylvania 19103
Tel: (215) 866-0110   Fax: (215) 866-0111

gstowe@mittslaw.com
Telephone: 215.866.0132
Facsimile: 215.866.0111

February 27, 2026

**VIA E-MAIL (kbrown@wc.com)**

Kenneth J. Brown, Esq.
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024

Re:    *T-Mobile US, Inc., et al. v. WCO Spectrum, LLC, et al.*
       USDC Central District of California – Case No. 2:23-cv-4347

Counsel:

Attached please find (1) the WCO Parties' proposed custodian and data source list, and (2) the proposed search terms to be applied across agreed custodial sources.

The WCO Parties propose a date range of January 1, 2020 through October 31, 2023.

The WCO Parties reserve the right to refine the application of search terms on a custodian-by-custodian basis where appropriate to account for data volume and/or non-WCO business activities.

Very truly yours,

**MITTS LAW, LLC**

cc:    Jonathan B. Pitt, Esq. (jpitt@wc.com)
       William P. Ashworth, Esq. (washworth@wc.com)
       R. Kennon Poteat III, Esq. (kpoteat@wc.com)
       Kathryn E. Hoover, Esq. (khoover@wc.com)
       Ilana B. Frier, Esq. (ifrier@wc.com)
       Camille Wyss, Esq. (cwyss@wc.com)
       Jeffrey A. Rosenfeld, Esq. (jeffrey.rosenfeld@alston.com)
       Jesse Steinbach, Esq. (jesse.steinbach@alston.com)
       Brooke Bolender, Esq. (brooke.bolender@alston.com)
       Steven J. Engelmyer, Esq. (sengelmyer@kleinbard.com)
       Patrick F. Madden, Esq. (pmadden@bergermontague.com)
       Natasha Fernandez-Silber, Esq. (nfernandezsilber@edelson.com)
       Alexander H. Winnick, Esq. (aw@winlawpc.com)

<u>Terms</u>:

"2.5" w/10 "5G"
"break up fee" OR "Break-up fee"
"Commitment cost" OR "Commitment costs" /3 (agreement OR contract)
"deal memo" OR "pipeline report" OR "opportunity report" OR dashboard w/10 ("2.5 GHz" OR
EBS OR acquisition)
"Educational Broadband Service"
"equity commitment letter"
"intent to purchase"
"line of credit" w/10 (EBS OR 2.5 GHz OR acqui*)
"Non-Solicit" OR solicit OR noncompete OR "Non-Compete" w/10 license*
"NPRM" OR "Notice of Proposed Rulemaking"
"Proof of funds"
"purchase price" OR valu* OR pric* OR "comparable transaction" w/10 (EBS OR "2.5 GHz")
"spectrum sharing"
Acqui* w/5 (EBS OR "2.5 GHz")
Bid* w/5 (EBS OR "2.5 GHz")
Exclusive* w/5 lease
FCC w/10 (EBS OR "2.5 GHz")
FOIA OR "public records request" OR PRR w/10 (lease OR EBS OR "2.5 GHz")
Intent w/10 spectrum
Investor* w/20 (spectrum OR EBS OR "2.5 GHz")
License* w/10 aggregat*
LOI OR "letter of credit" w/10 (EBS OR 2.5 GHz OR acqui*)
Opportunity* w/10 purchas*
Purchas* w/5 (EBS OR "2.5 GHz")
ROFR OR "right of first refusal"
Spectrum w/20 "build-out"
(market* OR pitch* OR strateg* OR "business plan" OR "business model" OR purpose OR
Offer* OR "Investment model") w/10 (EBS OR "2.5 GHz")

<u>Individual Names</u>:

Adam Shaw
Alicia Bond
Ben Navarone
Bridget Mancosh
Candice Beaumont
Chris Heller
Chris Johnson
Chris Stowers
Cole MacKenzie
David Albert, CPA
David Hunt
David Levi

David Sachs
Denis Collins
Dr. Devin Stephenson
Ed Lavergne
Elizabeth Grean
Evan Carb
Grace Nyhuis
Greg Cant
Greg Suess
Heather Brown
James Herring
Jim Campbell
Jim Choate
John Wilson
Jon Neff
Josh Harlan
Justin Kraynack
Lauren Ross
Lee Petro
Les Turner
Lillian Padilla
Loren Prescott
Lucas Walker
Mark Swadener
Marty Lareau
Matt Behrens
Michael Anderson
Michael Morphy
Mitchell Steidl
Neville Ray
Patrick Rush
Paul Hennigan
Paul McCarthy
Paul Sally
Rachel Giannattasio
Robert Zingleman
Robby McGowan
Ron Yager
Scott Tatay
Shawn Elliott
Som Deb
Stanley Skimina
Tanner McKnight
Terry Marak
Tim Tahara
Tim Wilson

Todd Gray
Todd Kuhl
Wray Fitch

Entity Names (Non-Licensee)

