**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,<br><br>                    Plaintiffs,<br><br>vs.<br><br>WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,<br><br>                    Defendants. | Case No. 2:23-CV-4347-AH(Ex)<br><br>Hon. Charles F. Eick (Ctrm: 750)<br><br>**[PROPOSED] ORDER GRANTING T-MOBILE'S *EX PARTE* APPLICATION TO ENFORCE THE DISCOVERY STAY [DKT. 97, 210]**<br><br>Complaint Filed: June 2, 2023<br>Counterclaims Filed: January 7, 2026 |

[PROPOSED] ORDER

The Court, having considered the papers filed in connection with the *Ex Parte* Application to Enforce the Discovery Stay (the "Application") filed by Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively, "Plaintiffs" or "T-Mobile"), the arguments of counsel regarding the same, and the pleadings and papers on file, and good cause appearing therefor, hereby **GRANTS** the Motion in its entirety as follows:

1. Defendants are ordered to withdraw the subpoenas attached as Exhibits 5-8, 10-11, 13, 15-16, 18-23, 25-36, and 38-39 to the Frier Declaration within 24 hours of the issuance of this order;

2. Defendants are prohibited from issuing additional subpoenas to any EBS licensees other than those mentioned in T-Mobile's complaint (ECF 1); and

3. Defendants are ordered to certify their compliance with the Court within 48 hours of the issuance of this order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      Hon. Charles F. Eick
                                 United States Magistrate Judge

[PROPOSED] ORDER