**ALSTON & BIRD LLP**
Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

**WILLIAMS & CONNOLLY LLP**
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000

**KLEINBARD LLC**
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: (215) 568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

T-MOBILE US, INC., CLEARWIRE SPECTRUM HOLDINGS LLC, CLEARWIRE SPECTRUM HOLDINGS II LLC, CLEARWIRE SPECTRUM HOLDINGS III LLC, FIXED WIRELESS HOLDINGS LLC, NSAC LLC, TDI ACQUISITION SUB LLC, AND WBSY LICENSING LLC,

Plaintiffs,

vs.

WCO SPECTRUM LLC, SCH LLC, ACADEMIA SPECTRUM LLC, KAREN WINNICK AS TRUSTEE OF GKW TRUST, EXECUTOR OF THE ESTATE OF GARY WINNICK AND GARY WINNICK'S SUCCESSOR-IN-INTEREST, CARL KATERNDAHL, ASHOK VASUDEVAN, ANDREAS BITZARAKIS, AND TYLER KRATZ,

Defendants.

Case No. 2:23-CV-4347-AH(Ex)

Hon. Anne Hwang, Ctrm 9C

**T-MOBILE'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR LEAVE TO FILE REPLY**

(Filed concurrently with *Ex Parte* Application, Proposed Reply Brief, and Proposed Order)

Complaint Filed: June 2, 2023
Counterclaims Filed: January 7, 2026

Pursuant to Local Rule 7-10, Plaintiffs T-Mobile US, Inc., Clearwire Spectrum Holdings LLC, Clearwire Spectrum Holdings II LLC, Clearwire Spectrum Holdings III LLC, Fixed Wireless Holdings LLC, NSAC LLC, TDI Acquisition Sub LLC, and WBSY Licensing LLC (collectively "T-Mobile") bring this *ex parte* application for leave to file a reply in support of T-Mobile's supplemental motion to dismiss brief. ECF 247.

Good cause exists to grant this application because T-Mobile should have the opportunity to address the arguments made by WCO Spectrum LLC ("WCO") in its supplemental motion to dismiss opposition brief, ECF 255, including its mischaracterizations of T-Mobile's arguments, its request for judicial notice, and its request for Rule 54(b) certification if the Court dismisses its First Amended Counterclaims without further leave to amend. The Central District of California's Local Rules contemplate that the moving party get a reply brief in the usual course. C.D. Cal. L.R. 7-10. T-Mobile, as the moving party, will be prejudiced if it cannot respond to these arguments, and requests no more than five pages to do so. *Ex parte* relief is appropriate to ensure that the Court does not rule until the motion has been fully briefed. Proceeding with a regularly noticed motion would not yield a hearing date that is consistent with the prompt resolution of the pending motion to dismiss, which otherwise is fully briefed and the subject of an already-issued tentative ruling.

**CONCLUSION**

For the foregoing reasons, good cause exists to grant leave for T-Mobile to file a reply brief in support of its supplemental motion to dismiss brief. T-Mobile has attached its proposed reply to this Memorandum as Exhibit 1, and requests the Court grant the Proposed Order and deem the proposed reply filed.

Dated: August 14, 2026

Respectfully submitted,

By: *Jeffrey A. Rosenfeld*
ALSTON & BIRD LLP

Jeffrey A. Rosenfeld (#136896)
jeffrey.rosenfeld@alston.com
Jesse Steinbach (#278923)
jesse.steinbach@alston.com
Brooke Bolender (#340689)
brooke.bolender@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1143

WILLIAMS & CONNOLLY LLP
Kenneth J. Brown*
kbrown@wc.com
Jonathan B. Pitt*
jpitt@wc.com
William P. Ashworth*
washworth@wc.com
R. Kennon Poteat III*
kpoteat@wc.com
Kathryn E. Hoover*
khoover@wc.com
Ilana B. Frier*
ifrier@wc.com
Camille Wyss*
cwyss@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

KLEINBARD LLC
Steven J. Engelmyer*
sengelmyer@kleinbard.com
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Telephone: 215-568-2000

*admitted *pro hac vice*

*Attorneys for Plaintiffs*