Activist
Ares Management
ATW Partners
Bain Capital
Bank of America / BAML / BofA / BOA
Beemok Capital
Brookfield Asset Management
Cartesian Capital
Cerberus
CIT Capital Markets
CIT Capital Securities
Clearwire
Clearwire Spectrum Holdings III LLC
Cordillera IP
DNS Capital
Fish & Richardson
Gammon & Grange
Gray Miller Persh
Harbert Management
Harlan Capital Partners
HTV Capital
Hunt Technology Ventures
Inlight Capital
Lerman Senter
Leon Capital Group LLC
Magness
Najafi Companies
Northwest Florida State College
Nue Capital
Petro-Hunt
Pillsbury Winthrop Shaw Pittman LLP
QHS, LLC
Sherman Capital
Silicon Valley Bank
Sprint
TMO / T-Mobile / TMobile
Treaty Rock Partners
UBS Securities

Licensee Names:

Abilene Christian University
Acadia Parish School Board
Ada Public Schools
Adams Central Public Schools
Adams State University
Adams Telcom
Administrative School District No. 1, Deschutes County
Aeronet Wireless Broadband LCC
Aims Junior College District
Akron City School District
Albright College
Alcester Hudson School District 61-1
All Saints Episcopal School
Allen Public Schools
Altamont Community  Unit School District #10
Alto Independent School District
Alvord Independent School District
Amelia County Public Schools
American Foundation For Instructional TV
American Red Cross Of Northeastern New York
American Telecasting Of Anchorage, LLC
American Telecasting Of Ft. Collins, LLC
American Telecasting Of Medford, LLC
American Telecasting Of Redding, LLC
Anaheim Elementary School District
Angleton ISD
Anna Local School District
Aquinas High School
Archdiocese Of Detroit
Archdiocese Of Los Angeles Education & Welfare Corporation
Ardmore City Schools
Area Commission Of Greenville Technical College
Argonia ISD #359
Arizona Board Of Regents For Arizona State University
Arizona Board Of Regents For Benefit Of University Of Arizona
Arkansas State University-Beebe
Armorel School District #9
Asheville Christian Academy
Asheville-Buncombe Technical Community College
Association For Continuing Education
Assumption High School
Athens Bible School
Atlanta Educational Services,  Inc.

Atlanta Interfaith Broadcaster Inc
Attalla City Board Of Education
Auburn-Washburn U.S.D. 437
Augusta County Schools
Augustana University
Austin Community College
Autauga County Private School Foundation
Avon United Community School District #176
Baker County Board Of Education
Bald Knob School District
Banyan Montessori, Inc. D.B.A. Montessori School Of Fort Myers
Bartow County Board Of Education
Basilica School Of Saint Mary Star Of The Sea
Bay City Independent School District
Bay Communications Foundation, Inc.
Bay County School Board/Bay County Educational Media
Bayside Academy
Bd Of Trust Of Gov State Univ
Bd Of Trust/Comm.Col.District 535
Bd Of Trustees Of The Univ. Of Al
Beardstown Community Unit School Dist #15
Beebe Public Schools
Bell City R-2 School District
Bells Independent School District
Bellville Independ School District
Belmont University
Ben Bolt Palito Blanco Independent School District
Benjamin Logan Local School District
Benton Harbor Area Schools
Berrien County Board Of Education
Bertha Hewitt Public School District
Bessemer City Schools D/B/A Jess Lanier High School
Bingham County Educational Cooperative
Bishop J. Jeanmard C For Rel.Format
Bishop Kelley High School
Bishop T. Gorman School
Black Hawk College
Black Hills State University
Blackfoot School District #55
Bladen Community College
Blanco Independent School District
Bleckley County Schools
Blinn College
Bloomfield-Mespo Local Schools
Blue Ridge Community College
Blue Ridge Public Television, Inc

Blue Valley Unified School District #384
Bluford Community Consolidated School District
Board Of Cooperative Educational Services Of Nassau County
Board Of Education Of Birmingham, Al
Board Of Education Of The Cincinnati City School District
Board Of Governors Of The Colorado State University System
Board Of Governors, Missouri Southern State University
Board Of Regents Of The Nevada System Of Higher Education On Behalf Of The University Of
Nevada, Reno
Board Of Regents Of The University Of Nebraska
Board Of Regents Of Univ. System Of Ga By And On Behalf Of Univ. Of Ga
Board Of Regents, University Of Wisc. System
Board Of Trustees Of Ball State University
Board Of Trustees Of Northern Michigan University
Board Of Trustees Of Southern Illinois University
Board Of Trustees Of State Institutions Of Higher Learning
Board Of Trustees Of Vincennes University
Board Of Trustees Univ Of Cincinnati
Board Of Trustees, University Of Northern Colorado
Boardman Local School District
Boces District Of St Lawrence And Lewis Counties
Boise State University
Boling Independent School District
Bonneville Joint School District No. 93
Booker T Washington
Bowling Green School
Bowling Green State University
Bradley University
Brantley County Board Of Education
Brazosport Independent School District
Bridge The Divide Foundation, Inc.
Bridgewater College
Brigham Young University
Brigham Young University - Idaho
Broken Arrow Public Schools
Broken Bow Public Schools
Brown University In The State Of Rhode Island And Providence Plantations
Brunswick Community College
Bryan Independent School District
Buckeye Central Local School District
Buffalo Island School District
Bulloch County Board Of Education
Burke County Comprehensive High School
Burke County Middle School
Burlington College
Burnet Consolidated Independent School District

Butler County Community College
Butte County Office Of Education
Byng Public Schools
Calcasieu Parish School Board
Calhoun County Board Of Education
California Human Development Corp
California State Polytechnic University, Pomona
California State University
California State University Northridge
California State University, Bakersfield
California State University, Chico
California State University, Fresno
California State University, Fullerton
California State University, Los Angeles
California State University, Sacramento
California State University, San Bernardino
California State University, Stanislaus
Camden Fairview School District
Campbell County Bd Of Coop Higher Ed Services
Campbell/Silver Lake Public Schools
Caney Valley Unified School District 436
Canistota School District 43-1
Canton R-V School District
Cape Fear Community College
Carey Exempted Village Schools
Caribbean University
Caritas Telecommunications
Carl Albert State College (Poteau Campus)
Carl Albert State College (Sallisaw Campus)
Carl Junction R-1 School District
Carlisle County School District
Carrollton Farmers Branch Independent School District
Carthage R-9 School District
Cascade Public Media
Cascade Public Schools
Castleton State College
Catawba Valley Community College
Cath D'Cese Wichita Ks Newman University
Catholic Broadcasting Of Scranton Inc
Catholic Community Educational Services Of Dallas, Inc.
Catholic Diocese Of Amarillo
Catholic Diocese Of Brownsville
Catholic Diocese Of El Paso
Catholic Diocese Of Lubbock
Center For Economic And Social Justice
Center Point Independent School District

Central Carolina Community College
Central Catholic High School
Central Catholic High School Fndtn
Central Elementary/High School
Central Lafourche High School
Central Oregon Community College
Central Piedmont Community College
Central Texas College
Central Texas Communications, Inc.
Central Union High School District
Cesa 7
Champion Local School District
Champlain College
Charlotte Independent School District
Charlotte Public Schools
Charlottesville Public Schools
Charlton County High
Chattahoochee County Education Center
Chattanooga State Community College
Chautauqua Co School District ISD 286
Cheboygan-Otsego-Presque Isle Esd
Chemeketa Community College District
Cherokee County School District / Etowah High School
Chester Area Schools 39-1
Chino Valley Unified School District #51
Chippewa Valley Technical College
Chisum Independent School District
Choice Communications
Choice Communications LLC
Christian College Of Georgia, Inc.
Christus St. Michael Health System
Church Schools In The Diocese Of Virginia, Inc. Dba Stuart Hall School
City University Of Seattle
Clarendon Foundation, Inc.
Clark County Board Of Education
Clark County R-I School District
Clark County School District (Vegas PBS)
Clarke County School District
Clay Central / Everly Community School District
Clay High C/O Clay County School Board
Clearwire Spectrum Holdings III LLC
Coleman Independent School District
College Of Southern Idaho
College Of The Albemarle
College Of The Sequoias
College Station Independent School District

Coloma Community Schools
Colorado Public Television, Inc.
Columbia College
Columbia School District #400
Comanche Public Schools
Comfort Independent School District
Commonbond Foundation
Commonwealth Public Broadcasting Corporation
Community Colleges Of Spokane
Community Education Channel
Community School Of Naples
Concordia R-Ii School District
Concordia University
Concordia University Texas
Connecticut Public Broadcasting, Inc.
Cook County Schools
Cooter Reorganized School Dist R-Iv
Copley-Fairlawn City Schools
Corpus Christi Independent School District
Cory Rawson Local Schools
Cranfills Gap Independent School District
Crawford Cty Comprehens' High School
Cross County School District
Cross Lutheran School
Cross Roads Independent School District
Cty School Bd Of Albemarle Cty Va
Dakota Community U.S.D. #201
Dakota State University
Dakota Valley School District #61-8
Dallas County Community College Dist
Dallas-Fort Worth Hospital Council
Danbury Independent School District
Davenport University
Davidson County Community College
Dawson Independent School District
Daytona State College
De Smet School District 38-2
Deerfield-Windsor School
Del Mar College
Delaware Valley Educational Telecommunications Network, Inc.
Delta College
Demopolis City Board Of Education
Denver City Independent School District
Department Of Education, Archdiocese Of New York
Desales Media Group, Inc.
Detroit Educational Television Foundation

Detroit Independent School District
Detroit Public Schools Community District
Deuel School District 19-4
Dickson Public Schools
Diocesan Telecommunications Corp
Diocese Of Orlando - St. Josephs Church, Lakeland, Florida
Dixie State University
Dollarway School District
Dothan City Board Of Education
Dripping Springs Independent School District
Durand Community Unit School District 322
Durham Technical Community College
Dutchess Community College
Duval County School Board
Eagle Valley Public Schools
Earle School District
Earlville Community Unit School District #9
East Central University
East Prairie R-2 School District
East Tennessee State University
East Texas Christian Academy
Eastern Florida State College
Eastern Iowa Community College Dist.
Eastern Kentucky University
Eastern New Mexico University
Eastland Community U.S.D. #308
Easton Unified School District # 449
Eaton Rapids Public Schools
Edgecombe Comm College
Edgewood Independent School District
Edinburg Community Unit School District #4
Edinburg Consolidated Independent School District
Education Service Center Region 10
Education Service Center Region 12
Education Service Center Region Xiii
Education Service Center-Region V
Educational Broadband Corp.
Educational Service Center Of Lake Erie West
Educationplus Resources, Inc.
El Dorado School District #15
Eldora-New Providence Community School
Elk Point-Jefferson School Dist#61-7
Elkhart Independent School District
Elkins School District
Ellicott School District #22
Emerson College

Emerson-Taylor-Bradley School District
Emory University
Enid High School
Escambia Christian School
Escondido Union School District
Eudora Unified School District #491
Eureka College
Eutaw High School
Eutaw Primary School
Evangeline Parish School Board
Evans County School System
Evant Independent School District
Evertek
Excellence In Education Network
Fairfield Independent School District
Faith Baptist Church And School
Fargo Public Schools
Fayetteville City School System
Fayetteville Independent School Dist
Fayetteville Tech Comm College
First Baptist Christian Academy
Fishburne Military School
Fisk University
Florence-Carlton School District #15-6
Florida Atlantic University Board Of Trustees
Florida Gateway College
Florida Polytechnic University
Florida State College At Jacksonville
Floyd Municipal Schools
Fluvanna County School Board
Foreign Language And Cultural Foundation, Corp.
Forsyth Technical Community College
Fort Benton Public Schools
Fort Hays State University
Fort Smith Public Schools
Foundation For Excellence In Louisiana Public Broadcasting
Franciscan Canticle Inc
Franklin County Board Of Education
Frederick Area School District 6-2
Frenchtown School District #40
Fresno County Superintendent Of Schools
Friends Of Wlrn, Inc.
Friends University
Front Range Community College
Frontier Public Schools
Gadsden County School Board

Gadsden State Community College
Gallatin R-V School District
Garnett Unified School Dist # 365.
Gasconade County R-1
Gaston College
Geneva Academy
Gentry Public School District
George Mason University Instructional Foundation Inc.
George West Independent School District
Georgia Institute Of Technology
Georgia State University, By And On Behalf Of Board Of Regents Of The Univ. System Of Georgia
Gilman City R-Iv School District
Girard Unified School District #248
Glascock County Schools
Global Community Institute/Explorations Academy
Glynn County School System
Gonzaga University Telecomm Assoc
Gordon Independent School District
Gore Public Schools
Grace Lutheran School
Graham Local School District
Grand Ledge Public Schools
Grape Creek ISD
Grapeland Independent School District
Gratiot-Isabella Regional Education Service District
Grayson College
Greater Dayton Public Tv, Inc
Greater Muskegon Catholic Schools
Green Bay Area Public Schools
Greene County Hospital
Greene County Tech School District
Guilford County Schools
Guilford Technical Community College
Gulf Coast State College
Gunter Independent School District
Hackett Public School
Hagerman High School
Hagerman Municipal Schools
Hale Center Independent School District
Hallettsville Independent School District
Hamilton Independent School District
Hampton Roads Educational Telecommunications Association
Hanover County Public Schools
Hardin-Simmons University
Harlem Csd #122

Hart Independent School District
Hartford Educational Broadband, Inc.
Hartley Melvin Sanborn Community School District
Haskell School District
Hastings Catholic Schools
Hawkeye Community College
Heard County School System
Hearne Independent School District
Heartland Community College
Henry County Board Of Education
Herington U.S.D. #487
Heritage Christian Academy
Hico Independent School District
High Desert Educational Service District
High Plains Community Schools
Hildreth Public Schools
HITN
Holdenville School District
Holdingford Public Schools
Holton Unified School District
Hondo Independent School District
Hope Lutheran School
House High School
House Municipal School
Houston Academy
Howard Lake - Waverly - Winsted Public Schools
Hoxie School District #46
Hubbard-Radcliffe Community School District
Hunt Independent School District
Hutsonville Com'Ty Unit S.D. #1
Icatholic Media, Inc.
Idaho State University
Ideastream
Illinois Institute Of Technology
Immaculate Conception School
Imperial Community College District
Imperial County Office Of Education
Independent School Dist 146, Barnesville Public Schools
Independent School District No. 11
Independent School District No. 3 Of Muskogee County, Oklahoma A/K/A The Fort  Gibson Public Schools
Independent School District No. 6 Of Noble County
Independent School District Number 2365
Indian Capital Technology Center
Indian Lake Local Schools
Indian River State College

Indian Springs School
Innovative Technology Education Fund
Intelecom Intelligent Telecommunications
International Bible College
Iowa Lakes Community College
Iredell-Statesville Schools
Irene- Wakonda School District #13-3
Island Christian High School
Ivy Tech Community College Of Indiana
Jackson Center Local School District
Jackson County Board Of Education
Jackson County District School Board
Jackson County Intermediate School District
Jackson State Community College
Jacksonville State University
Jacksonville University
James Sprunt Community College
Jamestown Public Schools
Janesville-Waldorf-Pemberton School District #2835
Jefferson County Board Of Education
Jefferson County School Board
Jefferson Davis Parish School Board
Jefferson State Community College
Jessamine County Board Of Education
John L Coble Elementary School
Johnson & Wales University
Johnson City Independent School District
Johnson University
Johnston Community College/Meredith College Itfs Consortium
Jr College Dist Of Metro Ks City  Mo
Kaskaskia College
Kaw Valley Unifield School Dist #321
Kearney Catholic High School Foundtn
Kentucky Authority For Ed'L T.V.
Kerens Independent School District
Kern Community College District
Kern County Superintendent Of Schools
Kern High School Dist
Kings County Superintendent Of Schools
Kiowa Public Schools
Kirkwood Community College
Klondike Independent School District
Knippa Independent School District
La Roche College
Lackawanna College
Lafayette School Corporation

Lake City Christian Academy
Lake Hamilton School District
Lake Sumter State College
Lakeshore Public Schools
Lakeshore Technical College
Lamar R-1 School District
Lamesa Independent School District
Lane Community College
Lanier County Board Of Education
Laredo Catholic Communications, Inc.
Laredo Community College
Laredo Independent School District
Laurens County Schools
Lawrence County High School
Ledgemont Local School
Lee County Board Of Education
Lee-Scott Academy
Leeton R-X School District
Lemoyne-Owen College
Lena-Winslow Community U.S.D. #202
Liberty Community Unit School District #2
Liberty County District School Board
Liberty University
Lima City Schools
Limestone County Board Of Education
Lincoln Christian University
Lincoln Consolidated School District
Lincoln Unified School District #298
Linden City Board Of Education
Lindsay Independent School District
Linn-Benton Community College
Logan Municipal School
Long Beach Unified School District
Lorain County Community College
Los Rios Community College District
Louisa County Public Schools
Louisiana Educational Television Authority
Louisiana Independent Higher Education Research Foundation
Louisville Middle School
Loving Municipal Schools
Lowndes County Public Schools
Lowndes Middle School
Lubbock Christian University
Lubbock Independent School District
Lucia Mar Unified School District
Lynchburg City Schools

Lynden Christian School
Lyndon State College
Macomb Intermediate School District
Madera County Superintendent Of Schools
Madera Unified School District
Madison Academy Incorporated
Madison Area Technical College
Madison Central School District 39-2
Malcolm School District 148
Maplewood Local Schools
Marais Des Cygnes Valley Us Dist 456
Marble Falls Independent School Dist
Marengo County Board Of Education
Marion County R-Ii School
Marion School District
Marion-Florence ISD #408
Mariposa County Unified School District
Mark Twain Rural Telephone Company
Mars Communications
Marshall Public Schools
Martin Methodist College
Maryland State Department Of Education
Maumee City Schools
Mayetta Unified School District #337
Mayfield Independent School District
Mazza Educational Trust Inc
Mccracken School District
Mcintosh High School
Mcmurry University
Mcneese State University
Meadows Union School District
Meharry Medical College
Melrose Area Public School District #740
Melrose Municipal Schools
Mendocino County Office Of Education
Mendocino-Lake Community College District
Merced County Office Of Education
Mercer County Community College
Mesquite Independent School District
Metropolitan Community College
Metropolitan Indianapolis Public Media, Inc.
Miami Public Schools
Mid-South Public Communications Foundation
Midland College
Midland County Hospital District
Midwestern State University

Milwaukee Area Technical College District Board
Milwaukee Board Of School Directors
Minford Local School District
Minneapolis Public Schools
Minnesota State Community And Technical College
Mission Consolidated Independent School District
Mississippi Authority For Educational Television
Mississippi Community College Board
Mississippi Ednet Institute, Inc.
Missouri Baptist University
Missouri Western State University
Mitchell Community College
Mohawk Local School District
Mona Shores Public Schools
Monett R-1 School District
Monforton School
Montana State University
Monterey County Superintendent Of Schools
Montrose School District #43-2
Morgan County High School
Morgan County Middle School
Morgan Mill Independent School District
Morningstar Educational Network
Morris School District
Morrisonville Community Unit School District #1
Moss Public School
Moulton Independent School District
Mount Carmel Area School District
Mount Pleasant Independent School District
Mt Vernon Township Hs District #201
Mt. Vernon Independent School District
NACEPF
Nash Community College
National Conference On Citizenship
Navajo Public Schools
Neches Independent School District
Nederland Independ School District
Neosho County Community College
New Boston Local School District
New Home Independent School District
New Jersey Public Broadcasting Authority
New Orleans Ed'L Telecom Consort, Inc
New Riegel Local School District
New Trier Township High School District #203
New Waverly Independent School Dist
Newburgh Enlarged City School District

Newton Community High School
Newton County Board Of Commissioners
Nicholls State University
Nicolet Area Technical College
Niles Community Schools
Nisqually Indian Tribe
Norris City-Omaha-Enfield CISD #3
Norris School District # 160
North Wayne Community Unit School Dist #200
North Zulch ISD
Northcentral Technical College
Northeast Georgia Resa
Northeastern  Educational T.V. Of Ohio, Inc.
Northeastern University
Northern California Educational Television Association, Inc.
Northern Indiana Ed'L Service Center
Northern State University
Northern Valley Communications, L.L.C.
Northlake Christian School
Northwest Communications Coop
Northwest Florida Christian Education Association, Inc., D/B/A Rocky Bayou Christianschool
Northwest Florida State College
Northwest-Shoals Community College
Nova School, Inc.
O'Donnell Independent School District
Oak Creek Ranch School
Oakfield School District
Oakland Schools
Oaks Montessori School
Oceanside Unified School District
Odin High School
Ohio Community Consolidated School District #17
Ohio Community High School District #505
Okay Public Schools
Oklahoma City University
Oklahoma Educational Television Authority
Oklahoma State Regents For Higher Education
Oklahoma State University
Oklahoma Wesleyan University
Oldham-Ramona School District 39-5
Oley Valley School District
Olustee-Eldorado Public School
Oneida-Herkimer-Madison Board Of Cooperative Educational Services
Oran R-Iii School District
Orange Park High C/O Clay County School Board
Oregon Public Broadcasting

Oregon State University
Otsego Public Schools
Our Lady Of Lake Huron Cath School
Our Lady Of Peace School
Out-Of-Door Academy Of Sarasota, Inc.
Ozark Technical Community College
Page Public School
Palomar Community College District
Pamlico Community College
Pana Community Unit School District #8
Panama-Buena Vista Union School District
Pangburn School District
Panhandle Area Educational Consortium
Panther Creek Consoli' School Dist
Paradise Unified School District
Paragould School District
Paramount Junior High School
Paris Independent School District
Paris Junior College
Parkers Prairie Public Schools
Parkland College
Parkway Local Schools
Parma Bd/Ed Parma City School Dist.
Pasadena Unified School District
Pasco School District No. 1
Paso Robles School District
Paw Paw CISD #271
PCTV Gold II, LLC
Peabody-Burns ISD #398
Pecatonica Com'Ty U' School Dist 321
Pellissippi State Community College
Pennsylvania Hospital Television Network
Peralta Community College District
Perry Public Schools
Piedmont Academy Inc
Pikes Peak Community College
Pine Bluff School District
Pine Island Public Schools
Pitt Comm College
Pittsburg Independent School District
Pius X High School
Plainwell Community Schools
Point Park University
Pojoaque High School
Pojoaque Valley Schools
Polk State College

Port Arthur Independ School District
Portales High School
Portland Community College
Portland State University
Poudre School District R-1
Prairie Grove School District
Prairiland Consolidated Independent Schools
Prescott College
Prescott Unified School District
Public Television 19, Inc.
Pueblo Community College
Pueblo School District #70
Pueblo School District No. 60
Pulaski County Special School District
Purdue University
Putnam County School District
Radio Training Network Inc
Ranger Independent School District
Raymond Central Public School Dist 161
Rc Technologies
Rector School District
Red Hill Community School District #10
Regents Of The University Of Minnesota
Regents Of The University Of New Mexico And The Board Of Education Of The City Of Albuquerque, New Mexico (Knme)
Regents Univ. Of Idaho
Region Iii Education Service Center
Region Iv Education Service Center
Region Ix Education Service Center
Regional Ed'L Media Center - 10
Regional Educational Media Center #1
Regional Educational Media Center Ix
Reorganized School District No. R-Iv Of Pettis County
Revere Local Schools
Rice Independent School District
Richardson Independent School Dist.
Richland R-1 School District
Richland School District #400
Richmond Community College
Ripley Public Schools
Riverview School District
Robert C. Hatch High School
Robeson Community College
Robinson Community Unit School District #2
Rock Valley College
Rockdale Independent School District

Rockford University
Rockne Educational Television, Inc
Roland-Story Community School District
Roman Catholic Church In The State Of Hawaii
Roman Catholic Diocese Of Rockville Centre
Rose Bud School District
Round Top-Carmine Indep School Dist
Rowan College At Burlington County
Rowan-Cabarrus Community College
Rural California Broadcasting Corp.
Rush Springs Public Schools
Rutland School District
Sabetha Unified School District #441
Sacred Heart School
Saint Anthony Junior Senior High School
Saint Lawrence Seminary High School
Saint Michael'S College
Salisbury University, Formerly Salisbury State University
Salt Lake Education Foundation
Sampson Community College
San Bernardino Community College District
San Carlos Unified School District
San Diego Community College District
San Diego State University
San Jon Municipal School
San Luis Coastal Unified School District
San Luis Obispo Community College District- Cuesta College
San Luis Obispo County Superintendent Of Schools
Sandhills Community College
Santa Ana Unified School District
Santa Anna Independent School District
Santa Clara County Board Of Education
Santa Fe Community College
Santa Fe Trail ISD #434
Santa Rosa City Schools (High Schools)
Santa Rosa County School Board
Santa Ynez Valley Union High School District
Santel Communications Cooperative, Inc.
Sarasota County School Board
Schley County Board Of Education
School Board Of Goochland County
School Board Of Manatee County
School Board Of Palm Beach County
School Board Of Pinellas County Florida
School Board Of The City Of Roanoke
School Board Of Volusia County

School District #132, Canyon County, State Of Idaho
School District No. 1 City And County Of Denver
School Zone Inc
Schuyler-Industry Community School District 5
Scola, Inc.
Scott County Board Of Education
Scott County Central Schools
Scott-Morgan Community U.S.D. #2
Seabury Hall
Seacrest Country Day School
Seaman Unified School District #345
Seeley Union School District
Seiling Public School
Seneca East School District
Seniors Advocate
Seventh Day Adventist School
Shawnee Heights U.S.D. 450
Shekinah Network
Shelby County R-Iv School
Shelby School District #32
Sherburne Wright Educational Technology Cooperative
Sibley East Public  School ISD #2310
Silex R-1 School District
Siloam Springs School District
Silver Lake Public Schools
Silver Lake Unified School District #372
Sinclair Community College
Sioux Falls Catholic Schools
Sisseton School District 54-2
Skagit Valley College
Smackover-Norphlet School District
Socorro Independent School District
Somerville Independent School District
SoniqWave Networks LCC
Sonoma County Superintendent Of Schools
South Carolina Educational Television Commission
South Central C.U.S.D. #401
South Dakota School Of Mines & Technology
South Florida State College
South Fork School District #14
South Hamilton High School And Middle School
South Hills School Of Business And Technology
South Pemiscot District R-V
South Piedmont Community College
South Suburban College
Southeast Community College

Southeast Kansas Educational Service Center
Southeastern Louisiana Unv
Southeastern Oklahoma State University
Southeastern University
Southern Arkansas University
Southern Arkansas University Tech
Southern Boone County R-I School District
Southern Florida Instruct'L Tv Inc
Southern Oregon University
Southwest Tennessee Community College
Southwest West Central Service Cooperative
Southwestern Academy
Southwestern Oklahoma State University
Spiritual Assembly Of The Baha'Is Of Puna, Hi
Spring Branch Independent School District
Springfield Board Of Education
Springlake-Earth Independent School District
Sprint
St Louis Community College
St Marys City Schools
St. Bernard Parish School Board
St. Charles School
St. Christopher'S School Of The Church Schools Of The Diocese Of Virginia
St. Edward'S School
St. John'S Lutheran School
St. Joseph Public Schools
St. Louis Regional Public Media, Inc.
St. Marys City Schools
St. Norbert College
St. Paul The Apostle Catholic School
St. Petersburg College
St. Vincent Health Care
Stanly Community College
Staples Motley Independent School District #2170
State Board Of Education
State College Of Florida, Manatee - Sarasota
State Of Wisconsin - Educational Communications Board
Stewartsville C-Ii School District
Stockdale Independent School District
Strafford R-Vi School District
Summit School District 54-6
Sumter County Board Of Education
Sun River Valley School District 55F
Supt. Of Schools Dept. Of Ed. San Diego County
Swanton Local Schools
Sweeny I.S.D.

Sweet Briar Institute/College
Sweet Springs R-Vii School District
Sylvan Grove Unified School District #299
Tarrant County College
Tatum Municipal School
Taylor County Board Of Education
Temple College
Temple University
Texarkana College
Texarkana Independent School District
Texas A & M University
Texas A & M University-Kingsville
Texas A&M International University
Texas A&M University - Texarkana
Texas Southmost College
Texas State Technical College
Texas State Technical College - Harlingen
Texas State Technical College - Sweetwater
Texas State Technical College Waco
Texas State Technical College-Sweetwater
Texico Municipal School
The Board Of Education Of The Borough Of Point Pleasant Beach
The Board Of Trustees Of The Leland Stanford Junior University
The Catholic Bishop Of Chicago
The Catholic, Apostolic & Roman Church In Pr, Archdiocese Of San Juan
The Center For Rural Development
The Curators Of The University Of Missouri
The District Board Of Trustees Of Florida Southwestern State College, Florida
The District Board Of Trustees Of Valencia College, Florida
The Faculty Student Association Of Hudson Valley Community College, Inc.
The Florida Gulf Coast University Board Of Trustees
The Havasupai Tribe
The Knowledge Network Of Greater Omaha
The Learning Paradigm, Inc.
The Lowndes County Private School Fd
The Miller School Of Albemarle
The Northern Arizona University Foundation, Inc.
The Ohio State University
The Orange Catholic Foundation
The President & Fellows Of Harvard College
The Regents Of The University Of California
The Regents Of The University Of Colorado
The Roman Catholic Communications Corporation Of The Bay Area
The Salem City School Board
The School Bd Of Hernando County
The School Bd Of St Lucie County Fl

The School Board Of Broward County, Florida
The School Board Of Lee County Florida
The School Board Of Marion County
The School Board Of Miami-Dade County Florida
The School Board Of Okaloosa County, Fl
The School Board Of Roanoke County, Virginia
The Sea Girt School District
The Source For Learning, Inc.
The University Of Texas Health Science Center At Houston
The Wichita State University
Thibodaux High School
Thompson School District R2-J
Thorndale Independent School Dist
Tift County Board Of Education
Trafton Academy
Tri County R-Vii Schools
Tri-County Technology Center
Trident Technical College
Trinity Lutheran School
Triton College
Troup County Board Of Education
Troup County Schools
Troy University
Trustees Of Indiana University
Tuacahn Amphitheater And Center For The Arts
Tucumcari Municipal School
Tulane University Of Louisiana
Tulare County Superintendent Of Schools
Twin Falls Public School Dist #411
Unified School District # 101
Unified School District # 378
Unified School District # 413
Unified School District #273
Unified School District #273
Unified School District #379
Unified School District #401
Unified School District #410
Unified School District 431
Unified School District No. 259, Sedgwick County, State Of Kansas
Union Star R-Ii School District
United Community Unit School District #304
United Telephone Mutual Aid Corporation
Univ Of Alabama Sch Of Medicine
University Of Central Florida
University Of Evansville Indiana
University Of Hawaii

University Of Iowa
University Of Louisville
University Of Maine System
University Of Maryland
University Of Maryland Eastern Shore
University Of Massachusetts
University Of Massachusetts - Amherst
University Of North Alabama
University Of North Carolina System Office
University Of North Florida
University Of Oregon
University Of South Dakota
University Of South Florida
University Of Southern California
University Of Southern Indiana
University Of Utah
University Of Wyoming - Cheyenne Campus
University Of Wyoming Laramie Campus
Upsala Area Schools
Utah State University Extension Service
Utica College
V.I.T. Community Unit School Dist #2
Valley Baptist Medical Center
Valley Lutheran High School
Valley View Independent School District
Van Alstyne Independent School District
Van Buren Public School
Van-Far R-I School District
Vance-Granville Community College
Ventura County Office Of Education
Verde Valley School
Vermillion School District 13-1
Vermont Public Co.
Vermont Technical College
Victoria Independent School District
Victory Christian Academy
Views On Learning, Inc.
Virginia Polytechnic Institute & State University
Vista Unified School District
Voqal
Wakulla County School Board
Walker County Board Of Education
Walton County School District
Warner School District
Warren County R-3 School District
Waseca Public Schools

Washington County District School Bd
Washington County School District
Washington County Schools ISD #108
Washington Local Schools
Washington State University
Watson Chapel School District
Waubonsee Community College
Waverly Community Unit School Dist #6
Waverly School District
Waverly School District 145
Wayne Community College
Wayne County Board Of Education
Wayne County Hospital, Inc.
Wayne County Regional Educational Service Agency
Wayne State University
Waynesboro City Schools
Wbsy Licensing, LLC
Webster County Board Of Education
Webster Parish School Board D/B/A Springhill High School
Weld County School District 6
Weld County School District Re-1
Weld County School District Re-5J
Wellsville-Middletown R-1
Weslaco Independent School District
West Carroll CISD #314
West Central Community Unit School District #235
West Central Minnesota Ed'L Tv Corp.
West Central School District #49-7
West Fargo Public Schools
West Georgia Resa
West Memphis School District
West Shore School District
West Valley School District #208
West Wichita County Special Education Cooperative
Westbrook Christian School
Western Oregon University
Westminster Christian Academy
Westwood Hills Church Of God
Wetumka Public Schools I-005
Wgby-Tv, A Division Of The Wgbh Educational Foundation
White Hall School District
Wichita Falls Independent School District
Wilcox Public Schools
Wilkes University
Wilkes-Barre Area School District
Willow Lake School District 12-3

Willwoods Community
Wilson Community College
Winnebago Community Unit School District #323
Winston County Board Of Education
Winston R-Vi School District
Wireless Properties Of Virginia, Inc.
Witf, Inc
Wjct, Inc.
WNET
Wor-Wic Community College
Wrens Middle School
Wright State University
Ws Educational Broadband
Yakima Valley College
Yale Public Schools
Yavapai Cnty Community Col District
Yoakum Independent School District
Yosemite Community College District
Youngstown State University
Yuba Community College District
Zion Lutheran School